**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pizzeria Management III LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3382267** |

**4. Debtor's address**

**Principal place of business**

**11110 Kinsman Road
Newbury, OH 44065**
Number, Street, City, State & ZIP Code

**Geauga**
County

**Mailing address, if different from principal place of business**

**c/o Jason Dicks
13910 Claridon Troy Road
Burton, OH 44021**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

25-11334-jps     Doc 1     FILED 03/31/25     ENTERED 03/31/25 16:49:17     Page 3 of 29

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

<div style="background:black">        </div>  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2025**
              MM / DD / YYYY

**X** **/s/ Jason Dicks** _____     **Jason Dicks** _____
    Signature of authorized representative of debtor     Printed name

Title   **Member** _____

**18. Signature of attorney**

**X** **/s/ Thomas W. Coffey** _____   Date **March 31, 2025** _____
    Signature of attorney for debtor                MM / DD / YYYY

**Thomas W. Coffey 0046877** _____
Printed name

**Coffey Law LLC** _____
Firm name

**2430 Tremont Avenue, Front**
**Cleveland, OH 44113-4635** _____
Number, Street, City, State & ZIP Code

Contact phone   **(216) 870-8866** _____   Email address   **tcoffey@tcoffeylaw.com** _____

**0046877 OH** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Pizzeria Management III LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 31, 2025**          X **/s/ Jason Dicks**
                                              Signature of individual signing on behalf of debtor

                                              **Jason Dicks**
                                              Printed name

                                              **Member**
                                              Position or relationship to debtor

Debtor name | **Pizzeria Management III LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Autumn Ellerson 496 Cricket Road Chardon, OH 44024** | | **Wages** | | | | $600.00 |
| **Brian Rountree 15795 W. High Street Middlefield, OH 44062** | | **Wages** | | | | $1,500.00 |
| **Cierra Cook 14718 Edgehill Drive Newbury, OH 44065** | | **Wages** | | | | $600.00 |
| **Daniel Nowakowski 11766 Driftwood Dr. Newbury, OH 44065** | | **Wages** | | | | $1,900.00 |
| **Duncan Kiernan 14843 Stone Road Newbury, OH 44065** | | **Wages** | | | | $1,650.00 |
| **Dustin Anderson 14609 Castlewood Drive Newbury, OH 44065** | | **Wages** | | | | $1,200.00 |
| **Dylan Grossman 14717 Edgehill Dr Newbury, OH 44065** | | **Wages** | | | | $1,800.00 |
| **Jasmine Sullivan 14770 Auburn Road Apt 1 Newbury, OH 44065** | | **Wages** | | | | $2,100.00 |
| **Jason Dicks 13910 Claridon Troy Rd Burton, OH 44021** | | **Wages** | | | | $3,000.00 |
| **Jesse Gandee 15795 W. High Street Middlefield, OH 44062** | | **Wages** | | | | $1,200.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jessica Dragolich 13200 Stoney Springs Dr Newbury, OH 44065** | | **Wages** | | | | **$700.00** |
| **Jonathan Josephites 14718 Edgehill Dr. Newbury, OH 44065** | | **Wages** | | | | **$750.00** |
| **Kevin Nowakowski 11766 Driftwood drive Newbury, OH 44065** | | **Wages** | | | | **$1,900.00** |
| **Kimble Recycling & Disposal P.O. Box 448 Dover, OH 44622-0448** | | **Garbage Removal** | | | | **$843.20** |
| **Klarissa Lipstreu 16830 Old State Road Middlefield, OH 44062** | | **Wages** | | | | **$575.00** |
| **RDP Food Service 4200 Parkway Court Hilliard, OH 43026** | | **Food Delivered** | | | | **$18,000.00** |
| **Samantha Smith 11694 Portlew Rd Newbury, OH 44065** | | **Wages** | | | | **$700.00** |
| **Tye Bailey 14795 Elm Drive Newbury, OH 44065** | | **Wages** | | | | **$800.00** |
| **Yesco Sign & Lighting Service 38348 Apollo Parkway No. 1 Willoughby, OH 44094** | | **Sign Repair** | | | | **$1,134.20** |
| **Zeppe's Tavern Franchise LLC 25780 Miles Road Bedford, OH 44146** | | **Royalties, Tech Support, Email and Advertising/Prom otions Fee for March 16-31, 2025** | | | | **$3,163.50** |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **iPlanGroup FBO Christian Carson** | | $117,000.00 | Unknown |
|---|---|---|---|---|

**2.1 iPlanGroup FBO Christian Carson**
Creditor's Name

**2618 N. Moreland Blvd**
**Cleveland, OH 44120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$117,000.00**
Value of collateral: **Unknown**

