# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-11334-(JPS) |
| | ) | |
| **Pizzeria Management III LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Chief Judge Jessica E. Price Smith** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance in this case on behalf of Andrew R. Vara, the United States Trustee for Regions 3 and 9.

Dated: April 1, 2025

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Spencer H. Lutz*
Spencer H. Lutz (0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522- 8289
Email: Spencer.Lutz@usdoj.gov

# Certificate of Service

       I hereby certify that on April 1, 2025, a true and correct copy of *Notice of Appearance and Request for Notice* was served upon the following in the manner indicated:

       Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Thomas W. Coffey   tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com
- United States Trustee   (Registered address)@usdoj.gov

       By:    */s/ Spencer H. Lutz*
              Spencer H. Lutz (0101482)
              Trial Attorney
              United States Department of Justice
              Office of the United States Trustee
              Howard M. Metzenbaum U.S. Courthouse
              201 Superior Avenue East, Suite 441
              Cleveland, Ohio 44114
              Phone: (216) 522- 8289
              Email: Spencer.Lutz@usdoj.gov