Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**Case No. 25–11334–jps**

**In re:**
Pizzeria Management III LLC
c/o Jason Dicks
13910 Claridon Troy Road
Burton, OH 44021

**Social Security No.:**

**Employer's Tax I.D. No.:**
27–3382267

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
4/2/25 @ 11:00 a.m.
Courtroom 2B– Howard Metzenbaum US Courthouse

To consider and act upon the following matters:

Court's Notice of Hearing

[10] Motion to Expedite Hearing

**Dated:** April 1, 2025　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb187　　　　　　　　　　　　　　　　　　　　　　　　Josiah C. Sell, Clerk