**IT IS SO ORDERED.**

**Dated:  2 April, 2025 12:51 PM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

---

### INTERIM ORDER PERMITTING USE OF CASH COLLATERAL

---

Upon the Debtor's Emergency Motion for Entry of Interim Order Permitting Use of Cash

Collateral [Docket No. 9] (the "Motion") and the Court finding that the relief sought in the

Motion is necessary for the Debtor's continued operations, the Motion is GRANTED as set forth

below:

1.  The Debtor is permitted to use cash collateral during the 14-day Interim Period

commencing on April 2, 2025 and ending on April 16, 2025, in accordance with the budget attached to the Motion, and to this Order, as Exhibit A.

2.  To the extent of any diminution in the value of the interests in the Debtor's cash collateral of the five creditors identified in the Motion (the "Creditors") during the Interim Period, the Creditors are granted, as adequate protection of their interests, replacement liens on the Debtor's assets of equal priority and validity to the liens they held prior to the commencement of this case.

###

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

## CERTIFICATE OF SERVICE

This Order was served on Spencer Lutz, Trial Attorney for the U.S. Trustee and Thomas W. Coffey, Counsel for the Debtor, via the Court's electronic case filing system, as well as by First Class U.S. Mail, Postage Prepaid, on each of the persons whose names are set forth below:

iPlanGroup FBO Christian Carson
2618 Moreland Blvd.
Cleveland, OH 44120

WebBank
c/o Toast Capital
330 Summer Street
Boston, MA 02210

Joseph T. and Cassie Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146

RDP Food Service
4200 Parkway Court
Hilliard, OH 43026

Rewards Network
540 West Madison Street, Ste 2400
Chicago, IL 60661

2

# EXHIBIT A

| Expense | | | 14 day cost |
|---|---|---|---|
| Advertising | | | $500 |
| software | | | $642 |
| Health department food license | | | $626 |
| zeppe's royalties | | | $2,800 |
| driver insurance | | | $100 |
| Live music | | | $1,200 |
| meals | | | $150 |
| office supplies | | | $50 |
| payroll expenses including taxes | | | $20,366 |
| Rent | | | $5,750 |
| repairs and maintenance | | | $200 |
| Cost of Goods Sold | | | $22,000 |
| credit card processing | | | $1,200 |
| towels/chemicals | | | $500 |
| utilities/phone/internet/trash/dishwasher rental | | | $4,100 |
| Web Bank Creditor | | | $2,541 |
| Rewards Network Creditor | | | $4,900 |
| | | | |
| | | Expense Total | $67,624 |
| | | Income Total | $70,000 |