United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-11334-jps |
| Pizzeria Management III LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0647-1      User: jlund      Page 1 of 1
Date Rcvd: Apr 03, 2025      Form ID: pdf810      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pizzeria Management III LLC, c/o Jason Dicks, 13910 Claridon Troy Road, Burton, OH 44021-9579 |
| intp | + | Jason James Dicks, 13910 Claridon Troy Rd, Burton, OH 44021-9579 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Interested Party Jason James Dicks fschwieg@schwieglaw.com |
| Patricia B. Fugee | patricia.fugee@fisherbroyles.com cpbf11@trustesolutions.net |
| Spencer Lutz | on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov |
| Thomas W. Coffey | on behalf of Debtor Pizzeria Management III LLC tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com |

TOTAL: 4

IT IS SO ORDERED.

Dated: 2 April, 2025 05:10 PM



                         CHIEF JUDGE JESSICA E. PRICE SMITH
                         UNITED STATES BANKRUPTCY COURT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

_____

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR PAYMENT OF PRE-PETITION EMPLOYEE WAGES**
_____

UPON the Debtor's Emergency Motion for Entry of Order Permitting Payment of Pre-Petition Employee Wages [Docket No.7], and the Court finding that the Motion is well-taken and necessary for the Debtor's continued operations, the Court hereby finds and concludes as follows:

A.  This Court has jurisdiction under 28 U.S.C. §§157 and 1334;

B. This is a core proceeding under 28 U.S.C.§§157(b)(2)(A), (M), and (O);

C. Notice of the motion was adequate within the meaning of 11 U.S.C. §102(1);

D. Payment of employee wages, salaries, benefits and related items including local, state and federal taxes and deductions for alimony, support or garnishments in the ordinary course of business, is necessary and essential to the Debtor's ability to continue its restaurant operations and is therefore in the best interests of the Debtor, the estate, and all creditors;

E. The Debtor's Motion is based on actual and projected wages and salaries for the period between March 11 and March 31, 2025 and therefore includes only wages and salaries earned within the 180 day period before the March 31, 2025 filing date of the Petition, which are scheduled to be paid in two separate payrolls in the ordinary course of business;

F. No employee will receive wages or salaries in excess of the priority claim limits set forth in Bankruptcy Code Section 507(a)(4).

WHEREFORE, it is hereby ORDERED that the Debtor's Motion is GRANTED.

###

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com.

## CERTIFICATE OF SERVICE

  This Order was served on the Office of the U.S. Trustee and all persons receiving service through the Court's electronic case filing system.