# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Case No. 25-11334 |
| PIZZERIA MANAGEMENT III LLC, | Hon. Jessica E. Price Smith |
| Debtor. | Chapter 11 Subchapter V |

## NOTICE OF ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

To: United States Bankruptcy Court
Northern District of Ohio

Please take notice that David J. Coyle of the law firm Shumaker, Loop & Kendrick, LLP hereby enter their appearance as counsel for creditors Joe Ciresi, Cassie Ciresi, and Zeppes Tavern Franchise LLC in the above-captioned case.

Counsel requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the office, address, telephone number, facsimile number, and email address set forth below:

David J. Coyle, Esq.
Shumaker Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: 419.321.1418
Facsimile: 419.241.6894
Email: dcoyle@shumaker.com

This notice does not, however, constitute, suggest or imply authority of Shumaker, Loop & Kendrick, or the undersigned, to accept service of process on behalf of, or as agent of, creditors Joe Ciresi, Cassie Ciresi, and/or Zeppes Tavern Franchise LLC as required in Bankruptcy Rule

1

33002010v1

7004 or otherwise, nor does it constitute a waiver of any of the rights, claims, actions, or defenses of creditors Joe Ciresi, Cassie Ciresi, and Zeppes Tavern Franchise LLC.

Dated: April 11, 2025          Respectfully submitted,

*/s/ David J. Coyle*
David J. Coyle (0038966)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604-5573

*Counsel for Creditors Joe Ciresi, Cassie Ciresi, and Zeppes Tavern Franchise LLC*