**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

**DISCLOSURE OF ATTORNEY COMPENSATION**

For legal services in this case, Coffey Law LLC has agreed to accept a fee of $350 per hour, with all post-petition compensation to be subject to the fee application and review process provided under the bankruptcy code.

Coffey Law LLC has received total compensation and reimbursement of expenses of $11,738 from the Debtor during the twelve-month period prior to the institution of this case, consisting of legal fees in the amount of $7875 for preparation of certain of the case documents, advice and counseling related to bankruptcy alternatives and election of chapter, financial analysis and related issues pertaining to the Debtor's structure and contractual relationships. Coffey Law LLC also received reimbursement of the $1738 filing fee in this case, which was advanced by the firm upon filing. No money was owed by the Debtor to Coffey Law LLC at the inception of the case, and Coffey Law LLC was therefore not a creditor of the Debtor.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

As of the filing of this case, Coffey Law LLC is holding a retainer for application to post-petition fees when and if approved by court order, in the amount of $2125.

Respectfully submitted,

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com