**IT IS SO ORDERED.**

**Dated:  17 April, 2025 11:55 AM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In Re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

## FINAL ORDER PERMITTING USE OF CASH COLLATERAL

Upon the Debtor's Emergency Motion for Entry of Final Order Permitting Use of Cash

Collateral [Docket No. 31] (the "Motion") and the Court finding that the relief sought in the

Motion is necessary for the Debtor's continued operations, the Motion is GRANTED as set forth

below:

1.      The Debtor is permitted to use cash collateral during the 120-day Period commencing on April 16, 2025 and ending on August 14, 2025, in accordance with the budget attached to the Motion, and to this Order, as Exhibit A.

2.      To the extent of any diminution in the value of the interests in the Debtor's cash collateral of the five creditors identified in the Motion (the "Creditors") during the Interim Period, the Creditors are granted, as adequate protection of their interests, replacement liens on the Debtor's assets of equal priority and validity to the liens they held prior to the commencement of this case.

3.      By agreement between Debtor and Creditors Zeppes Tavern Franchise LLC, Joseph Ciresi, and Cassie Ciresi (jointly "Zeppes Creditors"), the Debtor and the Zeppes Creditors each retain all of their respective rights and arguments, and none of them are waiving any rights or arguments, except as to the payments authorized by this Order.

4.      By agreement between Debtor and Rewards Network, the Debtor and Rewards Network each retain all of their respective rights and arguments, and none of them are waiving any rights or arguments, except as to the payments authorized by this Order.

###

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

2

**CERTIFICATE OF SERVICE**

This Order was served those persons whose names are set forth below by operation of the

Court's Electronic Case Filing System:

Thomas W. Coffey, tcoffey@tcoffeylaw.com

Patricia B. Fugee, Patricia.Fugee@FisherBroyles.com

Spencer Lutz, Spencer.Lutz@usdoj.gov

Frederic P. Schwieg, fschwieg@schwieglaw.com

David J. Coyle, dcoyle@shumaker.com

as well as by First Class U.S. Mail, Postage Prepaid, on each of the persons whose names are set

forth on the attached matrix below:

3

Autumn Ellerson
496 Cricket Road
Chardon, OH 44024

Jasmine Sullivan
14770 Auburn Rd., Apt.1
Newbury, OH 44065

Brian Rountree
15795 W. High Street
Middlefield, OH 44062

Jesse Gandee
15795 W. High Street
Middlefield, OH 44062

Cierra Cook
14718 Edgehill Drive
Newbury, OH 44065

Jessica Dragolich
13200 Stoney Springs Dr.
Newbury, OH 44065

Daniel Nowakowski
11766 Driftwood Drive
Newbury, OH 44065

Kevin Nowakowski
11766 Driftwood Drive
Newbury, OH 44065

Duncan Kiernan
14843 Stone Road
Newbury, OH 44065

Klarissa Lipstreu
16830 Old State Road
Middlefield, OH 44062

Dustin Anderson
14609 Castlewood Drive
Newbury, OH 44065

Samantha Smith
11694 Portlew Road
Newbury, OH 44065

Dylan Grossman
14717 Edgehill Drive
Newbury, OH 44065

Tye Bailey
14795 Elm Drive
Newbury, OH 44065

Jonathan Josephites
14718 Edgehill Dr.
Newbury, OH 44065

WebBank
c/o Toast Capital
330 Summer Street
Boston, MA 02210

Kimble Recycling & Disposal
P.O. Box 448
Dover, OH 44622-0448

Rewards Network
540 West Madison Street, Ste 2400
Chicago, IL 60661

RDP Food Service
4200 Parkway Court
Hilliard, OH 43026

Christian Carson
2618 Moreland Blvd.
Cleveland, OH 44120

Yesco Sign & Lighting
38348 Apollo Parkway No. 1
Willoughby, OH 44094

Zeppe's Tavern Franchise LLC
28780 Miles Road
Beford, OH 44146

# EXHIBIT A

| | |
|---|---:|
| **Pizzeria Management III LLC** | |
| **120 Day Budget** | |
| **April 16 - August 14, 2025** | |
| | |
| | |
| Cash Deposits | $97,521.00 |
| Credit Card Deposits | $661,341.97 |
| Doordash (income after fees) | $6,472.78 |
| Total for Income | $765,335.75 |
| Net Other Income (KENO and JukeBox) | $5,695.38 |
| **GROSS INCOME** | **$771,031.13** |
| | |
| **EXPENSES** | |
| State Sales Tax | $39,768.35 |
| POS equipment fees | $2,567.44 |
| Toast Credit Card Processing | $13,327.99 |
| | |
| Total for Local Advertising & marketing | $5,516.68 |
| Building Rent | $23,000.00 |
| Total for Repairs & maintenance | $8,315.97 |
| | |
| DCI payroll processing | $707.08 |
| Total Employee Payroll including Taxes | $219,041.90 |
| | |
| BMI music license | $311.40 |
| QuickBooks book keeping app | $128.12 |
| Insurance | $4,208.58 |
| Live Music- Bands | $33,398.00 |
| Meals | $925.54 |
| Office supplies | $189.26 |
| | |
| Bar Cost of Goods Sold | $85,264.82 |
| Food Cost of Goods Sold | $162,503.23 |
| Coca-Cola | $7,018.45 |
| | |
| NuCO2 Service | $1,008.86 |
| RTI Fryer Oil | $2,752.16 |
| Towels and Mat Service | $3,317.07 |
| | |
| Franchise Fees | $19,133.39 |
| Franchise Advertising Fund | $15,306.72 |
| IT Support | $925.00 |
| Zeppe's Email | $58.00 |

| | |
|---|---:|
| | |
| Utilities (Electric/Gas/Sewer) | $18,719.55 |
| Ring Central Phone Service | $584.50 |
| Security System | $128.12 |
| Internet & TV services | $2,903.72 |
| Trash and Recycling Removal | $1,644.00 |
| Alco Dishwasher Rental | $276.00 |
| | |
| Toast/Web Bank | $27,471.49 |
| Rewards Network | $46,293.94 |
| | |
| Trustee retainer | $7,500.00 |
| Lawyer fees | $10,000.00 |
| | |
| **TOTAL EXPENSES** | **$764,215.33** |