| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Pizzeria Management III LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 25-11334 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Lowtemp Dishmachine (Dishwasher) $69.00 per month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALCO**<br>**45 North Summit Street**<br>**Akron, OH 44308** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment to Lease for Business Premises at 11110 Kinsman Road, Newbury, Ohio** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newbury Center, LLC**<br>**c/o Nancy Panzica Statutory Agent**<br>**735 Beta Drive**<br>**Cleveland, OH 44143** |