| | Fill in this information to identify the case: |
|---|---|
| Debtor name | Pizzeria Management III LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 25-11334 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jason J. Dicks | 13910 Claridon Troy Road<br>Burton, OH 44021 | iPlanGroup FBO Christian Carson | ☒ D   2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Jason J. Dicks | 13910 Clairdon Troy Road<br>Burton, OH 44021 | Joseph T. and Cassie Ciresi | ☒ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Jason J. Dicks | 13910 Claridon Troy Road<br>Burton, OH 44021 | Rewards Network | ☒ D   2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Jason J. Dicks | 13910 Claridon Troy Road<br>Burton, OH 44021 | Zeppe's Tavern Franchise LLC | ☐ D ____<br>☒ E/F   3.4<br>☐ G ____ |
| 2.5 | JD Restaurant Services, Inc. | 11110 Kinsman Road Unit 3<br>Newbury, OH 44065 | iPlanGroup FBO Christian Carson | ☒ D   2.1<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H      Schedule H: Your Codebtors      Page 1 of 2

Debtor  **Pizzeria Management III LLC**          Case number *(if known)* **25-11334**

**Additional Page to List More Codebtors**
*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jason J. Dicks** | **13910 Claridon Troy Road**<br>**Burton, OH 44021** | **Newbury Center, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.2**__ |