UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 25-11334 (JPS) |
| | ) | |
| **Pizzeria Management III LLC** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jessica E. Price Smith |

**Minutes of Section 341 Meeting of Creditors**

A meeting of creditors pursuant to 11 U.S.C. § 341 was held on May 9, 2025. An examination was conducted and James Dicks appeared on behalf of the Debtor and testified under oath. Parties in attendance: Tom Coffey, Debtor's Counsel; Patricia Fugee, Subchapter V Trustee; David Blocker for Newbury Center, LLC (david@blockerlawfirm.com); Joseph and Cassie Ciresi, creditors—they are represented by counsel but counsel did not appear; Spencer H. Lutz, Trial Attorney, Office of the United States Trustee. The meeting was concluded.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

By: */s/ Spencer H. Lutz*
Spencer H. Lutz (0101482)
Trial Attorney
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH 44114
Phone: (216) 522-7800
Fax: (216) 522-7193