Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ❏  ❏  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏  ❏  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                  _____

27. What is the number of employees as of the date of this monthly report?                 _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                              $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                       $ _____

36. Total projected cash disbursements for the next month:                                − $ _____

37. Total projected net cash flow for the next month:                                     = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

| Exhibit A | | | | | |
|---|---|---|---|---|---|
| April 2025 | | | | | |
| | | | | | |
| Question 3 | | | | | |

I was behind on my State Sales tax payment for february and paid it in April to catch up.

it is my understanding that government agencies and taxes may/must be paid inside bankruptcy

| Exhibit B | | | | | | | |
|---|---|---|---|---|---|---|---|
| April 2025 | | | | | | | |
| | | | | | | | |
| Question 14 | | | | | | | |
| I had unusual or notable expenses in April | | | | | | | |
| - | $3,412.24 had to be paid to purchase two new coolers at the bar | | | | | | |
| - | April had 3 pay days instead of the usual 2, incurring a roughly $14,000 extra in April than a regular month. | | | | | | |
| - | February state sales tax was late and paid in April including an unexpectedly large penalty fee of $2650.25 | | | | | | |
| - | Under the cash collateral order, the company was able to pay $10,567.22 to Rewards Network for their marketing arrangement | | | | | | |
| | thereby reducing the secured debt owed to them | | | | | | |
| - | Under the cash collateral order, the company was able to continue paying Toast $4,557.37 reducing the secured debt owed to them | | | | | | |
| | | | | | | | |
| Question 17 | | | | | | | |
| - | The company was behind on my State Sales tax payment for february and paid it in April to catch up. | | | | | | |
| | it is my understanding that government agencies and taxes must be paid regardless of bankruptcy | | | | | | |
| | | | | | | | |
| - | The company was behind on my water/sewer bill and made a double payment to catch up | | | | | | |
| | It is my understanding that utilities must be given priority in bankruptcy proceedings | | | | | | |
| | | | | | | | |
| Question 18 | | | | | | | |
| - | I only allowed checks to clear after bankruptcy that were part of the normal course of business. | | | | | | |

| DATE | ACCOUNT | TYPE | TOTAL |
|---|---|---|---|
| | Exhibit C | | |
| | April 2025 Total Cash Receipts | | |
| | | | |
| DATE | ACCOUNT | TYPE | TOTAL |
| 4/7 | KEY DIP 4374 | CASH | $6,268.00 |
| 4/10 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $3,096.69 |
| 4/11 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $2,834.60 |
| 4/14 | KEY DIP 4374 | CASH | $60.00 |
| 4/14 | KEY DIP 4374 | CASH | $87.00 |
| 4/14 | KEY DIP 4374 | CASH | $235.00 |
| 4/14 | KEY DIP 4374 | CASH | $320.00 |
| 4/14 | KEY DIP 4374 | CASH | $343.00 |
| 4/14 | KEY DIP 4374 | CASH | $550.00 |
| 4/14 | KEY DIP 4374 | CASH | $720.00 |
| 4/14 | KEY DIP 4374 | CASH | $818.00 |
| 4/14 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $3,029.97 |
| 4/14 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $7,220.00 |
| 4/14 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $7,824.58 |
| 4/15 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $4,022.48 |
| 4/16 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $53.76 |
| 4/16 | KEY DIP 4374 | DEPOSIT FROM CLOSING CITIZENS 1585 | $779.94 |
| 4/16 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $2,402.86 |
| 4/17 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $2,851.72 |
| 4/18 | KEY DIP 4374 | data consolidations adjustment for taxes | $116.54 |
| 4/18 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $4,256.94 |
| 4/21 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $5,608.19 |
| 4/21 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $8,351.42 |
| 4/22 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $3,156.92 |
| 4/23 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $2,449.03 |
| 4/24 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $5,407.79 |
| 4/25 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $5,000.07 |
| 4/28 | KEY DIP 4374 | CASH | $50.00 |
| 4/28 | KEY DIP 4374 | CASH | $315.00 |
| 4/28 | KEY DIP 4374 | CASH | $339.00 |
| 4/28 | KEY DIP 4374 | CASH | $460.00 |
| 4/28 | KEY DIP 4374 | CASH | $511.00 |
| 4/28 | KEY DIP 4374 | CASH | $526.00 |
| 4/28 | KEY DIP 4374 | CASH | $559.00 |
| 4/28 | KEY DIP 4374 | CASH | $574.00 |
| 4/28 | KEY DIP 4374 | CASH | $617.00 |
| 4/28 | KEY DIP 4374 | CASH | $761.00 |
| 4/28 | KEY DIP 4374 | CASH | $788.00 |
| 4/28 | KEY DIP 4374 | CASH | $1,243.00 |

