☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____ June 2025 _____

Date report filed: 07/20/2025
MM / DD / YYYY

Line of business: Full Service Restaurant

NAISC code: 722511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Jason Dicks - President

Original signature of responsible party    JASON JAMES DICKS

Printed name of responsible party    Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

25-11334-jps    Doc 67    FILED 07/21/25    ENTERED 07/21/25 22:03:42    Page 1 of 16

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 38,412.01

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 203,682.76

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 188,114.71

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 15,568.05

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 53,980.06

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 2,902.11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   35

27. What is the number of employees as of the date of this monthly report?                      48

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00

30. How much have you paid this month in other professional fees?                                $ _____0.00

31. How much have you paid in total other professional fees since filing the case?              $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 180,000.00 | − | $ 203,682.76 | = | $ -23,682.76 |
| 33. **Cash disbursements** | $ 153,772.13 | − | $ 188,114.71 | = | $ -34,342.58 |
| 34. **Net cash flow** | $ 26,227.87 | − | $ 15,568.05 | = | $ 10,659.82 |

35. Total projected cash receipts for the next month:                                    $ 185,000.00

36. Total projected cash disbursements for the next month:                             - $ 170,000.00

37. Total projected net cash flow for the next month:                                  = $ 15,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

| | Pizzeria Management III LLC | |
|---|---|---|
| | **EXHIBIT C - Deposit Detail** | |
| | **June 2025** | |
| | | |
| DATE | AMOUNT | TYPE |
| 06/02/2025 | $52.00 | Cash Deposits |
| 06/02/2025 | $107.00 | Cash Deposits |
| 06/02/2025 | $150.00 | Cash Deposits |
| 06/02/2025 | $314.00 | Cash Deposits |
| 06/02/2025 | $821.00 | Cash Deposits |
| 06/02/2025 | $4,845.72 | Credit Card Deposits |
| 06/02/2025 | $8,247.75 | Credit Card Deposits |
| 06/02/2025 | $8,287.05 | Credit Card Deposits |
| 06/03/2025 | $4,068.79 | Credit Card Deposits |
| 06/04/2025 | $174.01 | Credit Card Deposits |
| 06/04/2025 | $500.00 | Keno Direct Deposits |
| 06/04/2025 | $3,344.20 | Credit Card Deposits |
| 06/05/2025 | $7,825.61 | Credit Card Deposits |
| 06/06/2025 | $5,535.19 | Credit Card Deposits |
| 06/06/2025 | $879.19 | Doordash (income after fees) |
| 06/09/2025 | $29.00 | Cash Deposits |
| 06/09/2025 | $30.00 | Cash Deposits |
| 06/09/2025 | $41.00 | Cash Deposits |
| 06/09/2025 | $364.00 | Cash Deposits |
| 06/09/2025 | $372.00 | Cash Deposits |
| 06/09/2025 | $751.00 | Cash Deposits |
| 06/09/2025 | $1,690.00 | Cash Deposits |
| 06/09/2025 | $2,038.00 | Cash Deposits |
| 06/09/2025 | $4,672.09 | Credit Card Deposits |
| 06/09/2025 | $5,917.90 | Credit Card Deposits |
| 06/09/2025 | $8,280.34 | Credit Card Deposits |
| 06/10/2025 | $3,013.64 | Credit Card Deposits |
| 06/11/2025 | $284.95 | Credit Card Deposits |
| 06/11/2025 | $2,813.48 | Credit Card Deposits |
| 06/12/2025 | $8,744.77 | Credit Card Deposits |
| 06/13/2025 | $484.74 | Doordash (income after fees) |
| 06/13/2025 | $4,334.58 | Credit Card Deposits |
| 06/16/2025 | $206.00 | Cash Deposits |
| 06/16/2025 | $362.00 | Cash Deposits |
| 06/16/2025 | $386.00 | Cash Deposits |
| 06/16/2025 | $435.00 | Cash Deposits |
| 06/16/2025 | $588.00 | Cash Deposits |
| 06/16/2025 | $621.00 | Cash Deposits |

