**IT IS SO ORDERED.**

Dated: 4 August, 2025 09:49 AM



CHIEF JUDGE JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

**ORDER ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE DEBTOR'S PLAN OF REORGANIZATION AND SETTING DATES RELATED THERETO**

This matter coming before the Court on the motion of Pizzeria Management III LLC, the Debtor-in-Possession herein ("Debtor") for an Order Establishing the Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Plan of Reorganization and to Set Dates Related Thereto [Docket No. 62] (the "Motion"), in which the Debtor requests a entry of an order pursuant to section 1126 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, and Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, for an Order establishing the procedures for solicitation and tabulation of votes to accept or reject the Debtor's Plan of Reorganization (as it may be amended, the "Plan") and to set dates related thereto.

1

No opposition to the Motion having been filed the Motion is GRANTED on the following. The following dates are hereby set for the consideration of confirmation of the Debtor's Plan:

| Event | Proposed Date |
|---|---|
| **Solicitation Commencement Date** | August 15, 2025 |
| **Voting Deadline for the Plan** | September 19, 2025 |
| **Deadline to File Ballot Tabulation** | September 26, 2025 |
| **Deadline to Object to Confirmation** | September 26, 2025 |
| **Deadline to Respond to Objections to Confirmation and to file Confirmation Brief and Other Evidence Supporting the Plan** | October 3, 2025 |
| **Confirmation Hearing** | October 21, 2025 |

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, a claim and without prejudice to the rights of the Debtor in any other context, the following voting procedures and requirements are hereby established:

1. The amount of a claim that will be used to determine votes for or against the Plan will be either: (a) the claim amount listed on the schedules of liabilities filed with the Court unless such claim is listed on the schedules of liabilities as contingent, w1liquidated, or disputed; (b) the liquidated amount specified in a proof of claim timely filed with the Court that is not the subject of an objection; (c) the liquidated amount specified in a final order. If the holder of a claim submits a Ballot, but such holder has timely filed a proof of claim and: (a) such holders' claim is listed on the schedules of liabilities as contingent, unliquidated, or disputed; and (b) such holder's claim is the subject of an objection, the Ballot will not be counted for purposes of determining acceptances or rejections of the Plan, in accordance with Rule 3018, unless the Bankruptcy Court has temporarily allowed the claim for the purpose of accepting or rejecting the Plan in accordance with Bankruptcy Rule 3018.

2. Whenever a holder of a claim casts more than one Ballot voting the same claim prior to the Voting Deadline, the latest Ballot received by the Voting Agent prior to the Voting Deadline will be deemed to supersede and revoke any prior Ballot.

3. Holders of claims must vote all of their claims within a particular class either to accept or reject the Plan and may not split their votes. Accordingly, the Debtors

will treat as an acceptance any Ballot (or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan.

The solicitation package, comprised of the materials required to be provided to holders of claims and equity interests under Bankruptcy Rule 3017(d), will be mailed to such parties. Specifically, the Debtor will mail, or cause to be mailed, solicitation packages containing copies of: (a) the Plan (b) the class ballots, and (c) the confirmation hearing notice including the ballot deadline and objection deadline, a form of which is attached hereto as Exhibit A. Solicitation packages will be mailed to: (a) all persons or entities that have filed proofs of claim on or before the Record Date; (b) all persons or entities listed in the schedules of liabilities as holding a- liquidated, noncontingent, undisputed claims as of the Record Date; (c) all other known holders of claims against or interests in the Debtors, if any, as of the Record Date; (d) all parties in interest that have filed a notice in accordance with Bankruptcy Rule 2002 in the Debtor's chapter 11 case on or before the Record Date; (e) the Subchapter V Trustee; and (e) the Office of the United States Trustee.

The Notice of the Confirmation hearing attached as Exhibit A is approved.

The Form of Ballot attached as Exhibit B is approved.

