Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**Case No. 25–11334–jps**

**In re:**
Pizzeria Management III LLC
c/o Jason Dicks
13910 Claridon Troy Road
Burton, OH 44021

**Social Security No.:**

**Employer's Tax I.D. No.:**
27–3382267

# NOTICE OF HEARING

**See Hybrid Hearing Procedures**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
October 21, 2025 at 10:30 am
before Judge Jessica E. Price Smith

To consider and act upon the following matters:

[59] Chapter 11 Plan Small Business Subchapter V

**Dated:** August 13, 2025                                                             For the Court
Form ohnb187                                                                    Josiah C. Sell, Clerk