**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re: | Case No. 25-11334 |
| PIZZERIA MANAGEMENT III LLC, | Hon. Jessica E. Price Smith |
| Debtor. | Chapter 11 Subchapter V |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Rule 2091-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Ohio, Creditors Joe Ciresi, Cassie Ciresi, and Zeppes Tavern Franchise LLC (jointly "Ciresi Creditors") hereby provide Notice, by and through counsel, of the substitution of counsel.

On April 11, 2025, attorney David J. Coyle entered an appearance in this case for each of the three Ciresi Creditors. Each of the three Ciresi Creditors now desire to have attorneys John J. Rutter and Heather E. Heberlein of Roetzel and Andress substitute in as counsel for them. Each of the three Ciresi Creditors believe it would be most cost effective to have the substitution of counsel as set forth herein. Each of the three Ciresi Creditors, and each counsel, agree with the substitution.

As of the date this Notice is filed with the Bankruptcy Court, attorney David J. Coyle is withdrawn as counsel for each of the three Ciresi Creditors and attorneys John J. Rutter and Heather E. Heberlein enter their appearance as attorneys for each of the three Ciresi Creditors. All notices and papers given or required to be given or served in this case to (or upon) one or more of the Ciresi Creditors shall be given and served upon attorneys John J. Rutter and Heather E.

36938047v1

Heberlein at their respective office addresses, telephone numbers, facsimile numbers, and email addresses set forth below.

Dated: August __19__, 2025

Respectfully submitted,

_/s/ David J. Coyle_
David J. Coyle, Esq.
Shumaker Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: 419.321.1418
Facsimile: 419.241.6894
Email: dcoyle@shumaker.com

_/s/ John J. Rutter_
John J. Rutter
Roetzel and Andress
222 S. Main St.
Akron, OH 44308
Direct Phone No.: 330.849.6713
Main Phone No.: 330.376.2700
Fax No.: 330.376.4577
Email: jrutter@ralaw.com

_/s/ Heather E. Heberlein_
Heather E. Heberlein
Roetzel and Andress
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114
Telephone: 216.298.0801
Fax No.: 216.623.0150
Email: hheberlein@ralaw.com

Approved:

Joe Ciresi, Creditor

Cassie Ciresi, Creditor

Zeppes Tavern Franchise LLC, Creditor
By its: __OWNER__

36938047v1