**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
  amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____          Date report filed: _____
                                                   MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?    ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

   *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                              $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                          _____

27. What is the number of employees as of the date of this monthly report?                             _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                      $ _____

31. How much have you paid in total other professional fees since filing the case?                     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | *Column B* | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                    $ _____

36. Total projected cash disbursements for the next month:                                             − $ _____

37. Total projected net cash flow for the next month:                                                  = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

| Pizzeria Management III LLC | | | | |
|---|---|---|---|---|
| Exhibit B | | | | |
| July 2025 | | | | |
| | | | | |
| Question 14 | | | | |
| Did you have any unusual or significant unanticipated expenses? | | | | |
| | | | | |
| Most months have only 2 payrolls, however July had 3,which added approximately $19,000 to expenses | | | | |
| | | | | |
| Check fraud was commited against Pizzeria Management III | | | | |
| All monies were returned by the bank but $19,378.00 did leave the account before being returned | | | | |
| Additional security measures have been instituted with Key Bank | | | | |

| | Pizzeria Management III LLC | | |
|---|---|---|---|
| | Exhibit C Deposits | | |
| | July 2025 | | |
| | | | |
| DATE | AMOUNT | TYPE | |
| 07/01/2025 | $3,181.34 | Credit Card Deposits | |
| 07/02/2025 | $3,355.72 | Credit Card Deposits | |
| 07/03/2025 | $6,863.86 | Credit Card Deposits | |
| 07/07/2025 | $11.19 | Credit Card Adjustments | |
| 07/07/2025 | $395.00 | Cash Deposits | |
| 07/07/2025 | $451.00 | Cash Deposits | |
| 07/07/2025 | $515.00 | Cash Deposits | |
| 07/07/2025 | $567.00 | Cash Deposits | |
| 07/07/2025 | $635.00 | Cash Deposits | |
| 07/07/2025 | $693.00 | Cash Deposits | |
| 07/07/2025 | $700.97 | Doordash (income after fees) | |
| 07/07/2025 | $1,503.00 | Cash Deposits | |
| 07/07/2025 | $5,322.56 | Credit Card Deposits | |
| 07/07/2025 | $5,869.06 | Credit Card Deposits | |
| 07/07/2025 | $6,414.79 | Credit Card Deposits | |
| 07/07/2025 | $6,479.91 | Credit Card Deposits | |
| 07/08/2025 | $3,042.97 | Credit Card Deposits | |
| 07/09/2025 | $538.29 | Keno Direct Deposits | |
| 07/09/2025 | $3,911.37 | Credit Card Deposits | |
| 07/10/2025 | $5,223.04 | Credit Card Deposits | |
| 07/11/2025 | $946.62 | Doordash (income after fees) | |
| 07/11/2025 | $3,834.97 | Credit Card Deposits | |
| 07/14/2025 | $32.00 | Cash Deposits | |
| 07/14/2025 | $133.00 | Cash Deposits | |
| 07/14/2025 | $161.00 | Cash Deposits | |
| 07/14/2025 | $195.00 | Cash Deposits | |
| 07/14/2025 | $424.00 | Cash Deposits | |
| 07/14/2025 | $826.00 | Cash Deposits | |
| 07/14/2025 | $980.00 | Cash Deposits | |
| 07/14/2025 | $1,186.00 | Cash Deposits | |
| 07/14/2025 | $1,561.00 | Cash Deposits | |
| 07/14/2025 | $5,227.39 | Credit Card Deposits | |
| 07/14/2025 | $6,861.52 | Credit Card Deposits | |
| 07/14/2025 | $8,168.43 | Credit Card Deposits | |
| 07/15/2025 | $3,972.76 | Credit Card Deposits | |
| 07/16/2025 | $80.17 | Credit Card Deposits | |
| 07/16/2025 | $454.16 | Keno Direct Deposits | |
| 07/16/2025 | $4,103.17 | Credit Card Deposits | |

