# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |

## CERTIFICATION OF ACCEPTANCES AND REJECTIONS WITH RESPECT TO DEBTOR'S AMENDED PLAN OF REORGANIZATION

Pursuant to Local Bankruptcy Rule 3018-2, I hereby certify that the following ballots have been received from creditors in this case:

    Class 3    Joseph and Cassie Ciresi    Rejects Plan

    Class 5    Christian Carson    Rejects Plan

In addition, Newbury Center LLC, who is not a classified creditor in this case, attempted to cast a ballot in Class IV, which contains only Rewards Network as a creditor. That Ballot indicated Rejection of the Plan.

Kimble Recycling also submitted a Ballot accepting the Plan in Class 7, but that class is unimpaired and deemed to have accepted the Plan.

    Respectfully submitted,

    /s/Thomas W. Coffey
    Thomas W. Coffey (0046877)
    Coffey Law LLC
    2430 Tremont Avenue
    Cleveland, OH 44113
    (216) 870-8866
    tcoffey@tcoffeylaw.com

# CERTIFICATE OF SERVICE

I certify that copies of the foregoing Certification of Acceptances and Rejections With Respect to Debtor's Amended Plan of Reorganization were served, via the Court's electronic case filing system, on September 25, 2025, on:

Thomas W. Coffey, Counsel for the Debtor

Spencer Lutz, Trial Attorney for the United States Trustee

Patricia Fugee, Subchapter V Trustee

Frederik P. Schwieg, Counsel for Jason J. Dicks

And on all parties receiving electronic service in this matter, via the Court's electronic case filing system.

/s/Thomas W. Coffey  
Thomas W. Coffey (0046877)