**IT IS SO ORDERED.**

**Dated: 16 October, 2025 02:44 PM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

## AGREED ORDER ADJOURNING DEADLINE FOR BRIEFS IN SUPPORT OF CONFIRMATION AND CONFIRMATION HEARING DATE

Upon the Motion of the Debtor for Entry of an Agreed Order Adjourning Deadline for Briefs in Support of Confirmation and Confirmation Hearing Date [Docket No. 84] and the Court finding that the relief sought therein is in the best interest of the Debtor, the estate, and all creditors and parties in interest, it is hereby ORDERED as follows:

1. The deadline for filing briefs in support of confirmation is adjourned to November 21, 2025, and

2. The Confirmation Hearing is adjourned to December 16, 2025 at 11:00 a.m.

### 

The Terms of this Order are Agreed Upon:

/s/ Heather E. Heberlein
Heather E. Heberlein (0083828)
Roetzel & Andress LPA
1375 East Ninth Street, Suite 1000
Cleveland, OH 44114
(216) 298-0801
hheberlein@ralaw.com

*Counsel for Joseph Ciresi, Cassie Ciresi, and Zeppe's Tavern Franchise LLC*

/s/Frederic P. Schwieg
Frederic P. Schwieg (0030418)
1988 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

*Counsel for Jason J. Dicks*

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Ave.
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for Pizzeria Management III LLC*

/s/Christian E. Carson
Christian E. Carson (0088523)
Carson Law Firm LLC
2618 North Moreland Blvd.
Cleveland, OH 44120
(216) 352-4243
christian@carsonlaw.com

*Counsel for iPlanGroup FBO Christian Carson IRA*

*/s/ Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH 43553
Telephone: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Subchapter V Trustee*

No Objection:

Spencer H. Lutz
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Work: (216) 522-8289
Work cell: (202) 384-4164
Spencer.Lutz@usdoj.gov

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, Ohio 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

## CERTIFICATE OF SERVICE

Copies of the foregoing Agreed Order Adjourning Deadline for Briefs in Support of

Confirmation and Confirmation Hearing Date were served on the persons whose names are set

forth below by operation of the Court's electronic case filing system.

Frederic P. Schwieg, Counsel for Jason Dicks, at fschwieg@schwieglaw.com

Heather Heberlein, Counsel for Joseph Ciresis, Cassie Ciresi and Zeppe's Tavern Franchise LLC

at hheberlein@ralaw.com

Spencer Lutz, Trial Attorney for the United States Trustee at spencer.lutz@usdoj.com

Patricia B. Fugee, Subchapter V Trustee at patricia.fugee@fisherbroyles.com

Christian Carson, Counsel for iPlanGroup FBO Christian Carson at christian@carsonlaw.com

And by First Class U.S. Mail, Postage Prepaid, on the following

Mary Born
Rewards Network
540 West Madison Street, Ste 2400
Chicago, IL 60661

WebBank
c/o Toast Capital
330 Summer Street
Boston, MA 02210

Kimble Recycling & Disposal
P.O. Box 448
Dover, OH 44622-0448
RDP Food Service
4200 Parkway Court
Hilliard, OH 43026

Yesco Sign & Lighting
38348 Appollo Parkway No. 1
Willoughby, OH 44094