**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____      Date report filed: _____
                                            MM / DD / YYYY

Line of business: _____      NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:      _____

Original signature of responsible party      _____

Printed name of responsible party      _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

25-11334-jps    Doc 95    FILED 11/23/25    ENTERED 11/23/25 20:50:55    Page 1 of 17

17. Have you paid any bills you owed before you filed bankruptcy?     ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   **−** $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   **+** $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   **=** $ _____

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

   *(Exhibit E)*

25-11334-jps     Doc 95     FILED 11/23/25     ENTERED 11/23/25 20:50:55     Page 2 of 17

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                        _____

27. What is the number of employees as of the date of this monthly report?                         _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                   $ _____

31. How much have you paid in total other professional fees since filing the case?                  $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* | |
|---|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** | |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. | |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ | |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ | |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ | |

35. Total projected cash receipts for the next month:                                               $ _____

36. Total projected cash disbursements for the next month:                                        − $ _____

37. Total projected net cash flow for the next month:                                             = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

25-11334-jps    Doc 95    FILED 11/23/25    ENTERED 11/23/25 20:50:55    Page 4 of 17

| | | | | |
|---|---|---|---|---|
| Pizzeria Management III LLC | | | | |
| Exhibit B | | | | |
| October 2025 | | | | |
| | | | | |
| Question 14 | | | | |
| I had unusual or notable expenses in April | | | | |
| | | | | |
| October 8th | Fraudulent Check | | $500.00 | |
| October 9th | Fraudulent Check | | $12,500.00 | |
| October 10th | Fraudulent Check | | $500.00 | |
| October 17th | Fraudulent Check | | $5,950.00 | |
| | | | | |
| | TOTAL | | $19,450.00 | |
| | | | | |
| To date, Key Bank has recovered $12,500 but does promise that the rest is in process and will return | | | | |
| | | | | |
| Outstanding fraud yet to be recovered is $6,950 | | | | |

# Deposit Detail
## Pizzeria Management III LLC
### October 1-31, 2025

KEY BANK ACCOUNT  4374

| Transaction date | Transaction type | Memo/Description | Amount | Description |
|---|---|---|---|---|
| 10/01/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,143.21 | Credit Card Deposits |
| 10/01/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $339.59 | Credit Card Deposits |
| 10/02/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,708.89 | Credit Card Deposits |
| 10/03/2025 | Deposit | Doordash, Inc. Newbury St-M8W2R6R7M3S5 | $475.55 | Doordash (income after fees) |
| 10/03/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,807.17 | Credit Card Deposits |
| 10/06/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $5,922.74 | Credit Card Deposits |
| 10/06/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $7,413.30 | Credit Card Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $45.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $124.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $276.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $679.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $822.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $871.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $917.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $1,281.00 | Cash Deposits |
| 10/06/2025 | Deposit | Deposit Branch 0315 Ohio | $665.00 | Cash Deposits |
| 10/06/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $4,556.28 | Credit Card Deposits |
| 10/07/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,265.62 | Credit Card Deposits |
| 10/08/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,846.05 | Credit Card Deposits |
| 10/09/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $4,308.45 | Credit Card Deposits |
| 10/10/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $5,591.81 | Credit Card Deposits |
| 10/10/2025 | Deposit | Doordash, Inc. Newbury | $558.90 | Doordash (income after fees) |
| 10/10/2025 | Deposit | Reverse Check #0000012914 | $12,500.00 | Bank Fraud Rebate |
| 10/14/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,694.00 | Credit Card Deposits |
| 10/14/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $6,543.92 | Credit Card Deposits |
| 10/14/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $7,598.55 | Credit Card Deposits |
| 10/14/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $8,295.58 | Credit Card Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $294.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $312.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $369.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $500.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $593.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $646.00 | Cash Deposits |
| 10/14/2025 | Deposit | Deposit Branch 0315 Ohio | $1,664.00 | Cash Deposits |
| 10/15/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,831.54 | Credit Card Deposits |
| 10/15/2025 | Deposit | Rtp Rec Stripe US25101585200377 | $946.57 | Credit Card Deposits |
| 10/16/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,211.73 | Credit Card Deposits |
| 10/17/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,684.83 | Credit Card Deposits |
| 10/17/2025 | Deposit | Doordash, Inc. Newbury | $446.53 | Doordash (income after fees) |
| 10/17/2025 | Deposit | Data Consolidations - clam bake deposit | $213.71 | Credit Card Deposits |

