# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Pizzeria Management III LLC,** | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

## NOTICE OF FILING OF DEBTOR'S AMENDED PLAN OF REORGANIZATION, SCHEDULED HEARING ON CONFIRMATION OF AMENDED PLAN, DEADLINES FOR SUBMITTING BALLOTS TO VOTE TO ACCEPT OR REJECT THE AMENDED PLAN, AND DEADLINE FOR SUBMITTING OBJECTIONS TO CONFIRMATION OF THE AMENDED PLAN

**Please Take Notice that** Pizzeria Management III LLC (the "Debtor") has filed an Amended Plan of Reorganization with the Court [Docket No. 90].

**Please Take Further Notice that** a hearing to consider confirmation of the Debtor's Amended Plan of Reorganization has been set for **February 24, 2026 at 10:30 a.m.** in Courtroom 2B of the Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, before the Honorable Jessica E. Price Smith.

**Please Take Further Notice that** the Deadline for Returning Ballots to Vote to Accept or Reject the Amended Plan is **January 16, 2026.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to confirm the Amended Plan of Reorganization**, or if you want the court to consider your views on confirmation of the Amended Plan, then on or before **January 20, 2026,** you or your attorney must file an **Objection,** explaining your position, at:

Clerk of Courts
U.S. Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44113-1235

You must also send a copy to:

| | |
|---|---|
| Thomas W. Coffey | Spencer Lutz |
| Coffey Law LLC | Office of the U.S. Trustee |
| 2430 Tremont Avenue | 201 Superior Avenue, Suite 441 |
| Cleveland, OH 44113 | Cleveland, OH 44114 |

And attend the scheduled hearing or any continued or re-scheduled hearing.

If you do not take these steps, the Court may decide that you do not oppose confirmation of the Amended Plan of Reorganization and may enter an Order granting that relief.

Respectfully submitted,

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*