---

**2.2 Joseph T. and Cassie Ciresi**
Creditor's Name

**25780 Miles Rd Ste A**
**Bedford, OH 44146**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Business Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$314,257.65**
Value of collateral: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Rewards Network** | | Describe debtor's property that is subject to a lien | $108,275.00 | Unknown |

Creditor's Name

**Attn: Client Services
540 West Madison Street,
Suite 2400
Chicago, IL 60661**

Creditor's mailing address

**Cash, Receivables, Business Property**

Describe the lien
**UCC Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **WebBank** | | Describe debtor's property that is subject to a lien | $36,070.00 | Unknown |

Creditor's Name

**c/o Toast Capital
333 Summer Street
Boston, MA 02210**

Creditor's mailing address

**Business assets, cash, receivables**

Describe the lien
**UCC Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$575,602.65**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name  **Pizzeria Management III LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address<br>**Amanda Ludwig**<br>**10077 Kinsman Road**<br>**Novelty, OH 44072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$170.00** | **$170.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 11-31** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Anna Cole**<br>**17630 Eastbrook Tr**<br>**Chagrin Falls, OH 44023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$450.00** | **$450.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 11-31, 2025** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Autumn Ellerson**
**496 Cricket Road**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Brian Rountree**
**15795 W. High Street**
**Middlefield, OH 44062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Cierra Cook**
**14718 Edgehill Drive**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Corey Crampton**
**14872 Beechwood**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 | $1,900.00 |
|---|---|---|---|---|

**Daniel Nowakowski**
**11766 Driftwood Dr.**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

**Duncan Kiernan**
**14843 Stone Road**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**Dustin Anderson**
**14609 Castlewood Drive**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
|---|---|---|---|---|

**Dylan Grossman**
**14717 Edgehill Dr**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Emelia Esquivel**
**372 Far Hill Drive**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 | $104.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Erin Steininger**
**32240 Bainbridge Road**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Gina Hunter**
**15920 McCall Rd**
**Garrettsville, OH 44231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Grace Smith**
**14785 Auburn Rd. #7**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Jamie Henderson**
**12030 Nicki Lane**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Jasmine Sullivan**
**14770 Auburn Road Apt 1**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Jason Dicks**
**13910 Claridon Troy Rd**
**Burton, OH 44021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**Jesse Gandee**
**15795 W. High Street**
**Middlefield, OH 44062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Jessica Dragolich**
**13200 Stoney Springs Dr**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

**Jonathan Josephites**
**14718 Edgehill Dr.**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Kara Reen**
**108 Squires Lane**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 | $1,900.00 |
|---|---|---|---|---|

**Kevin Nowakowski**
**11766 Driftwood drive**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Kimberly Stone**
**P.O. Box 333**
**East Claridon, OH 44033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 | $575.00 |
|---|---|---|---|---|

**Klarissa Lipstreu**
**16830 Old State Road**
**Middlefield, OH 44062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Lauren Schwan**
**9841 Applewood Dr.**
**Willoughby, OH 44094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Liliya Zelle**
**14105 Ravenna Road**
**Newbury, OH 44065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Mallory Chundt**
**13812 Parkmont St**
**Alliance, OH 44601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.00 | $284.00 |
|---|---|---|---|---|

**Mariana Difranco**
**16430 Joann Dr.**
**Montville, OH 44064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Mark Evans**
**352 S. Hambden**
**Chardon, OH 44024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Megan Bijelic**
**14701 Elm Drive**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Olivia Lucarelli**
**11001 Dianne Dr.**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**Owen McCarthy**
**12889 Rockhaven Road**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Samantha Smith**
**11694 Portlew Rd**
**Newbury, OH 44065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Sarah Lorince**
**15799 Ravenna Road**
**Burton, OH 44021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |

2.35 | Priority creditor's name and mailing address
**Tassey Benitez**
**14372 View Drive**
**Newbury, OH 44065**

As of the petition filing date, the claim is: $300.00 $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.36 | Priority creditor's name and mailing address
**Tye Bailey**
**14795 Elm Drive**
**Newbury, OH 44065**

As of the petition filing date, the claim is: $800.00 $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 11-31, 2025**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

3.1 | Nonpriority creditor's name and mailing address
**Kimble Recycling & Disposal**
**P.O. Box 448**
**Dover, OH 44622-0448**
Date(s) debt was incurred _
Last 4 digits of account number  **2298**

As of the petition filing date, the claim is: *Check all that apply.*        **$843.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Garbage Removal**
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.2 | Nonpriority creditor's name and mailing address
**RDP Food Service**
**4200 Parkway Court**
**Hilliard, OH 43026**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$18,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Food Delivered**
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3 | Nonpriority creditor's name and mailing address
**Yesco Sign & Lighting Service**
**38348 Apollo Parkway No. 1**
**Willoughby, OH 44094**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$1,134.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Sign Repair**
Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Pizzeria Management III LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,163.50 |