| | | | |
|---|---|---|---|
| Exhibit C | | | |
| April 2025 Total Cash Receipts | | | |
| | | | |
| DATE | ACCOUNT | TYPE | TOTAL |
| 4/28 | KEY DIP 4374 | CASH | $1,355.00 |
| 4/28 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $4,487.69 |
| 4/28 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $6,186.37 |
| 4/28 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $7,312.05 |
| 4/29 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $3,165.85 |
| 4/30 | KEY DIP 4374 | CREDIT CARD DEPOSIT (after processing fee) | $3,416.25 |
| | | | |
| 04/01/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 3,033.78 |
| 04/02/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,033.34 |
| 04/02/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,644.60 |
| 04/04/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,898.08 |
| 04/04/2025 | CITIZENS 1585 | DOORDASH SALES (income after fees) | 683.62 |
| 04/07/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 6,591.67 |
| 04/07/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 6,983.28 |
| 04/07/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 3,403.20 |
| 04/08/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,174.35 |
| 04/08/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,753.93 |
| 04/09/2025 | CITIZENS 1585 | CREDIT CARD DEPOSIT (after processing fee) | 2,655.48 |
| 04/11/2025 | CITIZENS 1585 | DOORDASH SALES (income after fees) | 449.78 |
| 04/14/2025 | CITIZENS 1585 | REFUND EQUIPMENT PURCHASE PLAN | 165.86 |
| 04/17/2025 | CITIZENS 1585 | CASH DEPOSITED TO ZERO ACCOUNT | 150 |
| | | | |
| 4/8/2025 | KEY DIP 4382 | CASH TRANSFER FROM 4374 TO OPEN 2nd DIP ACC | $100.00 |
| 4/8/2025 | KEY DIP 4390 | CASH TRANSFER FROM 4374 TO OPEN 3rd DIP ACC | $100.00 |
| | | | |
| | | | |
| | | | $147,351.68 |