| Date | Amount | Description | |
|---|---|---|---|
| 06/16/2025 | $1,084.00 | Cash Deposits | |
| 06/16/2025 | $1,694.00 | Cash Deposits | |
| 06/16/2025 | $5,198.95 | Credit Card Deposits | |
| 06/16/2025 | $6,159.40 | Credit Card Deposits | |
| 06/16/2025 | $7,212.31 | Credit Card Deposits | |
| 06/17/2025 | $3,592.85 | Credit Card Deposits | |
| 06/18/2025 | $2,886.20 | Credit Card Deposits | |
| 06/20/2025 | $401.55 | Doordash (income after fees) | |
| 06/20/2025 | $4,295.53 | Credit Card Deposits | |
| 06/20/2025 | $4,637.86 | Credit Card Deposits | |
| 06/23/2025 | $289.00 | Cash Deposits | |
| 06/23/2025 | $409.00 | Cash Deposits | |
| 06/23/2025 | $513.00 | Cash Deposits | |
| 06/23/2025 | $618.00 | Cash Deposits | |
| 06/23/2025 | $641.00 | Cash Deposits | |
| 06/23/2025 | $1,050.00 | Cash Deposits | |
| 06/23/2025 | $5,651.76 | Credit Card Deposits | |
| 06/23/2025 | $6,814.67 | Credit Card Deposits | |
| 06/23/2025 | $8,598.48 | Credit Card Deposits | |
| 06/24/2025 | $4,843.66 | Credit Card Deposits | |
| 06/25/2025 | $3,587.13 | Credit Card Deposits | |
| 06/26/2025 | $7,581.58 | Credit Card Deposits | |
| 06/27/2025 | $593.80 | Doordash (income after fees) | |
| 06/27/2025 | $4,778.00 | Credit Card Deposits | |
| 06/30/2025 | $2.00 | Cash Deposits | |
| 06/30/2025 | $91.00 | Cash Deposits | |
| 06/30/2025 | $110.00 | Cash Deposits | |
| 06/30/2025 | $145.00 | Cash Deposits | |
| 06/30/2025 | $417.00 | Cash Deposits | |
| 06/30/2025 | $655.00 | Cash Deposits | |
| 06/30/2025 | $671.00 | Cash Deposits | |
| 06/30/2025 | $912.00 | Cash Deposits | |
| 06/30/2025 | $1,107.00 | Cash Deposits | |
| 06/30/2025 | $1,573.00 | Cash Deposits | |
| 06/30/2025 | $1,905.00 | Cash Deposits | |
| 06/30/2025 | $5,138.52 | Credit Card Deposits | |
| 06/30/2025 | $7,440.33 | Credit Card Deposits | |
| 06/30/2025 | $8,773.18 | Credit Card Deposits | |
| | | | |
| TOTAL | $203,682.76 | | |

| | | | | Exhibit D - Disbursements | |
|---|---|---|---|---|---|
| | | | | Pizzeria Management III LLC | |
| | | | | June 1-30, 2025 | |
| | | | | All Transactions from KEY DIP ACCOUNT 4374 | |