###

This Order Prepared by:

/s/Thomas W. Coffey
Thomas W, Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

**ECF Service**

David J. Coyle on behalf of Creditor Zeppes Tavern Franchise LLC
dcoyle@shumaker.com, acrosby@shumaker.com

David J. Coyle on behalf of Creditors Cassie Ciresi and Joseph Ciresi
dcoyle@shumaker.com, acrosby@shumaker.com

Patricia B. Fugee
patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Spencer Lutz on behalf of U.S. Trustee United States Trustee
spencer.lutz@usdoj.gov

Frederic P. Schwieg on behalf of Jason James Dicks
fschwieg@schwieglaw.com

Thomas W. Coffey on behalf of Debtor Pizzeria Management III LLC
tcoffey@tcoffeylaw.com.

**Regular Mail Service:**

Christian Carson
2618 Mooreland Blvd.
Cleveland, OH 44120

WebBank
c/o Toast Capital
330 Summer Street
Boston, MA 02210

Rewards Network
Attn: Mary Born
540 West Madison Street, Ste 2400

Kimble Recycling & Disposal
P.O. Box 448
Dover, OH 44622-0448

RDP Food Service
4200 Parkway Court
Hilliard, OH 43026

Yesco Sign & Lighting
38348 Appollo Parkway No. 1
Willoughby, OH 44094

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

**NOTICE OF FILING OF DEBTOR'S PLAN OF REORGANIZATION, SCHEDULED HEARING ON CONFIRMATION OF PLAN, DEADLINES FOR SUBMITTING BALLOTS TO VOTE TO ACCEPT OR REJECT THE PLAN, AND DEADLINE FOR SUBMITTING OBJECTIONS TO CONFIRMATION OF THE PLAN**

**Please Take Notice that** Pizzeria Management III LLC (the "Debtor") has filed a Plan of Reorganization with the Court [Docket No. 59].

**Please Take Further Notice that** a hearing to consider confirmation of the Debtor's Plan of Reorganization has been set for **October 21, 2025 at 10:30 a.m.** in Courtroom 2B of the Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, before the Honorable Jessica E. Price Smith.

**Please Take Further Notice that** the Deadline for Returning Ballots to Vote to Accept or Reject the Plan is **September 19, 2025.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to confirm the Plan of Reorganization**, or if you want the court to consider your views on confirmation of the Plan, then on or before **September 26, 2025,** you or your attorney must file an **Objection,** explaining your position, at:

        Clerk of Courts
        U.S. Bankruptcy Court
        201 Superior Avenue
        Cleveland, OH 44113-1235

You must also send a copy to:

| | |
|---|---|
| Thomas W. Coffey | Spencer Lutz |
| Coffey Law LLC | Office of the U.S. Trustee |
| 2430 Tremont Avenue | 201 Superior Avenue, Suite 441 |
| Cleveland, OH 44113 | Cleveland, OH 44114 |

And attend the scheduled hearing or any continued or re-scheduled hearing.

If you do not take these steps, the Court may decide that you do not oppose confirmation of the Plan of Reorganization and may enter an Order granting that relief.

Respectfully submitted,

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: Pizzeria Management III, LLC, ) | Case No. 25-11334-jps |
| ) | |
| ) | Chapter 11, Subchapter V |
| ) | |
| Debtor in Possession. ) | Judge Jessica E. Price Smith |
| ) | |

## CLASS VI BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED PLAN OF REORGANIZATION

Debtor Pizzeria Management III LLC filed a Plan of Reorganization on June 30, 2025 (the "Plan") [Docket No. 59].

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.** Your claim has been placed in **Class VI** under the Plan.

If your ballot is not received by Thomas W. Coffey, attorney for the Debtor, at the address set forth below on or before **September 19, 2025**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class VI claim against the Debtor in the unpaid amount of $_____

*Check one box only*

❑ **Accepts the plan**

❑ **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Title: _____

Return this ballot to:

Thomas W. Coffey, Esq.
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113

Ballot May be Returned via Email to tcoffey@tcoffeylaw.com