| Date | Amount | Description | |
|---|---|---|---|
| 07/17/2025 | $19,378.00 | Bank Fraud Money Returned | |
| 07/17/2025 | $3,874.80 | Credit Card Deposits | |
| 07/18/2025 | $812.47 | Doordash (income after fees) | |
| 07/18/2025 | $6,790.40 | Credit Card Deposits | |
| 07/21/2025 | $369.00 | Cash Deposits | |
| 07/21/2025 | $598.00 | Cash Deposits | |
| 07/21/2025 | $607.00 | Cash Deposits | |
| 07/21/2025 | $782.00 | Cash Deposits | |
| 07/21/2025 | $1,118.00 | Cash Deposits | |
| 07/21/2025 | $1,148.00 | Cash Deposits | |
| 07/21/2025 | $1,316.00 | Cash Deposits | |
| 07/21/2025 | $4,287.87 | Credit Card Deposits | |
| 07/21/2025 | $6,276.60 | Credit Card Deposits | |
| 07/21/2025 | $7,920.89 | Credit Card Deposits | |
| 07/22/2025 | $3,790.41 | Credit Card Deposits | |
| 07/23/2025 | $3,674.43 | Credit Card Deposits | |
| 07/24/2025 | $6,744.55 | Credit Card Deposits | |
| 07/25/2025 | $747.47 | Doordash (income after fees) | |
| 07/25/2025 | $5,490.53 | Credit Card Deposits | |
| 07/28/2025 | $66.00 | Cash Deposits | |
| 07/28/2025 | $94.00 | Cash Deposits | |
| 07/28/2025 | $110.00 | Cash Deposits | |
| 07/28/2025 | $400.00 | Cash Deposits | |
| 07/28/2025 | $527.00 | Cash Deposits | |
| 07/28/2025 | $587.00 | Cash Deposits | |
| 07/28/2025 | $695.00 | Cash Deposits | |
| 07/28/2025 | $707.00 | Cash Deposits | |
| 07/28/2025 | $821.00 | Cash Deposits | |
| 07/28/2025 | $2,481.00 | Cash Deposits | |
| 07/28/2025 | $5,414.64 | Credit Card Deposits | |
| 07/28/2025 | $7,067.76 | Credit Card Deposits | |
| 07/28/2025 | $8,852.62 | Credit Card Deposits | |
| 07/29/2025 | $3,879.60 | Credit Card Deposits | |
| 07/30/2025 | $3,387.91 | Credit Card Deposits | |
| 07/31/2025 | $6,525.14 | Credit Card Deposits | |
| **TOTAL** | **$212,163.35** | | |