| | | | | |
|---|---|---|---|---|
| 10/20/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,924.49 | Credit Card Deposits |
| 10/20/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $6,798.40 | Credit Card Deposits |
| 10/20/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $7,170.39 | Credit Card Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $25.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $72.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $297.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $489.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $260.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $626.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $1,269.00 | Cash Deposits |
| 10/20/2025 | Deposit | Deposit Branch 0315 Ohio | $1,449.00 | Cash Deposits |
| 10/21/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,595.04 | Credit Card Deposits |
| 10/22/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,677.70 | Credit Card Deposits |
| 10/23/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,750.57 | Credit Card Deposits |
| 10/24/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,190.42 | Credit Card Deposits |
| 10/24/2025 | Deposit | Doordash, Inc. Newbury St-A2W1U0Y7Y9K1 | $653.08 | Doordash (income after fees) |
| 10/27/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $4,073.70 | Credit Card Deposits |
| 10/27/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $6,822.38 | Credit Card Deposits |
| 10/27/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $6,946.93 | Credit Card Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $168.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $175.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $258.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $451.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $633.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $663.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $813.00 | Cash Deposits |
| 10/27/2025 | Deposit | Deposit Branch 0315 Ohio | $1,095.00 | Cash Deposits |
| 10/28/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,286.39 | Credit Card Deposits |
| 10/29/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $284.84 | Credit Card Deposits |
| 10/29/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,407.79 | Credit Card Deposits |
| 10/30/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $2,539.76 | Credit Card Deposits |
| 10/31/2025 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | $3,609.62 | Credit Card Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $170.00 | Cash Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $197.00 | Cash Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $212.00 | Cash Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $271.00 | Cash Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $435.00 | Cash Deposits |
| 10/31/2025 | Deposit | Deposit Branch 0315 Ohio | $3,048.00 | Cash Deposits |
| 10/31/2025 | Deposit | Doordash, Inc. Newbury | $841.62 | Doordash (income after fees) |