**Zeppe's Tavern Franchise LLC**
**25780 Miles Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 16-31, 2025**

Last 4 digits of account number  _

Basis for the claim:  **Royalties, Tech Support, Email  and Advertising/Promotions Fee for March 16-31, 2025**

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 26,983.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 23,140.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 50,123.90 |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Pizzeria Management III LLC**　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason Dicks**<br>**13910 Claridon Troy Road**<br>**Burton, OH 44021** | **LLC Membership Interests** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 31, 2025** _____　　Signature **/s/ Jason Dicks**
　　　　　　　　　　　　　　　　　　　　　　**Jason Dicks**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Ohio**

In re  **Pizzeria Management III LLC**                                Case No. _____
                                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  **March 31, 2025**                          **/s/ Jason Dicks**
                                                    **Jason Dicks**/**Member**
                                                    Signer/Title

Amanda Ludwig
10077 Kinsman Road
Novelty, OH 44072


Anna Cole
17630 Eastbrook Tr
Chagrin Falls, OH 44023


Autumn Ellerson
496 Cricket Road
Chardon, OH 44024


Brian Rountree
15795 W. High Street
Middlefield, OH 44062


Cierra Cook
14718 Edgehill Drive
Newbury, OH 44065


Corey Crampton
14872 Beechwood
Newbury, OH 44065


Daniel Nowakowski
11766 Driftwood Dr.
Newbury, OH 44065


Duncan Kiernan
14843 Stone Road
Newbury, OH 44065


Dustin Anderson
14609 Castlewood Drive
Newbury, OH 44065


Dylan Grossman
14717 Edgehill Dr
Newbury, OH 44065


Emelia Esquivel
372 Far Hill Drive
Chardon, OH 44024

Erin Steininger
32240 Bainbridge Road
Solon, OH 44139


Gina Hunter
15920 McCall Rd
Garrettsville, OH 44231


Grace Smith
14785 Auburn Rd. #7
Newbury, OH 44065


iPlanGroup FBO Christian Carson
2618 N. Moreland Blvd
Cleveland, OH 44120


Jamie Henderson
12030 Nicki Lane
Chardon, OH 44024


Jasmine Sullivan
14770 Auburn Road Apt 1
Newbury, OH 44065


Jason Dicks
13910 Claridon Troy Rd
Burton, OH 44021


Jesse Gandee
15795 W. High Street
Middlefield, OH 44062


Jessica Dragolich
13200 Stoney Springs Dr
Newbury, OH 44065


Jonathan Josephites
14718 Edgehill Dr.
Newbury, OH 44065


Joseph T. and Cassie Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146

Kara Reen
108 Squires Lane
Chardon, OH 44024


Kevin Nowakowski
11766 Driftwood drive
Newbury, OH 44065


Kimberly Stone
P.O. Box 333
East Claridon, OH 44033


Kimble Recycling & Disposal
P.O. Box 448
Dover, OH 44622-0448


Klarissa Lipstreu
16830 Old State Road
Middlefield, OH 44062


Lauren Schwan
9841 Applewood Dr.
Willoughby, OH 44094


Liliya Zelle
14105 Ravenna Road
Newbury, OH 44065


Mallory Chundt
13812 Parkmont St
Alliance, OH 44601


Mariana Difranco
16430 Joann Dr.
Montville, OH 44064


Mark Evans
352 S. Hambden
Chardon, OH 44024


Megan Bijelic
14701 Elm Drive
Newbury, OH 44065

Olivia Lucarelli
11001 Dianne Dr.
Newbury, OH 44065


Owen McCarthy
12889 Rockhaven Road
Chesterland, OH 44026


RDP Food Service
4200 Parkway Court
Hilliard, OH 43026


Rewards Network
Attn: Client Services
540 West Madison Street, Suite 2400
Chicago, IL 60661


Samantha Smith
11694 Portlew Rd
Newbury, OH 44065


Sarah Lorince
15799 Ravenna Road
Burton, OH 44021


Tassey Benitez
14372 View Drive
Newbury, OH 44065


Tye Bailey
14795 Elm Drive
Newbury, OH 44065


WebBank
c/o Toast Capital
333 Summer Street
Boston, MA 02210


Yesco Sign & Lighting Service
38348 Apollo Parkway No. 1
Willoughby, OH 44094


Zeppe's Tavern Franchise LLC
25780 Miles Road
Bedford, OH 44146

# United States Bankruptcy Court
### Northern District of Ohio

In re  **Pizzeria Management III LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pizzeria Management III LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2025**

Date

**/s/ Thomas W. Coffey**

**Thomas W. Coffey 0046877**

Signature of Attorney or Litigant

Counsel for  **Pizzeria Management III LLC**

**Coffey Law LLC**

**2430 Tremont Avenue, Front**
**Cleveland, OH 44113-4635**
**(216) 870-8866**
**tcoffey@tcoffeylaw.com**