Exhibit D

April 2025 Total Cash Disbursements

| DATE | ACCOUNT | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 4/8 | KEY DIP 4374 | PIZZERIA MANAgement III | Withdrawn to fund 2 DIP accounts that are unused | $200.00 |
| 4/15 | KEY DIP 4374 | RDP Foodservice | inventory | $6,056.42 |
| 4/15 | KEY DIP 4374 | PAYROLL | payroll | $15,265.70 |
| 4/16 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $2,044.56 |
| 4/17 | KEY DIP 4374 | Pizzeria Management III | transfer to citizens 1585 to close account | $150.00 |
| 4/21 | KEY DIP 4374 | Toast | POS service software fee | $621.84 |
| 4/22 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $2,259.74 |
| 4/22 | KEY DIP 4374 | RDP Foodservice | inventory | $7,728.79 |
| 4/23 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $298.70 |
| 4/23 | KEY DIP 4374 | IRS | Payroll taxes | $6,422.98 |
| 4/24 | KEY DIP 4374 | Spectrum | Internet | $349.00 |
| 4/24 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $624.16 |
| 4/25 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $407.73 |
| 4/28 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $5.04 |
| 4/29 | KEY DIP 4374 | Nuco2 | CO2 Service | $139.20 |
| 4/29 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $242.66 |
| 4/29 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $584.87 |
| 4/29 | KEY DIP 4374 | OH State Sales Tax | Ohio Sales Tax | $5,464.45 |
| 4/29 | KEY DIP 4374 | RDP Foodservice | inventory | $7,149.51 |
| 4/29 | KEY DIP 4374 | OH State Sales Tax | Ohio Sales Tax | $7,173.25 |
| 4/29 | KEY DIP 4374 | PAYROLL | payroll | $14,506.11 |
| 4/30 | KEY DIP 4374 | OH Lottery | KENO charges | $80.00 |
| 4/30 | KEY DIP 4374 | Rewards Network | advertising/loan repayment | $366.73 |
| 4/30 | KEY DIP 4374 | OH Worker's Comp | Worker's Compensation Insurance | $709.90 |
| 4/30 | KEY DIP 4374 | OH Lottery | KENO charges | $852.37 |
| 4/30 | KEY DIP 4374 | Zeppe's Franchise Group | Franchise advertising fee | $1,400.00 |
| 4/30 | KEY DIP 4374 | Zeppe's Franchise Group | Franchise Royalties April 1-15 | $1,750.33 |
| | | | | |
| 4/24 | KEY DIP 4374 | Giant Eagle | Alcohol inventory | $1,210.34 |
| 4/28 | KEY DIP 4374 | Dean Supply | Supplies | $168.68 |
| 4/28 | KEY DIP 4374 | Mike Santanelli | Live Music | $599.00 |
| 4/25 | KEY DIP 4374 | House of La Rose | Alcohol Inventory | $910.06 |
| 4/28 | KEY DIP 4374 | Ohio child support payment central | Payroll withholding for employee child support | $22.20 |
| 4/28 | KEY DIP 4374 | Buckeye Draft | Beer tap cleaning/maintenance | $126.00 |
| 4/25 | KEY DIP 4374 | The Webstaurant Store | Replacement of broken equipment | $3,412.24 |
| 4/24 | KEY DIP 4374 | Superior Beverage | Alcohol Inventory | $923.01 |
| 4/23 | KEY DIP 4374 | Ryott Navakuku | Payroll | $116.54 |
| 4/23 | KEY DIP 4374 | Giant Eagle | Alcohol Inventory | $2,246.22 |
| 4/21 | KEY DIP 4374 | Southern Glazer | Alcohol Inventory | $462.00 |
| 4/21 | KEY DIP 4374 | House of La Rose | Alcohol Inventory | $1,381.29 |
| 4/21 | KEY DIP 4374 | Ted Riser | Live Music | $500.00 |
| 4/18 | KEY DIP 4374 | Catanese Classics | Food Inventory | $510.80 |
| 4/17 | KEY DIP 4374 | Heidelburg | Alcohol Inventory | $491.09 |
| 4/17 | KEY DIP 4374 | Superior Beverage | Alcohol Inventory | $1,152.82 |
| 4/16 | KEY DIP 4374 | Giant Eagle | Alcohol Inventory | $566.91 |
| 4/14 | KEY DIP 4374 | Rick Fernandez | Live Music | $600.00 |
| 4/14 | KEY DIP 4374 | House of La Rose | Alcohol Inventory | $322.63 |
| 4/10 | KEY DIP 4374 | Coca Cola | food Inventory | $462.41 |
| 4/10 | KEY DIP 4374 | Superior Beverage | Alcohol Inventory | $649.32 |