| DATE | TYPE | AMOUNT | PAYEE | REASON | |
|---|---|---|---|---|---|
| 06/02/2025 | Expense | $7,854.64 | RDP | food inventory | |
| 06/02/2025 | Expense | $37.36 | QuickBooks | book keeping software | |
| 06/02/2025 | Expense | $190.41 | North East Ohio Natural Gas | utlitity | |
| 06/02/2025 | Expense | $291.54 | Directv | TV service | |
| 06/02/2025 | Expense | $404.77 | Rewards Network | Advertising/Loan Repayment | |
| 06/02/2025 | Expense | $998.00 | North East Ohio Natural Gas | utlitity | |
| 06/02/2025 | Expense | $998.00 | North East Ohio Natural Gas | utlitity | |
| 06/02/2025 | Expense | $1,880.35 | Electricity | utlitity | |
| 06/02/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/02/2025 | Expense | $387.54 | House of LaRose | Alcohol Inventory | |
| 06/02/2025 | Expense | $750.00 | The Focus Group | Live Music | |
| 06/03/2025 | Expense | $293.49 | Rewards Network Payments | Advertising/Loan Repayment | |
| 06/03/2025 | Expense | $297.79 | DirecTV | Internet & TV services | |
| 06/03/2025 | Expense | $558.37 | Rewards Network Payments | Advertising/Loan Repayment | |
| 06/04/2025 | Expense | $185.88 | BMI | music license | |
| 06/04/2025 | Expense | $321.12 | Rewards Network Payments | Advertising/Loan Repayment | |
| 06/04/2025 | Expense | $506.00 | Zeppe's Promo | Facebook advertising specific to this location | |
| 06/04/2025 | Expense | $7,729.33 | 941 Federal Income Tax Witheld | Payroll Costs | |
| 06/04/2025 | Expense | $300.00 | Damian Knapp | Live Music | |
| 06/04/2025 | Expense | $1,249.82 | Giant Eagle | Alcohol Inventory | |
| 06/04/2025 | Expense | $5,750.00 | Newbury Center LLC | Rent | |
| 06/04/2025 | Expense | $1,477.00 | C.A.M. Charges | Building fees | |
| 06/05/2025 | Expense | $1,107.30 | RDP | Food inventory | |
| 06/05/2025 | Expense | $605.86 | Rewards Network | Advertising/Loan Repayment | |
| 06/05/2025 | Expense | $1,887.52 | RTI Fryer Oil | Kitchen supplies | |
| 06/05/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/05/2025 | Expense | $956.92 | Coke | food inventory | |
| 06/05/2025 | Expense | $2,409.45 | Geauga county water department | water and sewar | |
| 06/05/2025 | Expense | $1,272.85 | Superior | Alcohol Inventory | |
| 06/06/2025 | Expense | $31.22 | Toast | Credit Card Adjustments | |
| 06/06/2025 | Expense | $95.36 | delux.com | business checks | |
| 06/06/2025 | Expense | $610.61 | Rewards Network | Advertising/Loan Repayment | |
| 06/06/2025 | Expense | $1,950.94 | Zeppe's Promo | Zeppe's franchise advertising fund | |
| 06/06/2025 | Expense | $2,438.68 | Zeppe's Franchise Group | Franchise Royalties | |
| 06/06/2025 | Expense | $14.50 | Zeppe's Franchise Group | Zeppes.com Email | |
| 06/06/2025 | Expense | $249.00 | DCI | Tech support | |
| 06/06/2025 | Expense | $841.19 | DCI | Payroll processing | |
| 06/06/2025 | Expense | $1,000.00 | Cocktail Johnny | Live music | |
| 06/09/2025 | Expense | $10,198.54 | RDP | food inventory | |
| 06/09/2025 | Expense | $379.24 | Rewards Network | Advertising/Loan Repayment | |
| 06/09/2025 | Expense | $728.58 | Toast | software monthly fee | |
| 06/09/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/09/2025 | Expense | $44.54 | Ohio Child Support | Salaries & wages | |
| 06/09/2025 | Expense | $1,763.22 | House of LaRose | alcohol inventory | |
| 06/09/2025 | Expense | $550.00 | House 41 | Live music | |
| 06/10/2025 | Expense | $517.37 | Rewards Network | Advertising/Loan Repayment | |
| 06/10/2025 | Expense | $607.22 | Rewards Network | Advertising/Loan Repayment | |
| 06/10/2025 | Expense | $17,620.31 | Salaries & wages | Salaries & wages | |