| | | | | |
|---|---|---|---|---|
| | | Pizzeria Management III LLC | | |
| | | Exhibit D Disbursements | | |
| | | July 2025 | | |
| All transactions in Key DIP account 4374 | | | | |
| DATE | TYPE | Amount | PAYEE | REASON |
| 07/01/2025 | Expense | $37.36 | QuickBooks | book keeping software |
| 07/01/2025 | Expense | $355.00 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/01/2025 | Expense | $838.23 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/01/2025 | Expense | $200.00 | Newbury SoftBall League Sponsorship | team sponsorship/advertising |
| 07/02/2025 | Expense | $333.23 | NuCO2 | CO2 supplies |
| 07/02/2025 | Expense | $364.06 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/02/2025 | Expense | $411.25 | Keno Invoices | Keno |
| 07/02/2025 | Expense | $8,344.21 | IRS | Federal Income Tax Witheld |
| 07/02/2025 | Expense | $331.70 | Roger's Refridgeration | equipment repair |
| 07/02/2025 | Expense | $655.77 | Superior | Alcohol inventory |
| 07/02/2025 | Expense | $1,536.43 | Giant Eagle | Alcohol inventory |
| 07/03/2025 | Expense | $419.64 | DirecTV | TV services |
| 07/03/2025 | Expense | $544.89 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/03/2025 | Expense | $2,178.56 | The Illuminating Company | Electricity |
| 07/03/2025 | Expense | $906.99 | Coke | Food inventory |
| 07/07/2025 | Expense | $10,500.00 | RDP | Food inventory |
| 07/07/2025 | Expense | $376.26 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/07/2025 | Expense | $641.27 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/07/2025 | Expense | $30.00 | Bank fees & service charges | wire charge |
| 07/07/2025 | Expense | $44.54 | Ohio Child Support | Payroll |
| 07/07/2025 | Expense | $599.00 | House 41 | Live Music |
| 07/07/2025 | Expense | $1,225.18 | House of LaRose | Alcohol inventory |
| 07/08/2025 | Expense | $474.74 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/08/2025 | Expense | $527.08 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/08/2025 | Expense | $1,919.85 | Zeppe's Promo | Zeppe's Promotional fund |
| 07/08/2025 | Expense | $19,363.06 | Salaries & wages | salaries and wages |
| 07/08/2025 | Expense | $900.00 | Steve Jochum | live music |
| 07/08/2025 | Expense | $2,954.00 | Newbury Center LLC | april and may CAM charges 2025 |
| 07/08/2025 | Expense | $5,750.00 | Newbury Center LLC | RENT - SPLIT check number 529 |
| 07/08/2025 | Expense | $1,477.00 | Newbury Center LLC | July Cam charges - SPLIT check number 529 |
| 07/08/2025 | Expense | $2,663.31 | Zeppe's Franchise Group | Royalties, Email, Toast support |
| 07/09/2025 | Expense | $100.00 | State Farm | Non-Owned Driver Insurance |
| 07/09/2025 | Expense | $476.23 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/10/2025 | Expense | $440.24 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/10/2025 | Expense | $1,667.18 | Giant Eagle | Alcohol inventory |
| 07/10/2025 | Expense | $1,474.22 | Superior | Alcohol inventory |
| 07/10/2025 | Expense | $452.04 | Heidelberg | Alcohol inventory |
| 07/10/2025 | Expense | $850.00 | Ted Riser Marshall Band | live music |
| 07/11/2025 | Expense | $185.88 | BMI | music license |
| 07/11/2025 | Expense | $441.56 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/11/2025 | Expense | $693.20 | Catanese - fish | Food inventory |
| 07/14/2025 | Expense | $9,700.00 | RDP | food inventory |
| 07/14/2025 | Expense | $414.58 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment |
| 07/14/2025 | Expense | $685.88 | Toast | POS software fee |
| 07/14/2025 | Expense | $30.00 | Bank fees & service charges | wire charge |
| 07/14/2025 | Expense | $129.94 | Southern Glazer | Alcohol inventory |
| 07/14/2025 | Expense | $1,177.18 | House of LaRose | alcohol inventory |