TOTAL  $179,611.64

| Transaction date | Transaction type | PAYEE OR CHECK NUMBER | REASON | Amount |
|---|---|---|---|---|
| 10/01/2025 | Expense | 596 - Justin Mackey | Live Music- Bands:Reverend Lee | -900.00 |
| 10/01/2025 | Expense | 597 - Low Pony | Live Music- Bands:High Horse | -500.00 |
| 10/01/2025 | Expense | Intuit Qbooks Onl | Software & apps:QuickBooks | -37.36 |
| 10/01/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -148.86 |
| 10/01/2025 | Expense | OH80 Lottery Inv 250927 | Keno:Keno Invoices | -434.29 |
| 10/02/2025 | Expense | 599 | Supplies:Food and Bar Cost:Bar Cost:Superior | -569.42 |
| 10/02/2025 | Expense | 600 | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -763.51 |
| 10/02/2025 | Expense | FirstEnergy Opco-ACH | Utilities:Electricity | -3,081.88 |
| 10/02/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -294.21 |
| 10/02/2025 | Expense | Nuco2 LLC Web Pay | Supplies:NuCO2 | -369.47 |
| 10/03/2025 | Expense | 102 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -213.66 |
| 10/03/2025 | Expense | 598 - Newbury Center LLC | CAMS and RENT - Newbury Center LLC | -7,227.00 |
| 10/03/2025 | Expense | DirecTV | Utilities:Internet & TV services | -291.54 |
| 10/03/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -161.00 |
| 10/06/2025 | Expense | 309143 | Payroll expenses:Ohio Child Support | -44.54 |
| 10/06/2025 | Expense | 309183 | Payroll expenses:Ohio Child Support | -44.54 |
| 10/06/2025 | Expense | 104 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -794.83 |
| 10/06/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -142.40 |
| 10/06/2025 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,200.00 |
| 10/06/2025 | Expense | Spectrum | Utilities:Internet & TV services | -65.00 |
| 10/06/2025 | Expense | Toast Inc | Software & apps:Toast Software | -728.58 |
| 10/06/2025 | Expense | KEY BANK | Bank fees & service charges - Wire fee | -30.00 |
| 10/07/2025 | Expense | 105 | Supplies:Food and Bar Cost:Food Cost:Coke | -985.14 |
| 10/07/2025 | Expense | 101 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -885.10 |
| 10/07/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -132.70 |
| 10/07/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -165.87 |
| 10/07/2025 | Expense | Toast EOM Sep 30 | Credit Card Adjustments | -10.02 |
| 10/07/2025 | Expense | Zeppe's Promo Sale | Advertising & marketing:Zeppe's Promo | -1,590.23 |
| 10/07/2025 | Expense | Zeppe's Tavern Fsale | Zeppes franchise - email, DCI , gift card reconcile, franchise royalties | -2,427.33 |
| 10/08/2025 | Expense | 103 | Live Music- Bands:Armstrong Bearcat - Joseph SanFilippo | -750.00 |
| 10/08/2025 | Expense | 14973 | Bank Fraud - Fraudulent check Printed and drawn on the account | -500.00 |
| 10/08/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -110.78 |
| 10/08/2025 | Expense | OH80 Lottery Inv 251004 | Keno:Keno Invoices | -760.84 |
| 10/08/2025 | Expense | IRS USATAXPYMT | Payroll expenses:941 Federal Income Tax Witheld | -8,629.06 |
| 10/08/2025 | Expense | | Key Navigator fraud services -Payment protection, ACH,  EPA authorizations | -257.25 |
| 10/09/2025 | Expense | 12914 | Bank Fraud - Fraudulent check Printed and drawn on the account | -12,500.00 |
| 10/09/2025 | Expense | 107 | Supplies:Food and Bar Cost:Bar Cost:Superior | -733.69 |
| 10/09/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -191.23 |
| 10/09/2025 | Expense | State Farm CPC Client | Insurance:Non-Owned Driver Insurance - State Farm | -100.00 |
| 10/10/2025 | Expense | 14988 | Bank Fraud - Fraudulent check Printed and drawn on the account | -500.00 |
| 10/10/2025 | Expense | 109 | Supplies:Walmart Supplies | -402.11 |
| 10/10/2025 | Expense | Acme Steak & Seafood | Supplies:Food and Bar Cost:Food Cost:Acme Steak & Seafood | -604.50 |
| 10/10/2025 | Expense | Cintas Corporation | Supplies:Towels and Mats - Cintas | -425.81 |
| 10/10/2025 | Expense | Northeast Ohio Billpay | Utilities:Natural Gas | -855.06 |
| 10/10/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -215.40 |
| 10/14/2025 | Expense | 106 | Repairs & maintenance:Buckeye Draft Services | -126.00 |
| 10/14/2025 | Expense | 110 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -528.06 |
| 10/14/2025 | Expense | 108 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,045.37 |
| 10/14/2025 | Expense | 108 Zeppe's of NE Direct Dep | Payroll expenses:Salaries & wages | -17,722.12 |