Exhibit D

April 2025 Total Cash Disbursements

| DATE | ACCOUNT | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/02/2025 | CITIZENS 1585 | Ohio child support payment central | Payroll withholding for employee child support | $44.54 |
| 04/02/2025 | CITIZENS 1585 | Giant Eagle | Alcohol inventory | $1,635.69 |
| 04/03/2025 | CITIZENS 1585 | Geauga County Water Department | Utilities:Water & sewer | $4,400.64 |
| 04/03/2025 | CITIZENS 1585 | Superior Beverage | Alcohol inventory | $503.32 |
| 04/03/2025 | CITIZENS 1585 | Heidelburg | Alcohol inventory | $529.41 |
| 04/04/2025 | CITIZENS 1585 | Geauga County Board of Health | Business licenses:Food License | $625.50 |
| 04/07/2025 | CITIZENS 1585 | Newbury Center LLC | Rent:Building & land rent | $5,750.00 |
| 04/07/2025 | CITIZENS 1585 | House of LaRose | Alcohol inventory | $455.72 |
| 04/08/2025 | CITIZENS 1585 | Robert Kimmel | Live Music | $600.00 |
| 04/09/2025 | CITIZENS 1585 | Giant Eagler | Alcohol inventory | $782.17 |
| 04/14/2025 | CITIZENS 1585 | Low Pony | Live Music | $500.00 |
| 04/01/2025 | CITIZENS 1585 | NORTHEAST OHIO N BILLPAY | Utilities:Natural Gas | $1,816.15 |
| 04/01/2025 | CITIZENS 1585 | NUCO2 LLC | Supplies:NuCO2 | $333.23 |
| 04/01/2025 | CITIZENS 1585 | PayRoll | Payroll expenses:Salaries & wages | $13,239.83 |
| 04/01/2025 | CITIZENS 1585 | OH Worker's Comp | Insurance:Worker's Comp | $354.11 |
| 04/02/2025 | CITIZENS 1585 | OH Lottery | Keno:Keno Invoices | $80.85 |
| 04/02/2025 | CITIZENS 1585 | Rewards Network | advertising/loan repayment | $1,696.08 |
| 04/03/2025 | CITIZENS 1585 | RDP FOODSERVICE  311448538 | Supplies:Food Cost:RDP | $7,511.59 |
| 04/03/2025 | CITIZENS 1585 | OH Lottery | Keno:Keno Invoices | $54.00 |
| 04/04/2025 | CITIZENS 1585 | AFFIRM INC | Repairs & maintenance:Equipment Purchase Payme | $165.86 |
| 04/07/2025 | CITIZENS 1585 | CINTAS CORP | Supplies:Towels and Mats - Cintas | $268.60 |
| 04/07/2025 | CITIZENS 1585 | RESTAURANT TECHN | Supplies:Food Cost:RTI Fryer Oil | $912.49 |
| 04/08/2025 | CITIZENS 1585 | RDP FOODSERVICE | Supplies:Food Cost:RDP | $8,712.78 |
| 04/08/2025 | CITIZENS 1585 | TOAST, INC. | Software & apps:Toast Credit Card Adjustments | $11.48 |
| 04/09/2025 | CITIZENS 1585 | STATE FARM | Insurance:Non-Owned Driver Insurance - State Farm | $100.00 |
| 04/09/2025 | CITIZENS 1585 | THE WEBSTAURANT STORE | Supplies:Webstaurant Store | $106.74 |
| 04/09/2025 | CITIZENS 1585 | IRS | Payroll expenses:941 Federal Income Tax Witheld | $6,392.58 |
| 04/09/2025 | CITIZENS 1585 | OH Lottery | Keno:Keno Invoices | $320.47 |
| 04/09/2025 | CITIZENS 1585 | Rewards Network | advertising/loan repayment | $2,036.95 |
| 04/14/2025 | CITIZENS 1585 | CINTAS CORP | Supplies:Towels and Mats - Cintas | $237.07 |
| 04/15/2025 | CITIZENS 1585 | IRS | Payroll expenses:941 Federal Income Tax Witheld | $753.52 |
| 04/16/2025 | CITIZENS 1585 | OH Lottery | Keno:Keno Invoices | $377.84 |
| 04/16/2025 | CITIZENS 1585 | Ohio Tax witholding | Payroll expenses:Ohio State Income Tax Witholding | $774.19 |
| 04/16/2025 | CITIZENS 1585 | Ohio unemployment taxes | Payroll expenses:Ohio State Unemployment Tax | $653.20 |
| 04/16/2025 | CITIZENS 1585 | Pizzeria Management III | Withdraw to close account | $779.94 |
| 04/16/2025 | CITIZENS 1585 | 777 ROCKWELL Garage | Parking for Court | $11.88 |
| 04/17/2025 | CITIZENS 1585 | ALCO CHEM | Utilities:Alco Dishwasher Rental | $69.00 |
| 04/17/2025 | CITIZENS 1585 | POWER ALARM INC | Utilities:Security System | $32.03 |
| 04/17/2025 | CITIZENS 1585 | Pizzeria Management III | Withdraw to FINAL close account | $6.85 |
| 04/17/2025 | CITIZENS 1585 | OH Lottery | Keno:Keno Invoices | $54.00 |
| | | | | |
| | | | | |
| | | | TOTAL | $163,377.90 |