| Date | Type | Amount | Payee | Description | |
|---|---|---|---|---|---|
| 06/11/2025 | Expense | $100.00 | State Farm | Non-Owned Driver Insurance | |
| 06/11/2025 | Expense | $241.68 | Keno | Invoices | |
| 06/11/2025 | Expense | $425.95 | Rewards Network | Advertising/Loan Repayment | |
| 06/12/2025 | Expense | $423.83 | Rewards Network | Advertising/Loan Repayment | |
| 06/12/2025 | Expense | $477.07 | Heidelberg | alcohol inventory | |
| 06/12/2025 | Expense | $1,654.52 | Superior | alcohol inventory | |
| 06/12/2025 | Expense | $1,387.53 | Giant Eagle | alcohol inventory | |
| 06/12/2025 | Expense | $800.00 | Three Day Weekend | live music | |
| 06/13/2025 | Expense | $172.00 | Iron Cowboy | marketing supplies | |
| 06/13/2025 | Expense | $324.75 | Acme Steak & Seafood | food inventory | |
| 06/13/2025 | Expense | $410.00 | C Taylor Knife and Slice | equipment maintenance/repair | |
| 06/13/2025 | Expense | $604.91 | Rewards Network | Advertising/Loan Repayment | |
| 06/16/2025 | Expense | $8,618.77 | RDP | food inventory | |
| 06/16/2025 | Expense | $358.02 | Rewards Network | Advertising/Loan Repayment | |
| 06/16/2025 | Expense | $1,121.61 | Ohio State Income Tax Witholding | salaries & wages | |
| 06/16/2025 | Expense | $1,617.05 | Cintas | towels and mats | |
| 06/16/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/16/2025 | Expense | $714.00 | Southern Glazer | alcohol inventory | |
| 06/16/2025 | Expense | $349.00 | Duo-Ly Noted | live music | |
| 06/16/2025 | Expense | $1,507.59 | House of LaRose | alcohol inventory | |
| 06/16/2025 | Expense | $950.00 | Ted Riser Marshall Band | live music | |
| 06/17/2025 | Expense | $415.29 | Rewards Network | Advertising/Loan Repayment | |
| 06/17/2025 | Expense | $669.67 | Rewards Network | Advertising/Loan Repayment | |
| 06/18/2025 | Expense | $53.04 | Keno | invoices | |
| 06/18/2025 | Expense | $69.00 | Alco | Dishwasher Rental | |
| 06/18/2025 | Expense | $329.13 | Rewards Network | Advertising/Loan Repayment | |
| 06/18/2025 | Expense | $349.00 | Spectrum | Internet | |
| 06/18/2025 | Expense | $7,464.07 | 941 Federal Income Tax Witheld | salaries & wages | |
| 06/18/2025 | Expense | $848.20 | Kimble Recycling and Disposal | Trash and Recycling Removal | |
| 06/20/2025 | Expense | $64.06 | Power Alarm | Security System | |
| 06/20/2025 | Expense | $68.46 | NuCO2 | CO2 supplies | |
| 06/20/2025 | Expense | $277.73 | RTI | Fryer Oil Program Fee and maintenance | |
| 06/20/2025 | Expense | $402.29 | Rewards Network | Advertising/Loan Repayment | |
| 06/20/2025 | Expense | $532.41 | Rewards Network | Advertising/Loan Repayment | |
| 06/20/2025 | Expense | $654.25 | Coke | Food inventory | |
| 06/20/2025 | Expense | $1,300.92 | Superior | alcohol inventory | |
| 06/20/2025 | Expense | $1,462.64 | Giant Eagle | alcohol inventory | |
| 06/23/2025 | Expense | $11,630.76 | RDP | food inventory | |
| 06/23/2025 | Expense | $460.17 | Rewards Network | Advertising/Loan Repayment | |
| 06/23/2025 | Expense | $1,854.10 | Catanese | food inventory | |
| 06/23/2025 | Expense | $1,918.54 | Zeppe's Promo | Franchise Advertising | |
| 06/23/2025 | Expense | $2,398.17 | Zeppe's Franchise Group | Franchise Royalties | |
| 06/23/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/23/2025 | Expense | $750.00 | Armstrong Bearcat | Live music | |
| 06/23/2025 | Expense | $300.00 | Steve Radcliff | Live music | |
| 06/23/2025 | Expense | $252.00 | Buckeye Draft Services | maintenance | |
| 06/23/2025 | Expense | $683.39 | House of LaRose | alcohol inventory | |
| 06/24/2025 | Expense | $334.99 | Rewards Network | Advertising/Loan Repayment | |
| 06/24/2025 | Expense | $467.06 | Rewards Network | Advertising/Loan Repayment | |
| 06/24/2025 | Expense | $625.00 | Zeppe's Promo | Facebook advertising specific to this location | |
| 06/24/2025 | Expense | $18,529.08 | Salaries & wages | Salaries and wages | |
| 06/24/2025 | Expense | $44.54 | Ohio Child Support | Salaries and wages | |
| 06/25/2025 | Expense | $339.73 | Rewards Network | Advertising/Loan Repayment | |
| 06/25/2025 | Expense | $494.74 | Keno | Invoices | |