| Date | Type | Amount | Payee | Category | |
|---|---|---|---|---|---|
| 07/14/2025 | Expense | $300.00 | Rob Lundi | live music | |
| 07/15/2025 | Expense | $32.03 | Power Alarm | Security System | |
| 07/15/2025 | Expense | $393.65 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/15/2025 | Expense | $498.21 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/15/2025 | Expense | $639.83 | IRS | Tax withholding | |
| 07/15/2025 | Expense | $652.65 | Ohio State | Tax withholding | |
| 07/16/2025 | Expense | $69.00 | Alco | Dishwasher Rental | |
| 07/16/2025 | Expense | $287.32 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/16/2025 | Expense | $1,137.18 | Ohio State | Ohio State Income Tax Witholding | |
| 07/16/2025 | Expense | $8,619.91 | IRS | 941 Federal Income Tax Withheld | |
| 07/16/2025 | Expense | $19,378.00 | Bank Fraud | Fraudulent check made out to Keith Parks | |
| 07/16/2025 | Expense | $2,200.36 | Geauga County Division of Water Resources | water | |
| 07/16/2025 | Expense | $143.78 | Gordon Food Service | food inventory | |
| 07/17/2025 | Expense | $611.20 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/17/2025 | Expense | $1,041.90 | Coke | food inventory | |
| 07/17/2025 | Expense | $1,268.44 | Superior | alcohol inventory | |
| 07/18/2025 | Expense | $349.00 | Spectrum | Internet | |
| 07/18/2025 | Expense | $528.46 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/18/2025 | Expense | $599.22 | Webstaurant Store | kitchen supplies | |
| 07/21/2025 | Expense | $11,224.61 | RDP | food inventory | |
| 07/21/2025 | Expense | $367.24 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/21/2025 | Expense | $1,201.50 | Erie Insurance | Insurance | |
| 07/21/2025 | Expense | $1,458.91 | RTI Fryer Oil | fryer oil | |
| 07/21/2025 | Expense | $30.00 | Bank fees & service charges | wire charge | |
| 07/21/2025 | Expense | $1,438.76 | Giant Eagle | alcohol inventory | |
| 07/21/2025 | Expense | $300.00 | Bob Potts Band | live music | |
| 07/21/2025 | Expense | $126.00 | Buckeye Draft Services | repairs/maintenance | |
| 07/21/2025 | Expense | $731.84 | House of LaRose | alcohol inventory | |
| 07/21/2025 | Expense | $800.00 | Three Day Weekend | live music | |
| 07/22/2025 | Expense | $328.78 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/22/2025 | Expense | $500.00 | Iron Cowboy Magazine Ad | Advertising | |
| 07/22/2025 | Expense | $583.16 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/22/2025 | Expense | $2,370.59 | Zeppe's Franchise Group | franchis royalties | |
| 07/22/2025 | Expense | $983.37 | Northeast Ohio Natural Gas | Natural gas | |
| 07/22/2025 | Expense | $1,000.00 | Northeast Ohio Natural Gas | Natural gas | |
| 07/22/2025 | Expense | $1,896.47 | Zeppe's Promotional fund | advertising | |
| 07/22/2025 | Expense | $19,229.89 | Salaries & wages | salaries and wages | |
| 07/23/2025 | Expense | $43.28 | Keno Invoices | keno | |
| 07/23/2025 | Expense | $426.00 | Worker's Comp | worker's comp insurance | |
| 07/23/2025 | Expense | $496.82 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/23/2025 | Expense | $1,797.84 | Giant Eagle | alcohol inventory | |
| 07/23/2025 | Expense | $44.54 | Ohio Child Support | salaries and wages | |
| 07/23/2025 | Expense | $36.29 | Jason Dicks - reimbursed expenses | Dean Supply - Kitchen supplies | |
| 07/23/2025 | Expense | $752.17 | Jason Dicks - reimbursed expenses | office max-printing, amazon - patio decor, prime fee and equipment parts, SP contractor - equipment repair, Ring Central-phones | |
| 07/23/2025 | Expense | $322.19 | Jason Dicks - reimbursed expenses | Go Daddy - website, Gordon Food service - food inventory, Ring Central - phones, Capital Banner - advertising banners | |
| 07/24/2025 | Expense | $561.08 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/24/2025 | Expense | $1,257.57 | Salaries & wages | GM Bonus - paid in advance and deducted from Paycheck | |

| Date | Type | Amount | Payee | Category | |
|---|---|---|---|---|---|
| 07/24/2025 | Expense | $850.00 | Mother Ale | live music | |
| 07/24/2025 | Expense | $596.09 | Heidelberg | alcohol inventory | |
| 07/24/2025 | Expense | $1,090.35 | Superior | alcohol inventory | |
| 07/24/2025 | Expense | $550.00 | No Control | live music | |
| 07/25/2025 | Expense | $203.09 | Zeppe's Franchise Group | Training and supplies | |
| 07/25/2025 | Expense | $469.06 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/25/2025 | Expense | $434.41 | Home Depot | patio furniture | |
| 07/28/2025 | Expense | $11,825.00 | RDP | food inventory | |
| 07/28/2025 | Expense | $334.69 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/28/2025 | Expense | $30.00 | Bank fees & service charges | wire charge | |
| 07/28/2025 | Expense | $1,356.76 | House of LaRose | alcohol inventory | |
| 07/28/2025 | Expense | $800.00 | Jason Wiegand | live music | |
| 07/28/2025 | Expense | $500.00 | Andrea Pappas | live music | |
| 07/29/2025 | Expense | $270.32 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/29/2025 | Expense | $298.90 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/29/2025 | Expense | $9,442.07 | State of Ohio department of Taxation | Sales Tax | |
| 07/29/2025 | Expense | $117.27 | Restaurant Depot | food inventory | |
| 07/29/2025 | Expense | $775.70 | Restaurant Depot | food inventory | |
| 07/29/2025 | Expense | $411.48 | Design Your Own | Uniforms | |
| 07/29/2025 | Expense | $300.00 | Steve Radcliff | live music | |
| 07/30/2025 | Expense | $686.11 | Keno Invoices | keno | |
| 07/30/2025 | Expense | $888.66 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/30/2025 | Expense | $8,657.85 | IRS | 941 Federal Income Tax Witheld | |
| 07/30/2025 | Expense | $1,686.45 | Giant Eagle | alcohol inventory | |
| 07/30/2025 | Expense | $257.29 | Gordon Food Service | food inventory | |
| 07/31/2025 | Expense | $37.36 | QuickBooks | book keeping software | |
| 07/31/2025 | Expense | $655.35 | Rewards Network Payments (needs fee broken out) | Advertising/Loan repayment | |
| 07/31/2025 | Expense | $981.77 | Coke | food inventory | |
| 07/31/2025 | Expense | $1,175.74 | Superior | alcohol inventory | |
| | | | | | |
| | TOTAL | $220,561.55 | | | |