| Date | Type | Description | Category | Amount |
|---|---|---|---|---|
| 10/14/2025 | Expense | Catanese Classic ACH Debit | Supplies:Food and Bar Cost:Food Cost:Clam Bake - Cantonese | -1,221.45 |
| 10/14/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -147.53 |
| 10/14/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -147.60 |
| 10/14/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -177.51 |
| 10/14/2025 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -9,600.00 |
| 10/14/2025 | Expense | KEY BANK | Bank fees & service charges - Wire fee | -30.00 |
| 10/15/2025 | Expense | 309225 | Payroll expenses:Ohio Child Support | -44.54 |
| 10/15/2025 | Expense | Ohio BWC Payment | Insurance:Worker's Comp | -1,605.81 |
| 10/15/2025 | Expense | Power Alarm Inc ACH Debit | Utilities:Security System | -32.03 |
| 10/15/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -164.64 |
| 10/15/2025 | Expense | IRS USATAXPYMT | Payroll expenses:941 Federal Income Tax Witheld | -387.60 |
| 10/16/2025 | Expense | 118 | Supplies:Food and Bar Cost:Bar Cost:Superior | -939.82 |
| 10/16/2025 | Expense | 119 | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -379.04 |
| 10/16/2025 | Expense | Alco Chem Cash Conc | Utilities:Alco Dishwasher Rental | -69.00 |
| 10/16/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -227.04 |
| 10/16/2025 | Expense | OH80 Lottery Inv 251011 | Keno:Keno Invoices | -1,470.62 |
| 10/16/2025 | Expense | OHE MWHTX | Payroll expenses:Ohio State Income Tax Witholding | -1,436.27 |
| 10/16/2025 | Expense | OUC UI tax pymt | Payroll expenses:Ohio State Unemployment Tax | -425.31 |
| 10/17/2025 | Expense | 117= Neil Smith Bonus | Payroll expenses:Salaries & wages | -481.71 |
| 10/17/2025 | Expense | 14969 | Bank Fraud - Fraudulent check Printed and drawn on the account | -5,950.00 |
| 10/17/2025 | Expense | Cintas Corporation | Supplies:Towels and Mats - Cintas | -804.31 |
| 10/17/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -262.50 |
| 10/20/2025 | Expense | 112 | Supplies:Food and Bar Cost:Food Cost | -850.00 |
| 10/20/2025 | Expense | 122 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -640.33 |
| 10/20/2025 | Expense | 123 | Supplies:Food and Bar Cost:Bar Cost:Southern Glazer | -588.00 |
| 10/20/2025 | Expense | 124 - Rick Marshall | Live Music- Bands:Brother's keeper | -600.00 |
| 10/20/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -199.18 |
| 10/20/2025 | Expense | Restaurant Technologies Payment System | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -1,237.63 |
| 10/20/2025 | Expense | Erie Insurance Group | Insurance:Erie Insurance | -600.75 |
| 10/20/2025 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,900.00 |
| 10/20/2025 | Expense | KEY BANK | Bank fees & service charges - Wire fee | -30.00 |
| 10/21/2025 | Expense | 120 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,901.71 |
| 10/21/2025 | Expense | 126 | Supplies:Food and Bar Cost:Food Cost:Coke | -869.83 |
| 10/21/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -102.72 |
| 10/21/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -189.57 |
| 10/21/2025 | Expense | Zeppe's Promo Sale | Advertising & marketing:Zeppe's Promo | -1,629.32 |
| 10/21/2025 | Expense | Zeppe's Promo Sale | Advertising & marketing:Facebook | -275.00 |
| 10/21/2025 | Expense | Zeppe's Tavern Fsale | Franchise Royalties | -2,036.65 |
| 10/22/2025 | Expense | Iron Cowboy Prod Sale | Advertising & marketing:Iron Cowboy Marketing Supplies (Tshirts/banners) | -222.00 |
| 10/22/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -113.26 |
| 10/22/2025 | Expense | OH80 Lottery Inv 251018 | Keno:Keno Invoices | -1,279.47 |
| 10/22/2025 | Expense | IRS USATAXPYMT | Payroll expenses:941 Federal Income Tax Witheld | -8,245.34 |
| 10/23/2025 | Expense | 121- John Gandits payroll check | Payroll expenses:Salaries & wages | -213.71 |
| 10/23/2025 | Expense | 128 | Supplies:Food and Bar Cost:Bar Cost:Superior | -493.10 |
| 10/23/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -212.61 |
| 10/24/2025 | Expense | 127 | Repairs & maintenance:Roger's Refridgeration | -256.85 |
| 10/24/2025 | Expense | Acme Steak & Seafood | Supplies:Food and Bar Cost:Food Cost:Acme Steak & Seafood | -34.95 |
| 10/24/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -216.04 |
| 10/27/2025 | Expense | 130 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -468.29 |
| 10/27/2025 | Expense | 131 - Victory Highway LLC | Live Music- Bands:Hit List Duo | -400.00 |
| 10/27/2025 | Expense | 113 - Reimbursed debit card expenses - officemax advertising printing, decor, glassware, repairs | Jason Dicks - reimbursed expenses | -398.51 |
| 10/27/2025 | Expense | 114 - Jason Dicks debit card reimbursed expenses - Office max printing, Kitchen tool, repair supplies | Jason Dicks - reimbursed expenses | -63.20 |
| 10/27/2025 | Expense | 125 | Repairs & maintenance:Hartville Hardware | -110.32 |