| Exhibit E | | | | |
| --- | --- | --- | --- | --- |
| April 2025 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 4/16 | | Zeppe's Franchis | deferred royalties | 1050.19 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

 4374

21          T   315 00000 R EM T1
PIZZERIA MANAGEMENT III LLC - DEBTOR IN
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyBank Basic Business Checking          4374
PIZZERIA MANAGEMENT III LLC - DEBTOR IN
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 4-7-25 | $0.00 |
| 46 Additions | +140,622.89 |
| 48 Subtractions | -99,687.86 |
| **Ending balance 4-30-25** | **$40,935.03** |

## Additions

| Deposits Date | Serial # | Source | | |
|---|---|---|---|---:|
| 4-7 | | Deposit | Branch 0315 Ohio | $6,268.00 |
| 4-8 | | Deposit | Branch 0315 Ohio | 30,092.18 |
| 4-10 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,096.69 |
| 4-11 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,834.60 |
| 4-14 | | Deposit | Branch 0315 Ohio | 60.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 87.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 235.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 320.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 343.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 550.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 720.00 |
| 4-14 | | Deposit | Branch 0315 Ohio | 818.00 |
| 4-14 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,029.97 |
| 4-14 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,220.00 |
| 4-14 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,824.58 |
| 4-15 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,022.48 |
| 4-16 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 53.76 |
| 4-16 | | Deposit | Branch 0315 Ohio | 779.94 |
| 4-16 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,402.86 |
| 4-17 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,851.72 |
| 4-18 | | Data Consolidatiic Adjust | | 116.54 |

4374

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 4-18 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,256.94 |
| | 4-21 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,608.19 |
| | 4-21 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 8,351.42 |
| | 4-22 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,156.92 |
| | 4-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,449.03 |
| | 4-24 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,407.79 |
| | 4-25 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,000.07 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 50.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 315.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 339.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 460.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 511.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 526.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 559.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 574.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 617.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 761.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 788.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 1,243.00 |
| | 4-28 | | Deposit | Branch 0315 Ohio | 1,355.00 |
| | 4-28 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,487.69 |
| | 4-28 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,186.37 |
| | 4-28 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,312.05 |
| | 4-29 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,165.85 |
| | 4-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,416.25 |
| | | | **Total additions** | | **$140,622.89** |

## Subtractions

**Paper Checks**          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 976 | 4-10 | $649.32 | 9792 | 4-18 | 510.80 | *10421 | 4-25 | 3,412.24 |
| *9710 | 4-21 | 1,381.29 | *10400 | 4-28 | 126.00 | 10422 | 4-17 | 491.09 |
| 9711 | 4-23 | 116.54 | 10401 | 4-24 | 923.01 | *10422 | 4-21 | 462.00 |
| 9712 | 4-14 | 322.63 | 10402 | 4-30 | 1,210.34 | *11440 | 4-28 | 910.06 |
| *9761 | 4-10 | 462.41 | *10420 | 4-28 | 500.00 | *25010 | 4-28 | 599.00 |
| *9790 | 4-16 | 566.91 | *10420 | 4-23 | 2,246.22 | 25011 | 4-29 | 168.68 |
| 9791 | 4-14 | 600.00 | 10421 | 4-17 | 1,152.82 | *308664 | 4-28 | 22.20 |
| | | | | | | **Paper Checks Paid** | | **$16,833.56** |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 4-8 | | Withdrawal Branch 0315 Ohio | $200.00 |
| | 4-15 | | Rdp Foodservice 311448538 | 6,056.42 |
| | 4-15 | | 108 Zeppes of Nedirect Dep | 15,265.70 |
| | 4-16 | | Rewards Network Settlement | 2,044.56 |
| | 4-17 | | Withdrawal Branch 0315 Ohio | 150.00 |
| | 4-21 | | Toast, Inc    Toast, Inc | 621.84 |
| | 4-22 | | Rewards Network Settlement | 2,259.74 |