| | | | | | |
|---|---|---|---|---|---|
| 06/25/2025 | Expense | $7,493.67 | State Sales Tax | Sales Tax | |
| 06/25/2025 | Expense | $2,222.49 | Active Supply Equipment Purchase | Hot Water Heater equipment purchase | |
| 06/26/2025 | Expense | $500.35 | Rewards Network | Advertising/Loan Repayment | |
| 06/26/2025 | Expense | $1,615.48 | Giant Eagle | Alcohol inventory | |
| 06/26/2025 | Expense | $718.96 | Heidelberg | alcohol inventory | |
| 06/26/2025 | Expense | $128.62 | Gordon Food Service | food inventory | |
| 06/27/2025 | Expense | $226.80 | NuCO2 | co2 supplies | |
| 06/27/2025 | Expense | $642.83 | Rewards Network | Advertising/Loan Repayment | |
| 06/27/2025 | Expense | $1,026.57 | Superior | alcohol inventory | |
| 06/27/2025 | Expense | $600.00 | Brother's keeper | live music | |
| 06/30/2025 | Expense | $10,185.24 | RDP | food inventory | |
| 06/30/2025 | Expense | $425.05 | Rewards Network | Advertising/Loan Repayment | |
| 06/30/2025 | Expense | $30.00 | Bank fees & service charges | wire transfer fee | |
| 06/30/2025 | Expense | $850.00 | Where's Jimmy | Live music | |
| 06/30/2025 | Expense | $300.00 | Rob Lundi | Live music | |
| 06/30/2025 | Expense | $1,356.11 | House of LaRose | alcohol inventory | |
| 06/30/2025 | Expense | $1,000.00 | Monica Robins | Live music | |
| | | | | | |
| | TOTAL | $188,114.71 | | | |

| | | | | |
|---|---|---|---|---|
| Exhibit E | | | | |
| JUNE 2025 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 6/1 | | Zeppe's Franchise Group | deferred royalties | 1463.2 |
| 6/16 | | Zeppe's Franchise Group | deferred royalties | $1,438.91 |
| | | | | |
| | | | | |
| | | | TOTAL | $2,902.11 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