| Pizzeria Management III LLC | | | |
|---|---|---|---|
| Exhibit E | | | |
| JULY 2025 Total Payables | | | |
| | | | |
| DATE | PAYEE | PURPOSE | AMOUNT |
| 7/1 | Zeppe's Franchise Group | deferred royalties | $1,439.89 |
| 7/16 | Zeppe's Franchise Group | deferred royalties | $1,422.35 |
| | | | |
| | | TOTAL | $2,862.24 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**July 31, 2025**
**page 1 of 6**

50          T   315 00000 R EM T1
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking**
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 6-30-25 | $45,414.24 |
| 73 Additions | +212,163.35 |
| 118 Subtractions | -220,441.55 |
| Net fees and charges | -120.00 |
| **Ending balance 7-31-25** | **$37,016.04** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 7-1 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | $3,181.34 |
| | 7-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,355.72 |
| | 7-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,863.86 |
| | 7-7 | | Toast | Eom Jun 30 | 11.19 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 395.00 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 451.00 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 515.00 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 567.00 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 635.00 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 693.00 |
| | 7-7 | | Doordash, Inc. | Newbury   St-K0B7Z4W9O4L3 | 700.97 |
| | 7-7 | | Deposit | Branch 0315 Ohio | 1,503.00 |
| | 7-7 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,322.56 |
| | 7-7 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,869.06 |
| | 7-7 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,414.79 |
| | 7-7 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,479.91 |
| | 7-8 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,042.97 |
| | 7-9 | | OH80 Lottery | Inv 250705 | 538.29 |
| | 7-9 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,911.37 |
| | 7-10 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,223.04 |

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 7-11 | | Doordash, Inc. Newbury   St-O7Y3M9J8T4C0 | 946.62 |
| | 7-11 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,834.97 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 32.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 133.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 161.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 195.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 424.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 826.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 980.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 1,186.00 |
| | 7-14 | | Deposit    Branch 0315 Ohio | 1,561.00 |
| | 7-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 5,227.39 |
| | 7-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,861.52 |
| | 7-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 8,168.43 |
| | 7-15 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,972.76 |
| | 7-16 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 80.17 |
| | 7-16 | | OH80 Lottery    Inv 250712 | 454.16 |
| | 7-16 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 4,103.17 |
| | 7-17 | 15111 | Reverse Check # 0000015111 | 19,378.00 |
| | 7-17 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,874.80 |
| | 7-18 | | Doordash, Inc. Newbury   St-E8D1K0I9S7R2 | 812.47 |
| | 7-18 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,790.40 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 369.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 598.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 607.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 782.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 1,118.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 1,148.00 |
| | 7-21 | | Deposit    Branch 0315 Ohio | 1,316.00 |
| | 7-21 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 4,287.87 |
| | 7-21 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,276.60 |
| | 7-21 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 7,920.89 |
| | 7-22 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,790.41 |
| | 7-23 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,674.43 |
| | 7-24 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,744.55 |
| | 7-25 | | Doordash, Inc. Newbury   St-S4O0X6K7R8J5 | 747.47 |
| | 7-25 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 5,490.53 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 66.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 94.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 110.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 400.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 527.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 587.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 695.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 707.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 821.00 |
| | 7-28 | | Deposit    Branch 0315 Ohio | 2,481.00 |
| | 7-28 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 5,414.64 |
| | 7-28 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 7,067.76 |
| | 7-28 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 8,852.62 |



## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 7-29 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,879.60 |
| | 7-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,387.91 |
| | 7-31 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,525.14 |
| | | | **Total additions** | | **$212,163.35** |