| Date | Type | Name | Account | Amount |
|---|---|---|---|---|
| 10/27/2025 | Expense | OH Sales Use Tax | State Sales Tax | -8,075.65 |
| 10/27/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -123.00 |
| 10/27/2025 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,000.00 |
| 10/27/2025 | Expense | KEY BANK | Bank fees & service charges - Wire fee | -30.00 |
| 10/28/2025 | Expense | 129 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,019.05 |
| 10/28/2025 | Expense | 108 Zeppe's of NE Direct Dep | Payroll expenses:Salaries & wages | -17,620.89 |
| 10/28/2025 | Expense | Northeast Ohio Billpay | Utilities:Natural Gas | -765.55 |
| 10/28/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -116.99 |
| 10/28/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -153.88 |
| 10/29/2025 | Expense | OH80 Lottery Inv 251025 | Keno:Keno Invoices | -901.23 |
| 10/29/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -114.13 |
| 10/30/2025 | Expense | 141 - John Grandis | Payroll expenses:Salaries & wages | -686.63 |
| 10/30/2025 | Expense | 115 - jason dicks debit card reimbursed expenses. Phone Charge 2X, printing expense officemax, Food supplies, Repair supplies | Jason Dicks - reimbursed expenses | -1,591.01 |
| 10/30/2025 | Expense | 142 | Supplies:Food and Bar Cost:Bar Cost:Superior | -516.13 |
| 10/30/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -198.94 |
| 10/31/2025 | Expense | 144 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -725.33 |
| 10/31/2025 | Expense | 146 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -229.99 |
| 10/31/2025 | Expense | Cintas Corporation | Supplies:Towels and Mats - Cintas | -445.76 |
| 10/31/2025 | Expense | Intuit Qbooks Onl | Software & apps:QuickBooks | -37.36 |
| 10/31/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -206.74 |
| **TOTAL** | | | TOTAL | **-$179,136.69** |

| Exhibit E | | | | |
|---|---|---|---|---|
| OCTOBER 2025 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 10/1 | | Zeppe's Franchise Group | deferred royalties | $1,195.38 |
| 10/16 | | Zeppe's Franchise Group | deferred royalties | $1,221.99 |
| | | | | |
| | | | | |
| | | | TOTAL | $2,417.37 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**October 31, 2025**
**page 1 of 6**

45 02 RTM1X     T   315 00000 R EM AO
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

## KeyBank Basic Business Checking

PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 9-30-25 | $20,209.72 |
| 79 Additions | +179,611.64 |
| 117 Subtractions | -178,759.44 |
| Net fees and charges | -377.25 |
| **Ending balance 10-31-25** | **$20,684.67** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 10-1 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | $339.59 |
| | 10-1 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,143.21 |
| | 10-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,708.89 |
| | 10-3 | | Doordash, Inc. Newbury   St-M8W2R6R7M3S5 | | 475.55 |
| | 10-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,807.17 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 45.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 124.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 276.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 665.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 679.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 822.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 871.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 917.00 |
| | 10-6 | | Deposit | Branch 0315 Ohio | 1,281.00 |
| | 10-6 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,556.28 |
| | 10-6 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,922.74 |
| | 10-6 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,413.30 |
| | 10-7 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,265.62 |
| | 10-8 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,846.05 |