4374

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 4-22 | | Rdp Foodservice 311448538 | 7,728.79 |
| | 4-23 | | Rewards Network Settlement | 298.70 |
| | 4-23 | | Irs          Usataxpymt | 6,422.98 |
| | 4-24 | | Spectrum       Spectrum | 349.00 |
| | 4-24 | | Rewards Network Settlement | 624.16 |
| | 4-25 | | Rewards Network Settlement | 407.73 |
| | 4-28 | | Rewards Network Settlement | 5.04 |
| | 4-29 | | Nuco2 Llc      Web Pay | 139.20 |
| | 4-29 | | Rewards Network Settlement | 242.66 |
| | 4-29 | | Rewards Network Settlement | 584.87 |
| | 4-29 | | 8063-1Hioosut   Ohsalesutx | 5,464.45 |
| | 4-29 | | Rdp Foodservice 311448538 | 7,149.51 |
| | 4-29 | | 8063-1Hioosut   Ohsalesutx | 7,173.25 |
| | 4-29 | | 108 Zeppes of Nedirect Dep | 14,506.11 |
| | 4-30 | | OH Lottery Pe   Web Pay   Sg Ntf 4-19-202 | 80.00 |
| | 4-30 | | Rewards Network Settlement | 366.73 |
| | 4-30 | | Ohio Bwc       Payment | 709.90 |
| | 4-30 | | OH80 Lottery    Inv 250426 | 852.37 |
| | 4-30 | | Zeppe'S Promo   Sale | 1,400.26 |
| | 4-30 | | Zeppe'S Tavern Fsale | 1,750.33 |
| | | | **Total subtractions** | **$99,687.86** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 4-30-25 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 4-30-25 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges   this period** | | | **$0.00** |

## Account messages

Important details about changes made to your "Deposit Account Agreement and Funds Availability Policy" and "Deposit Account Fees and Disclosures".
1. Additional Statement Copies: Effective March 14, 2025
We eliminated the charge for each additional copy of a statement requested for all personal and business deposit accounts.
2. Funds Availability Policy: Effective May 10, 2025
We're adjusting our Funds Availability Policy to address changes that apply to certain check deposits.
(1)The number of days we may hold check deposits is being increased as allowed per federal regulations for both new account holds, and those that meet the

███████4374

---

## Account messages          *(con't)*

exception hold criteria.

(2)The amount of the deposited check(s) we make available to you is increasing to keep pace with inflation. Please see full details below.

Accounts affected: All personal and business deposit accounts.

What will change:

Timing: The number of days before funds deposited by check will be available to you will increase for the following instances:

The Exception hold period will change from no later than 5 business days to no later than 7 business days.

The New Account hold period will change from no later than 5 business days to no later than 9 business days during the first 30 days the account is open.

Amounts:

The Large Dollar exception hold will increase from $5,525 to $6,725. This is the amount of the deposit that will be available to you the next business day when your check deposits total more than $6,725 in a single day.

The New Account hold for deposits made in a single day from cashier's, certified, tellers, travelers, and federal, state and local government checks will increase from $5,525 to $6,725. This is the amount of the deposit that will be available to you the first business day after the day of your deposit if the deposit meets certain conditions.

The Case-By-Case hold will increase from $225 to $275. This is the amount of the deposit that will be available to you the next business day.



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    KeyBank
    Customer Disputes
    NY-31-55-0228
    555 Patroon Creek Blvd
    Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

    Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

    Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

❻ Enter ending balance shown on your statement.

$

❼ Add 5 and 6 and enter total here.

$

❽ Enter total from 4.

$

❾ Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.

4374 - 00101

1798