40          T   315 00000 R EM T1
PIZZERIA MANAGEMENT III LLC - DEBTOR IN
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyBank Basic Business Checking
PIZZERIA MANAGEMENT III LLC - DEBTOR IN
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 5-31-25 | $29,869.95 |
| 76 Additions | +203,682.76 |
| 111 Subtractions | -187,958.47 |
| Net fees and charges | -180.00 |
| **Ending balance 6-30-25** | **$45,414.24** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 6-2 | | Deposit    Branch 0315 Ohio | $52.00 |
| | 6-2 | | Deposit    Branch 0315 Ohio | 107.00 |
| | 6-2 | | Deposit    Branch 0315 Ohio | 150.00 |
| | 6-2 | | Deposit    Branch 0315 Ohio | 314.00 |
| | 6-2 | | Deposit    Branch 0315 Ohio | 821.00 |
| | 6-2 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 4,845.72 |
| | 6-2 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 8,247.75 |
| | 6-2 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 8,287.05 |
| | 6-3 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 4,068.79 |
| | 6-4 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 174.01 |
| | 6-4 | | OH80 Lottery    Inv 250531 | 500.00 |
| | 6-4 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 3,344.20 |
| | 6-5 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 7,825.61 |
| | 6-6 | | Doordash, Inc.  Newbury | 879.19 |
| | 6-6 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 5,535.19 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 29.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 30.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 41.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 364.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 372.00 |

3322

00101

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 6-9 | | Deposit    Branch 0315 Ohio | 751.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 1,690.00 |
| | 6-9 | | Deposit    Branch 0315 Ohio | 2,038.00 |
| | 6-9 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,672.00 |
| | 6-9 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 5,917.90 |
| | 6-9 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 8,280.34 |
| | 6-10 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 3,013.64 |
| | 6-11 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 284.95 |
| | 6-11 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 2,813.48 |
| | 6-12 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 8,744.77 |
| | 6-13 | | Doordash, Inc.  Newbury   St-J0N1R7U3U4K3 | 484.74 |
| | 6-13 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,334.58 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 206.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 362.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 386.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 435.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 588.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 621.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 1,084.00 |
| | 6-16 | | Deposit    Branch 0315 Ohio | 1,694.00 |
| | 6-16 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 5,198.95 |
| | 6-16 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 6,159.40 |
| | 6-16 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 7,212.31 |
| | 6-17 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 3,592.85 |
| | 6-18 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 2,886.20 |
| | 6-20 | | Doordash, Inc.  Newbury   St-L2N4U5Z2R3A3 | 401.55 |
| | 6-20 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,295.53 |
| | 6-20 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,637.86 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 289.00 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 409.00 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 513.00 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 618.00 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 641.00 |
| | 6-23 | | Deposit    Branch 0315 Ohio | 1,050.00 |
| | 6-23 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 5,651.76 |
| | 6-23 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 6,814.67 |
| | 6-23 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 8,598.48 |
| | 6-24 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,843.66 |
| | 6-25 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 3,587.13 |
| | 6-26 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 7,581.58 |
| | 6-27 | | Doordash, Inc.  Newbury   St-H2C8W6P0C3U7 | 593.80 |
| | 6-27 | | Citizens         Net Setlmtcitizens Net Setlmt 4 | 4,778.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 2.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 91.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 110.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 145.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 417.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 655.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 671.00 |
| | 6-30 | | Deposit    Branch 0315 Ohio | 912.00 |