## Subtractions

**Paper Checks**  *check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 521 | 7-2 | $1,536.43 | 543 | 7-18 | 599.22 | 560 | 7-30 | 1,686.45 |
| *526 | 7-1 | 200.00 | 544 | 7-24 | 850.00 | 561 | 7-28 | 1,356.76 |
| *528 | 7-8 | 2,954.00 | 545 | 7-14 | 300.00 | 562 | 7-28 | 500.00 |
| 529 | 7-8 | 7,227.00 | 546 | 7-17 | 1,041.90 | 563 | 7-28 | 800.00 |
| 530 | 7-3 | 906.99 | 547 | 7-21 | 126.00 | 564 | 7-31 | 981.77 |
| 531 | 7-2 | 655.77 | 548 | 7-17 | 1,268.44 | 565 | 7-29 | 300.00 |
| 532 | 7-2 | 331.70 | 549 | 7-23 | 1,797.84 | 566 | 7-30 | 257.29 |
| 533 | 7-7 | 599.00 | 550 | 7-21 | 731.84 | *568 | 7-31 | 1,175.74 |
| 534 | 7-10 | 1,667.18 | 551 | 7-21 | 800.00 | *602 | 7-16 | 143.78 |
| 535 | 7-7 | 1,225.18 | 552 | 7-21 | 300.00 | 603 | 7-16 | 2,200.36 |
| 536 | 7-8 | 900.00 | 553 | 7-24 | 550.00 | *605 | 7-29 | 775.70 |
| 537 | 7-10 | 850.00 | 554 | 7-23 | 36.29 | 606 | 7-29 | 117.27 |
| 538 | 7-10 | 1,474.22 | 555 | 7-23 | 322.19 | 607 | 7-29 | 411.48 |
| 539 | 7-10 | 452.04 | 556 | 7-23 | 752.17 | *15111 | 7-16 | 19,378.00 |
| 540 | 7-21 | 1,438.76 | 557 | 7-24 | 1,257.57 | *308908 | 7-7 | 44.54 |
| 541 | 7-14 | 1,177.18 | 558 | 7-24 | 596.09 | *308957 | 7-23 | 44.54 |
| 542 | 7-14 | 129.94 | 559 | 7-24 | 1,090.35 | | | |
| | | | | | | **Paper Checks Paid** | | **$66,318.97** |

**eChecks**  checks converted to electronic ACH transactions

| Check | Date | Source | |
|---|---|---|---|
| 604 | 7-25 | E-CHK#000000604 HOME DEPOT 8981  CHAR,OH PURCH | $434.41 |
| | | **eChecks paid** | **$434.41** |

**Total paper checks and eChecks paid**  **$66,753.38**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 7-1 | | Intuit *      Qbooks Onl | $37.36 |
| | 7-1 | | Rewards Network Settlement | 355.00 |
| | 7-1 | | Rewards Network Settlement | 838.23 |
| | 7-2 | | Nuco2 Llc      Web Pay | 333.23 |
| | 7-2 | | Rewards Network Settlement | 364.06 |
| | 7-2 | | OH80 Lottery    Inv 250628 | 411.25 |
| | 7-2 | | Irs        Usataxpymt | 8,344.21 |
| | 7-3 | | Directv        Directv | 419.64 |
| | 7-3 | | Rewards Network Settlement | 544.89 |
| | 7-3 | | Firstenergy    Opco-ACH | 2,178.56 |
| | 7-7 | 493133 | Wire Withdrawal  Rdp Food Service 6917 | 10,500.00 |