400

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 10-9 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 4,308.45 |
| | 10-10 | 12914 | Reverse Check # 0000012914 | 12,500.00 |
| | 10-10 | | Doordash, Inc.  Newbury | 558.90 |
| | 10-10 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 5,591.81 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 294.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 312.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 369.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 500.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 593.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 646.00 |
| | 10-14 | | Deposit   Branch 0315 Ohio | 1,664.00 |
| | 10-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,694.00 |
| | 10-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,543.92 |
| | 10-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 7,598.55 |
| | 10-14 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 8,295.58 |
| | 10-15 | | Rtp Rec Stripe        US25101585200377 | 946.57 |
| | 10-15 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 2,831.54 |
| | 10-16 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,211.73 |
| | 10-17 | | Data Consolidatiic Adjust | 213.71 |
| | 10-17 | | Doordash, Inc.  Newbury | 446.53 |
| | 10-17 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,684.83 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 25.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 72.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 260.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 297.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 489.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 626.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 1,269.00 |
| | 10-20 | | Deposit   Branch 0315 Ohio | 1,449.00 |
| | 10-20 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,924.49 |
| | 10-20 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,798.40 |
| | 10-20 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 7,170.39 |
| | 10-21 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 2,595.04 |
| | 10-22 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 2,677.70 |
| | 10-23 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,750.57 |
| | 10-24 | | Doordash, Inc.  Newbury   St-A2W1U0Y7Y9K1 | 653.08 |
| | 10-24 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 3,190.42 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 168.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 175.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 258.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 451.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 633.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 663.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 813.00 |
| | 10-27 | | Deposit   Branch 0315 Ohio | 1,095.00 |
| | 10-27 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 4,073.70 |
| | 10-27 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,822.38 |
| | 10-27 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 6,946.93 |
| | 10-28 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 2,286.39 |
| | 10-29 | | Citizens       Net Setlmtcitizens Net Setlmt 4 | 284.84 |

400

25-11334-jps   Doc 95   FILED 11/23/25   ENTERED 11/23/25 20:50:55   Page 13 of 17





# Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 10-29 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,407.79 |
| | 10-30 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,539.76 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 170.00 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 197.00 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 212.00 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 271.00 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 435.00 |
| | 10-31 | | Doordash, Inc. Newbury | | 841.62 |
| | 10-31 | | Deposit | Branch 0315 Ohio | 3,048.00 |
| | 10-31 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,609.62 |
| | | | **Total additions** | | **$179,611.64** |