00101

3322



## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 6-30 | | Deposit | Branch 0315 Ohio | 1,107.00 |
| | 6-30 | | Deposit | Branch 0315 Ohio | 1,573.00 |
| | 6-30 | | Deposit | Branch 0315 Ohio | 1,905.00 |
| | 6-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,138.52 |
| | 6-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,440.33 |
| | 6-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 8,773.18 |
| | | | **Total additions** | | **$203,682.76** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 501 | 6-20 | $1,462.64 | 519 | 6-27 | 600.00 | 14281 | 6-9 | 550.00 |
| *503 | 6-16 | 1,507.59 | 520 | 6-26 | 718.96 | 14282 | 6-5 | 1,272.85 |
| *505 | 6-16 | 714.00 | *522 | 6-30 | 1,356.11 | *14800 | 6-2 | 387.54 |
| 506 | 6-16 | 950.00 | 523 | 6-27 | 1,026.57 | 14801 | 6-6 | 841.19 |
| 507 | 6-16 | 349.00 | 524 | 6-30 | 1,000.00 | 14802 | 6-4 | 7,227.00 |
| 508 | 6-20 | 654.25 | 525 | 6-30 | 850.00 | *14820 | 6-6 | 1,000.00 |
| *510 | 6-23 | 683.39 | *527 | 6-30 | 300.00 | 14821 | 6-4 | 300.00 |
| 511 | 6-23 | 252.00 | *601 | 6-18 | 848.20 | 14822 | 6-5 | 956.92 |
| 512 | 6-20 | 1,300.92 | *14151 | 6-12 | 1,387.53 | *16080 | 6-12 | 1,654.52 |
| 513 | 6-26 | 1,615.48 | *14270 | 6-4 | 1,249.82 | 16081 | 6-12 | 477.07 |
| 514 | 6-23 | 750.00 | 14271 | 6-2 | 750.00 | 16082 | 6-12 | 800.00 |
| 515 | 6-23 | 300.00 | 14272 | 6-9 | 1,763.22 | *308804 | 6-9 | 44.54 |
| 516 | 6-26 | 128.62 | *14280 | 6-5 | 2,409.45 | *308856 | 6-24 | 44.54 |
| *518 | 6-25 | 2,222.49 | | | | | | |

**Paper Checks Paid**          **$42,706.41**

*eChecks*          checks converted to electronic ACH transactions

| Check | Date | Source | |
|---|---|---|---|
| 517 | 6-25 | E-CHK#000000517 ACE 75 BAINBRIDG CHAG,OH PURCH | $23.76 |
| | | **eChecks paid** | **$23.76** |

**Total paper checks and eChecks paid**          **$42,730.17**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 6-2 | 968568 | Wire Withdrawal  Rdp Foodservice  6917 | $7,854.64 |
| | 6-2 | | Intuit *        Qbooks Onl | 37.36 |
| | 6-2 | | Northeast Ohio Nbillpay   Northeast Ohio | 190.41 |
| | 6-2 | | Directv        Directv | 291.54 |
| | 6-2 | | Rewards Network Settlement | 404.77 |
| | 6-2 | | Northeast Ohio Nbillpay   Northeast Ohio | 998.00 |
| | 6-2 | | Northeast Ohio Nbillpay   Northeast Ohio | 998.00 |
| | 6-2 | | Firstenergy     Opco-ACH | 1,880.35 |
| | 6-3 | | Rewards Network Settlement | 293.49 |
| | 6-3 | | Directv        Directv | 297.79 |
| | 6-3 | | Rewards Network Settlement | 558.37 |