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 7-7 | | Rewards Network Settlement | 376.26 |
| | 7-7 | | Rewards Network Settlement | 641.27 |
| | 7-8 | | Rewards Network Settlement | 474.74 |
| | 7-8 | | Rewards Network Settlement | 527.08 |
| | 7-8 | | Zeppe'S Promo   Sale | 1,919.85 |
| | 7-8 | | Zeppe'S Tavern Fsale | 2,663.31 |
| | 7-8 | | 108 Zeppes of Nedirect Dep | 19,363.06 |
| | 7-9 | | State Farm Ro 27Cpc-Client | 100.00 |
| | 7-9 | | Rewards Network Settlement | 476.23 |
| | 7-10 | | Rewards Network Settlement | 440.24 |
| | 7-11 | | Broadcast Music 8009258451 | 185.88 |
| | 7-11 | | Rewards Network Settlement | 441.56 |
| | 7-11 | | Catanese Classicach Debit | 693.20 |
| | 7-14 | 589791 | Wire Withdrawal  Rdp Foodservice  6917 | 9,700.00 |
| | 7-14 | | Rewards Network Settlement | 414.58 |
| | 7-14 | | Toast, Inc    Toast, Incst-Z1G4V8B6M1M4 | 685.88 |
| | 7-15 | | Power Alarm Inc ACH Debit | 32.03 |
| | 7-15 | | Rewards Network Settlement | 393.65 |
| | 7-15 | | Rewards Network Settlement | 498.21 |
| | 7-15 | | Irs        Usataxpymt | 639.83 |
| | 7-15 | | Ouio        Uitaxpymt | 652.65 |
| | 7-16 | | Alco Chem     Cash Conc | 69.00 |
| | 7-16 | | Rewards Network Settlement | 287.32 |
| | 7-16 | | 8060-1Hioemwh   Ohemwhtx | 1,137.18 |
| | 7-16 | | Irs        Usataxpymt | 8,619.91 |
| | 7-17 | | Rewards Network Settlement | 611.20 |
| | 7-18 | | Spectrum      Spectrum | 349.00 |
| | 7-18 | | Rewards Network Settlement | 528.46 |
| | 7-21 | 674511 | Wire Withdrawal  Rdp Foodservice  6917 | 11,224.61 |
| | 7-21 | | Rewards Network Settlement | 367.24 |
| | 7-21 | | Erie Ins Group  Eriexpspay | 1,201.50 |
| | 7-21 | | Restaurant Techn14001.12  Rmr*lk*Payment System | 1,458.91 |
| | 7-22 | | Rewards Network Settlement | 328.78 |
| | 7-22 | | Iron Cowboy Prodsale | 500.00 |
| | 7-22 | | Rewards Network Settlement | 583.16 |
| | 7-22 | | Northeast Ohio Nbillpay   Northeast Ohio | 983.37 |
| | 7-22 | | Northeast Ohio Nbillpay   Northeast Ohio | 1,000.00 |
| | 7-22 | | Zeppe'S Promo   Sale | 1,896.47 |
| | 7-22 | | Zeppe'S Tavern Fsale | 2,370.59 |
| | 7-22 | | 108 Zeppes of Nedirect Dep | 19,229.89 |
| | 7-23 | | OH80 Lottery    Inv 250719 | 43.28 |
| | 7-23 | | Ohio Bwc      Payment | 426.00 |
| | 7-23 | | Rewards Network Settlement | 496.82 |
| | 7-24 | | Rewards Network Settlement | 561.08 |
| | 7-25 | | Zeppe'S Tavern Fsale | 203.09 |
| | 7-25 | | Rewards Network Settlement | 469.06 |
| | 7-28 | 756713 | Wire Withdrawal  Rdp Foodservcie  6917 | 11,825.00 |
| | 7-28 | | Rewards Network Settlement | 334.69 |
| | 7-29 | | Rewards Network Settlement | 270.32 |



## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 7-29 | | Rewards Network Settlement | 298.90 |
| | 7-29 | | 8063-1Hioosut   Ohsalesutx | 9,442.07 |
| | 7-30 | | OH80 Lottery    Inv 250726 | 686.11 |
| | 7-30 | | Rewards Network Settlement | 888.66 |
| | 7-30 | | Irs          Usataxpymt | 8,657.85 |
| | 7-31 | | Intuit *      Qbooks Onl | 37.36 |
| | 7-31 | | Rewards Network Settlement | 655.35 |
| | | | **Total subtractions** | **$220,441.55** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 7-7-25 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 7-14-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 7-21-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 7-28-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 7-31-25 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 7-31-25 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges   assessed this period** | | | **-$120.00** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**1** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**4** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL →** | $ |

**5** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL →** | $ |

**6** Enter ending balance shown on your statement.

$

**7** Add 5 and 6 and enter total here.

$

**8** Enter total from 4.

$

**9** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.