# Subtractions

*Paper Checks*  * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 10-7 | $885.10 | 118 | 10-16 | 939.82 | 142 | 10-30 | 516.13 |
| 102 | 10-3 | 213.66 | 119 | 10-16 | 379.04 | *144 | 10-31 | 725.33 |
| 103 | 10-8 | 750.00 | 120 | 10-21 | 1,901.71 | *146 | 10-31 | 229.99 |
| 104 | 10-6 | 794.83 | 121 | 10-23 | 213.71 | *596 | 10-1 | 900.00 |
| 105 | 10-7 | 985.14 | 122 | 10-20 | 640.33 | 597 | 10-1 | 500.00 |
| 106 | 10-14 | 126.00 | 123 | 10-20 | 588.00 | 598 | 10-3 | 7,227.00 |
| 107 | 10-9 | 733.69 | 124 | 10-20 | 600.00 | 599 | 10-2 | 569.42 |
| 108 | 10-14 | 1,045.37 | 125 | 10-27 | 110.32 | 600 | 10-2 | 763.51 |
| 109 | 10-10 | 402.11 | 126 | 10-21 | 869.83 | *12914 | 10-9 | 12,500.00 |
| 110 | 10-14 | 528.06 | 127 | 10-24 | 256.85 | *14969 | 10-17 | 5,950.00 |
| *112 | 10-20 | 850.00 | 128 | 10-23 | 493.10 | *14973 | 10-8 | 500.00 |
| 113 | 10-27 | 398.51 | 129 | 10-28 | 1,019.05 | *14988 | 10-10 | 500.00 |
| 114 | 10-27 | 63.20 | 130 | 10-27 | 468.29 | *309143 | 10-6 | 44.54 |
| 115 | 10-30 | 1,591.01 | 131 | 10-27 | 400.00 | *309183 | 10-6 | 44.54 |
| *117 | 10-17 | 481.71 | *141 | 10-30 | 686.63 | *309225 | 10-15 | 44.54 |
| | | | | | | **Paper Checks Paid** | | **$50,430.07** |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 10-1 | | Intuit * Qbooks Onl | $37.36 |
| | 10-1 | | Rewards Network Settlement | 148.86 |
| | 10-1 | | OH80 Lottery Inv 250927 | 434.29 |
| | 10-2 | | Rewards Network Settlement | 294.21 |
| | 10-2 | | Nuco2 Llc Web Pay | 369.47 |
| | 10-2 | | Firstenergy Opco-ACH | 3,081.88 |
| | 10-3 | | Rewards Network Settlement | 161.00 |
| | 10-3 | | Directv Directv | 291.54 |
| | 10-6 | 793356 | Wire Withdrawal Rdp Foodservice 6917 | 8,200.00 |
| | 10-6 | | Spectrum Spectrum | 65.00 |
| | 10-6 | | Rewards Network Settlement | 142.40 |
| | 10-6 | | Toast, Inc Toast, Incst-P5Q8E6K6R7U0 | 728.58 |
| | 10-7 | | Toast Eom Sep 30 | 10.02 |
| | 10-7 | | Rewards Network Settlement | 132.70 |
| | 10-7 | | Rewards Network Settlement | 165.87 |

| | Serial # | Location | |
|---|---|---|---|
| 10-7 | | Zeppe'S Promo   Sale | 1,590.23 |
| 10-7 | | Zeppe'S Tavern Fsale | 2,427.33 |
| 10-8 | | Rewards Network Settlement | 110.78 |
| 10-8 | | OH80 Lottery    Inv 251004 | 760.84 |
| 10-8 | | Irs          Usataxpymt | 8,629.06 |
| 10-9 | | State Farm Ro 27Cpc-Client | 100.00 |
| 10-9 | | Rewards Network Settlement | 191.23 |
| 10-10 | | Rewards Network Settlement | 215.40 |
| 10-10 | | Cintascorporatio67Eaa77A3D | 425.81 |
| 10-10 | | Acme Steak & Seacorp Coll | 604.50 |
| 10-10 | | Northeast Ohio Nbillpay   Northeast Ohio | 855.06 |
| 10-14 | 895530 | Wire Withdrawal  Rdp Foodservice  6917 | 9,600.00 |
| 10-14 | | Rewards Network Settlement | 147.53 |
| 10-14 | | Rewards Network Settlement | 147.60 |
| 10-14 | | Rewards Network Settlement | 177.51 |
| 10-14 | | Catanese Classicach Debit | 1,221.45 |
| 10-14 | | 108 Zeppes of Nedirect Dep | 17,722.12 |
| 10-15 | | Power Alarm Inc ACH Debit | 32.03 |
| 10-15 | | Rewards Network Settlement | 164.64 |
| 10-15 | | Irs          Usataxpymt | 387.60 |
| 10-15 | | Ohio Bwc       Payment | 1,605.81 |
| 10-16 | | Alco Chem      Cash Conc | 69.00 |
| 10-16 | | Rewards Network Settlement | 227.04 |
| 10-16 | | Ouio        Uitaxpymt | 425.31 |
| 10-16 | | 8060-1Hioemwh   Ohemwhtx | 1,436.27 |
| 10-16 | | OH80 Lottery    Inv 251011 | 1,470.62 |
| 10-17 | | Rewards Network Settlement | 262.50 |
| 10-17 | | Cintascorporatio67Eaa77A3D | 804.31 |
| 10-20 | 969663 | Wire Withdrawal  Rdp Foodservice  6917 | 8,900.00 |
| 10-20 | | Rewards Network Settlement | 199.18 |
| 10-20 | | Erie Ins Group  Eriexpspay | 600.75 |
| 10-20 | | Restaurant Techn29001.5   Rmr*lk*Payment System | 1,237.63 |
| 10-21 | | Rewards Network Settlement | 102.72 |
| 10-21 | | Rewards Network Settlement | 189.57 |
| 10-21 | | Zeppe'S Promo   Sale | 275.00 |
| 10-21 | | Zeppe'S Promo   Sale | 1,629.32 |
| 10-21 | | Zeppe'S Tavern Fsale | 2,036.65 |
| 10-22 | | Rewards Network Settlement | 113.26 |
| 10-22 | | Iron Cowboy Prodsale | 222.00 |
| 10-22 | | OH80 Lottery    Inv 251018 | 1,279.47 |
| 10-22 | | Irs          Usataxpymt | 8,245.34 |
| 10-23 | | Rewards Network Settlement | 212.61 |
| 10-24 | | Acme Steak & Seacorp Coll | 34.95 |
| 10-24 | | Rewards Network Settlement | 216.04 |
| 10-27 | 48214 | Wire Withdrawal  Rdp Foodservice  6917 | 8,000.00 |
| 10-27 | | Rewards Network Settlement | 123.00 |
| 10-27 | | 8063-1Hioosut   Ohsalesutx | 8,075.65 |
| 10-28 | | Rewards Network Settlement | 116.99 |
| 10-28 | | Rewards Network Settlement | 153.88 |