3322

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 6-4 | | Broadcast Music 8004012000 | 185.88 |
| | 6-4 | | Rewards Network Settlement | 321.12 |
| | 6-4 | | Zeppe'S Promo   Sale | 506.00 |
| | 6-4 | | Irs         Usataxpymt | 7,729.33 |
| | 6-5 | 11855 | Wire Withdrawal  Rdp Food Service 6917 | 1,107.30 |
| | 6-5 | | Rewards Network Settlement | 605.86 |
| | 6-5 | | Restaurant Technnone | 1,887.52 |
| | 6-6 | | Toast       Eom May 31 | 31.22 |
| | 6-6 | | Deluxe Small Busedi/ACH   Isa*00* *00* *Zz*Remi | 95.36 |
| | 6-6 | | Rewards Network Settlement | 610.61 |
| | 6-6 | | Zeppe'S Promo   Sale | 1,950.94 |
| | 6-6 | | Zeppe'S Tavern Fsale | 2,702.18 |
| | 6-9 | 53719 | Wire Withdrawal  Rdp Food Service 6917 | 10,198.54 |
| | 6-9 | | Rewards Network Settlement | 379.24 |
| | 6-9 | | Toast, Inc     Toast, Incst-Z7F2X7P3S1Y6 | 728.58 |
| | 6-10 | | Rewards Network Settlement | 517.37 |
| | 6-10 | | Rewards Network Settlement | 607.22 |
| | 6-10 | | 108 Zeppes of Nedirect Dep | 17,620.31 |
| | 6-11 | | State Farm Ro 27Cpc-Client | 100.00 |
| | 6-11 | | OH80 Lottery   Inv 250607 | 241.68 |
| | 6-11 | | Rewards Network Settlement | 425.95 |
| | 6-12 | | Rewards Network Settlement | 423.83 |
| | 6-13 | | Iron Cowboy Prodsale | 172.00 |
| | 6-13 | | Acme Steak & Seacorp Coll | 324.75 |
| | 6-13 | | C. Taylor Knife Sale | 410.00 |
| | 6-13 | | Rewards Network Settlement | 604.91 |
| | 6-16 | 144053 | Wire Withdrawal  Rdp Food Service 6917 | 8,618.77 |
| | 6-16 | | Rewards Network Settlement | 358.02 |
| | 6-16 | | 8060-1Hioemwh   Ohemwhtx | 1,121.61 |
| | 6-16 | | Cintascorporatio67Eaa77A3D | 1,617.05 |
| | 6-17 | | Rewards Network Settlement | 415.29 |
| | 6-17 | | Rewards Network Settlement | 669.67 |
| | 6-18 | | OH80 Lottery   Inv 250614 | 53.04 |
| | 6-18 | | Alco Chem      Cash Conc | 69.00 |
| | 6-18 | | Rewards Network Settlement | 329.13 |
| | 6-18 | | Spectrum    Spectrum | 349.00 |
| | 6-18 | | Irs         Usataxpymt | 7,464.07 |
| | 6-20 | | Power Alarm Inc ACH Debit | 64.06 |
| | 6-20 | | Nuco2 Llc      Web Pay | 68.46 |
| | 6-20 | | Restaurant Technnone | 277.73 |
| | 6-20 | | Rewards Network Settlement | 402.29 |
| | 6-20 | | Rewards Network Settlement | 532.41 |
| | 6-23 | 216154 | Wire Withdrawal  Rdp Foodservice  6917 | 11,630.76 |
| | 6-23 | | Rewards Network Settlement | 460.17 |
| | 6-23 | | Catanese Classicach Debit | 1,854.10 |
| | 6-23 | | Zeppe'S Promo   Sale | 1,918.54 |
| | 6-23 | | Zeppe'S Tavern Fsale | 2,398.17 |
| | 6-24 | | Rewards Network Settlement | 334.99 |
| | 6-24 | | Rewards Network Settlement | 467.06 |

3322

- 00101



███████

## Subtractions
*(con't)*

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 6-24 | | Zeppe'S Promo   Sale | 625.00 |
| 6-24 | | 108 Zeppes of Nedirect Dep | 18,529.08 |
| 6-25 | | Rewards Network Settlement | 339.73 |
| 6-25 | | OH80 Lottery   Inv 250621 | 494.74 |
| 6-25 | | 8063-1Hioosut   Ohsalesutx | 7,493.67 |
| 6-26 | | Rewards Network Settlement | 500.35 |
| 6-27 | | Nuco2 Llc      Web Pay | 226.80 |
| 6-27 | | Rewards Network Settlement | 642.83 |
| 6-30 | 379230 | Wire Withdrawal  Rdp Food Service 6917 | 10,185.24 |
| 6-30 | | Rewards Network Settlement | 425.05 |
| | | **Total subtractions** | **$187,958.47** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 6-2-25 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 6-5-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 6-9-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 6-16-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 6-23-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 6-30-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 6-30-25 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 6-30-25 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges   assessed this period** | | | **-$180.00** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL ➤ | $ |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➤ | $ |

❻ Enter ending balance shown on your statement.

$

❼ Add 5 and 6 and enter total here.

$

❽ Enter total from 4.

$

❾ Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.

3322