## Subtractions

*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 10-28 | | Northeast Ohio Nbillpay   Northeast Ohio | 765.55 |
| | 10-28 | | 108 Zeppes of Nedirect Dep | 17,620.89 |
| | 10-29 | | Rewards Network Settlement | 114.13 |
| | 10-29 | | OH80 Lottery    Inv 251025 | 901.23 |
| | 10-30 | | Rewards Network Settlement | 198.94 |
| | 10-31 | | Intuit *      Qbooks Onl | 37.36 |
| | 10-31 | | Rewards Network Settlement | 206.74 |
| | 10-31 | | Cintascorporatio67Eaa77A3D | 445.76 |
| | | | **Total subtractions** | **$178,759.44** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 10-6-25 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 10-8-25 | Sep Keynav Bb Info Rpt Package | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep Payments Fraud Package | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep Keynav Pre Day Detail Items | 199 | 0.06155 | -12.25 |
| 10-8-25 | Sep Keynav Online Access | 1 | 50.00 | -50.00 |
| 10-8-25 | Sep Keynav Previous Day Report | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep ACH Direct Monthly Maint | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep Epa Monthly Via ACH Direct | 1 | 20.00 | -20.00 |
| 10-8-25 | Sep ACH Direct Epa Authorization | 39 | 4.35897 | -170.00 |
| 10-8-25 | Sep Payment Protection Maintenance | 1 | 5.00 | -5.00 |
| 10-8-25 | Sep Adjustment Adv Image Inquiry | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep Keynav Analysis Statement | 1 | 0.00 | 0.00 |
| 10-8-25 | Sep Keynav Corp Banking Statement | 1 | 0.00 | 0.00 |
| 10-14-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-20-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-27-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges   assessed this period** | | | **-$377.25** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

XFER TO SAV      - Transfer to Savings Account
XFER FROM SAV  - Transfer from Savings Account
XFER TO CKG      - Transfer to Checking Account
XFER FROM CKG  - Transfer from Checking Account
PMT TO CR CARD  - Payment to Credit Card
ADV CR CARD       - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL ➜ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL ➜ | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.