**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: _____                                    Date report filed: _____
                                                                        MM / DD / YYYY

Line of business: _____          NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    _____

Original signature of responsible party    _____

Printed name of responsible party          _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

25-11334-jps    Doc 106    FILED 12/21/25    ENTERED 12/21/25 19:28:18    Page 1 of 15

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ❏  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ❏  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    **–** $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    **+** $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    **=** $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                    $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              _____

27. What is the number of employees as of the date of this monthly report?                              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                   $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?                                             $ _____

31. How much have you paid in total other professional fees since filing the case?                            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                      $ _____

36. Total projected cash disbursements for the next month:                                              − $ _____

37. Total projected net cash flow for the next month:                                                      = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏  39.  Bank reconciliation reports for each account.

❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏  41.  Budget, projection, or forecast reports.

❏  42.  Project, job costing, or work-in-progress reports.

# Exhibit C report
## Pizzeria Management III LLC
### November 1-30, 2025

DIP ACCOUNT 4374

| Transaction date | Transaction type | Memo/Description | Reason | Amount |
|---|---|---|---|---|
| 11/03/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $3,704.07 |
| 11/03/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $4,915.39 |
| 11/03/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $5,099.77 |
| 11/03/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $336.00 |
| 11/03/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $364.00 |
| 11/03/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $563.00 |
| 11/03/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $1,375.00 |
| 11/04/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $38.83 |
| 11/04/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,039.52 |
| 11/05/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,905.40 |
| 11/05/2025 | Deposit | Reverse Check #0000014979 | Bank Fraud Rebate | $990.00 |
| 11/06/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,622.63 |
| 11/06/2025 | Deposit | Reverse Check #0000014978 | Bank Fraud Rebate | $990.00 |
| 11/07/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $3,764.61 |
| 11/07/2025 | Deposit | DoorDash Newbury | Doordash (income after fees) | $724.68 |
| 11/07/2025 | Deposit | Toast EOM Oct 31 | Credit Card Adjustments | $10.63 |
| 11/10/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,660.48 |
| 11/10/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $6,227.78 |
| 11/10/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $6,973.47 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $140.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $198.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $418.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $526.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $584.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $720.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $790.00 |
| 11/10/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $1,024.00 |
| 11/12/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $1,682.76 |
| 11/12/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $1,782.47 |
| 11/13/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $3,285.84 |
| 11/14/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,812.93 |
| 11/14/2025 | Deposit | DoorDash Newbury | Doordash (income after fees) | $362.96 |
| 11/14/2025 | Deposit | Heidelberg Dist Fintech EFT | Account setup verification deposit | $1.00 |
| 11/14/2025 | Deposit | House of La Rose Fintech EFT | Account setup verification deposit | $1.00 |
| 11/17/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $3,044.72 |
| 11/17/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $5,344.63 |
| 11/17/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $6,658.70 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $10.00 |

| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $86.00 |
|---|---|---|---|---|
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $179.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $190.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $258.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $501.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $617.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $717.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $819.00 |
| 11/17/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $820.00 |
| 11/17/2025 | Deposit | Southern Glazer Fintech EFT | Account setup verification deposit | $1.00 |
| 11/18/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,578.18 |
| 11/19/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,493.96 |
| 11/19/2025 | Deposit | Ohio Beverage Dist Fintech EFT | Account setup verification deposit | $1.00 |
| 11/19/2025 | Deposit | Fintech.Net EFT | Account setup verification deposit | $1.00 |
| 11/20/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $3,576.59 |
| 11/21/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,953.84 |
| 11/21/2025 | Deposit | DoorDash Newbury | Doordash (income after fees) | $802.91 |
| 11/24/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $4,028.56 |
| 11/24/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $6,349.66 |
| 11/24/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $7,025.52 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $93.00 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $111.00 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $171.00 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $186.00 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $591.00 |
| 11/24/2025 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | $612.00 |
| 11/25/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $59.52 |
| 11/25/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,665.79 |
| 11/25/2025 | Deposit | Reverse Check #0000014979 | Bank Fraud Rebate | $990.00 |
| 11/26/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $2,823.18 |
| 11/28/2025 | Deposit | Citizens Net Settlement | Credit Card Deposits | $6,884.02 |
| 11/28/2025 | Deposit | DoorDash Newbury | Doordash (income after fees) | $515.92 |
| **TOTAL** | | | | **$125,393.92** |

## Exhibit D report
### Pizzeria Management III LLC
#### November 1-30, 2025

DIP ACCOUNT 4374

| Transaction date | Transaction type | Memo/Description | PAYEE/ REASON | Amount |
|---|---|---|---|---|
| 11/03/2025 | Expense | Directv Directv | Utilities:Internet & TV services | -$296.84 |
| 11/03/2025 | Expense | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 11/03/2025 | Expense | Firstenergy Opco-ACH | Utilities:Electricity | -$2,643.85 |
| 11/03/2025 | Expense | Nuco2 Llc Web Pay | Supplies:NuCO2 | -$369.47 |
| 11/03/2025 | Expense | Withdrawal Branch 0315 Ohio | Jason Dicks - reimbursed expenses - OCTOBER | -$500.00 |
| 11/03/2025 | Expense | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -$7,000.00 |
| 11/03/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$130.50 |
| 11/03/2025 | Expense | paper check 134 | Repairs & maintenance:Home Depot | -$36.27 |
| 11/03/2025 | Expense | paper check 145 | Queen of Hearts Pay Out | -$3,068.25 |
| 11/04/2025 | Expense | Spectrum Spectrum | Utilities:Internet & TV services | -$65.00 |
| 11/04/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$85.14 |
| 11/04/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$141.28 |
| 11/04/2025 | Expense | paper check 14979 | Bank Fraud | -$990.00 |
| 11/04/2025 | Expense | paper check 116 | Supplies:Food and Bar Cost:Food Cost:Giant Eagle | -$43.26 |
| 11/04/2025 | Expense | paper check 147- Nigel Pinell | Live Music- Bands:No Control | -$550.00 |
| 11/05/2025 | Expense | Irs Usataxpymt | Payroll expenses:941 Federal Income Tax Witheld | -$8,300.14 |
| 11/05/2025 | Expense | OH80 Lottery Inv 251101 | Keno:Keno Invoices | -$1,175.03 |
| 11/05/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$112.11 |
| 11/05/2025 | Expense | Toast, Inc Toast, Inc | Software & apps:Toast Software | -$728.58 |
| 11/05/2025 | Expense | Withdrawal Branch 0315 Ohio | Jason Dicks - reimbursed expenses - OCTOBER | -$400.00 |
| 11/05/2025 | Expense | Restaurant Techn32001.13 Rmr*Ik*Payment System | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -$891.43 |
| 11/05/2025 | Expense | Zeppe'S Promo Sale | Advertising & marketing:Facebook | -$1,510.20 |
| 11/05/2025 | Expense | paper check 138 | Rent:Building & land rent | -$5,750.00 |
| 11/05/2025 | Expense | paper check 139 | Rent:C.A.M. Charges | -$1,477.00 |
| 11/05/2025 | Expense | paper check 14978 | Bank Fraud | -$990.00 |
| 11/05/2025 | Expense | paper check 148 | Supplies:Food and Bar Cost:Food Cost:Coke | -$718.95 |
| 11/05/2025 | Expense | paper check 135 | Supplies:Uniforms:Design Your Own | -$469.80 |
| 11/05/2025 | Expense | paper check 137 - Kimble | Utilities:Trash and Recycling Removal | -$424.10 |
| 11/05/2025 | Expense | paper check 140 - Julianna Danyi | Payroll expenses:Salaries & wages | -$148.80 |
| 11/05/2025 | Expense | paper check 143 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$715.43 |
| 11/05/2025 | Expense | Zeppe'S Tavern Fsale | | -$2,151.25 |
| 11/06/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$148.65 |
| 11/06/2025 | Expense | paper check 309308 | Payroll expenses:Ohio Child Support | -$44.54 |
| 11/06/2025 | Expense | paper check 309268 | Payroll expenses:Ohio Child Support | -$44.54 |
| 11/06/2025 | Expense | paper check 150 | Supplies:Food and Bar Cost:Bar Cost:Superior | -$558.31 |
| 11/07/2025 | Expense | Cintascorporatio67Eaa77A3D | Supplies:Towels and Mats - Cintas | -$383.73 |
| 11/07/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$153.95 |
| 11/07/2025 | Expense | paper check 151 | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -$215.29 |
| 11/10/2025 | Expense | 108 Zeppes of Nedirect Dep | Payroll expenses:Salaries & wages | -$17,478.19 |
| 11/10/2025 | Expense | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 11/10/2025 | Expense | Oct ACH Direct Epa Authorization | Bank fees & service charges | -$20.00 |
| 11/10/2025 | Expense | Oct Epa Monthly Via ACH Direct | Bank fees & service charges | -$20.00 |
| 11/10/2025 | Expense | Oct Keynav Online Access | Bank fees & service charges | -$50.00 |
| 11/10/2025 | Expense | Oct Keynav Pre Day Detail | Bank fees & service charges | -$17.25 |
| 11/10/2025 | Expense | Oct Payment Protection Maintenance | Bank fees & service charges | -$5.00 |
| 11/10/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$113.27 |
| 11/10/2025 | Expense | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -$8,000.00 |
| 11/10/2025 | Expense | paper check 149 | Repairs & maintenance:Buckeye Draft Services | -$126.00 |
| 11/10/2025 | Expense | paper check 136 - CCM Rental | Repairs & maintenance | -$90.10 |
| 11/10/2025 | Expense | paper check 153 - Michael Mcintyre | Live Music- Bands:Serious FM | -$900.00 |
| 11/12/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$85.62 |
| 11/12/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$116.78 |
| 11/12/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$149.60 |
| 11/12/2025 | Expense | State Farm Ro 27Cpc-Client | Insurance:Non-Owned Driver Insurance - State Farm | -$100.00 |
| 11/12/2025 | Expense | paper check 133 | DCI payroll processing | -$716.59 |
| 11/13/2025 | Expense | OH80 Lottery Inv 251108 | Keno:Keno Invoices | -$982.58 |
| 11/13/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$189.55 |
| 11/13/2025 | Expense | paper check 154 | Supplies:Food and Bar Cost:Bar Cost:Superior | -$752.90 |
| 11/13/2025 | Expense | paper check 155 | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -$990.93 |
| 11/14/2025 | Expense | Cintascorporatio67Eaa77A3D | Supplies:Towels and Mats - Cintas | -$338.07 |
| 11/14/2025 | Expense | Heidelberg Dist.Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -$1.00 |
| 11/14/2025 | Expense | House of LA Rosefintecheft | Supplies:Food and Bar Cost:Bar Cost:House of LaRose | -$1.00 |

| | | | | |
|---|---|---|---|---|
| 11/14/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$211.10 |
| 11/14/2025 | Expense | paper check 157 | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$441.02 |
| 11/14/2025 | Expense | paper check 158 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -$199.99 |
| 11/17/2025 | Expense | 8060-1Hioemwh Ohemwhtx | Payroll expenses:Ohio State Income Tax Witholding | -$1,996.29 |
| 11/17/2025 | Expense | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 11/17/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$80.33 |
| 11/17/2025 | Expense | Southern Glazer'Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Southern Glazer | -$1.00 |
| 11/17/2025 | Expense | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -$7,000.00 |
| 11/17/2025 | Expense | paper check 160 - Low Pony | Live Music- Bands:High Horse | -$500.00 |
| 11/18/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$52.69 |
| 11/18/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$237.61 |
| 11/18/2025 | Expense | Power Alarm Inc ACH Debit | Utilities:Security System | -$32.03 |
| 11/18/2025 | Expense | paper check 162 | Supplies:Food and Bar Cost:Food Cost:Coke | -$720.91 |
| 11/18/2025 | Expense | paper check 152 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$940.56 |
| 11/19/2025 | Expense | Alco Chem Cash Conc | Utilities:Alco Dishwasher Rental | -$69.00 |
| 11/19/2025 | Expense | Erie Ins Group Eriexpspay | Insurance:Erie Insurance | -$600.75 |
| 11/19/2025 | Expense | Irs Usataxpymt | Payroll expenses:941 Federal Income Tax Witheld | -$7,286.29 |
| 11/19/2025 | Expense | OH80 Lottery Inv 251115 | Keno:Keno Invoices | -$643.20 |
| 11/19/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$4.13 |
| 11/19/2025 | Expense | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$1.00 |
| 11/19/2025 | Expense | Fintech.Net Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Fintech | -$1.00 |
| 11/19/2025 | Expense | paper check 156 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$328.62 |
| 11/20/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$168.62 |
| 11/20/2025 | Expense | Restaurant Techn34001.18 Rmr*Ik*Payment System | Repairs & maintenance:RTI Fryer Oil Program Fee and maintenance | -$277.73 |
| 11/20/2025 | Expense | Zeppe'S Promo Sale | Advertising & marketing:Facebook | -$550.00 |
| 11/20/2025 | Expense | Zeppe'S Promo Sale | Advertising & marketing:Facebook | -$1,280.56 |
| 11/20/2025 | Expense | paper check 161 | Supplies:Food and Bar Cost:Bar Cost:Superior | -$190.77 |
| 11/20/2025 | Expense | Zeppe'S Tavern Fsale | Franchise Royalties | -$1,600.69 |
| 11/21/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$199.03 |
| 11/21/2025 | Expense | paper check 164 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -$229.99 |
| 11/24/2025 | Expense | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 11/24/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$89.87 |
| 11/24/2025 | Expense | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -$3,500.00 |
| 11/24/2025 | Expense | paper check 165 | Live Music- Bands:Steve Jochum | -$400.00 |
| 11/24/2025 | Expense | paper check 14979 | Bank Fraud | -$990.00 |
| 11/25/2025 | Expense | 108 Zeppes of Nedirect Dep | Payroll expenses:Salaries & wages | -$13,560.33 |
| 11/25/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$81.47 |
| 11/25/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$185.46 |
| 11/25/2025 | Expense | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$370.28 |
| 11/26/2025 | Expense | OH80 Lottery Inv 251122 | Keno:Keno Invoices | -$466.25 |
| 11/26/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$94.93 |
| 11/26/2025 | Expense | paper check 166 | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -$221.68 |
| 11/26/2025 | Expense | paper check 167 | Supplies:Food and Bar Cost:Bar Cost:Superior | -$1,277.65 |
| 11/28/2025 | Expense | 8063-1Hioosut Ohsalesutx | State Sales Tax | -$7,107.14 |
| 11/28/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$202.20 |
| 11/28/2025 | Expense | Rewards Network Settlement | Loan Payments:Rewards Network Payments (needs fee broken out) | -$203.37 |
| 11/28/2025 | Expense | paper check 170 - Jason Dicks | Pay Roll Expenses OWNER NET | -$3,037.42 |
| TOTAL | | | | |
| | | | | -$132,429.08 |

| | | | |
|---|---|---|---|
| Exhibit E | | | |
| November 2025 Total Payables | | | |
| | | | |
| **DATE** | **PAYEE** | **PURPOSE** | **AMOUNT** |
| 11/1/2025 | Zeppe's Franchise Group | deferred royalties | $1,132.65 |
| 11/17/2025 | Zeppe's Franchise Group | deferred royalties | $960.42 |
| | | | |
| | | | $2,093.07 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

36 02 RTM1X      T   315 00000 R EM AO
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

## KeyNotes

### Change to Book-to-Book Wire Transfer fees
Effective January 12, 2026, we are updating our Deposit Account Fees and Disclosures to reflect a change to our Book-to-Book Wire Transfer fees.
Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

## KeyBank Basic Business Checking

PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 10-31-25 | $20,684.67 |
| 70 Additions | +125,393.92 |
| 100 Subtractions | -132,196.83 |
| Net fees and charges | -232.25 |
| **Ending balance 11-30-25** | **$13,649.51** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 11-3 | | Deposit | Branch 0315 Ohio | $336.00 |
| | 11-3 | | Deposit | Branch 0315 Ohio | 364.00 |
| | 11-3 | | Deposit | Branch 0315 Ohio | 563.00 |
| | 11-3 | | Deposit | Branch 0315 Ohio | 1,375.00 |
| | 11-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,704.07 |
| | 11-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,915.39 |
| | 11-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,099.77 |
| | 11-4 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 38.83 |
| | 11-4 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,039.52 |
| | 11-5 | 14979 | Reverse Check # 0000014979 | | 990.00 |

25-11334-jps    Doc 106    FILED 12/21/25    ENTERED 12/21/25 19:28:18    Page 10 of 15

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 11-5 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,905.40 |
| | 11-6 | 14978 | Reverse Check # 0000014978 | 990.00 |
| | 11-6 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,622.63 |
| | 11-7 | | Toast        Eom Oct 31 | 10.63 |
| | 11-7 | | Doordash, Inc.  Newbury   St-Z2V5N2D3Q9W4 | 724.68 |
| | 11-7 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 3,764.61 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 140.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 198.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 418.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 526.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 584.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 720.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 790.00 |
| | 11-10 | | Deposit   Branch 0315 Ohio | 1,024.00 |
| | 11-10 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,660.48 |
| | 11-10 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 6,227.78 |
| | 11-10 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 6,973.47 |
| | 11-12 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 1,682.76 |
| | 11-12 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 1,782.47 |
| | 11-13 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 3,285.84 |
| | 11-14 | | House of LA Rosefintecheft | 1.00 |
| | 11-14 | | Heidelberg Dist.Fintecheft | 1.00 |
| | 11-14 | | Doordash, Inc.  Newbury | 362.96 |
| | 11-14 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,812.93 |
| | 11-17 | | Southern Glazer'Fintecheft | 1.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 10.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 86.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 179.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 190.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 258.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 501.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 617.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 717.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 819.00 |
| | 11-17 | | Deposit   Branch 0315 Ohio | 820.00 |
| | 11-17 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 3,044.72 |
| | 11-17 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 5,344.63 |
| | 11-17 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 6,658.70 |
| | 11-18 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,578.18 |
| | 11-19 | | Ohio Beverage Difintecheft | 1.00 |
| | 11-19 | | Fintech.Net     Fintecheft | 1.00 |
| | 11-19 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,493.96 |
| | 11-20 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 3,576.59 |
| | 11-21 | | Doordash, Inc.  Newbury | 802.91 |
| | 11-21 | | Citizens        Net Setlmtcitizens Net Setlmt 4 | 2,953.84 |
| | 11-24 | | Deposit   Branch 0315 Ohio | 93.00 |
| | 11-24 | | Deposit   Branch 0315 Ohio | 111.00 |
| | 11-24 | | Deposit   Branch 0315 Ohio | 171.00 |
| | 11-24 | | Deposit   Branch 0315 Ohio | 186.00 |
| | 11-24 | | Deposit   Branch 0315 Ohio | 591.00 |



## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 11-24 | | Deposit    Branch 0315 Ohio | 612.00 |
| | 11-24 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 4,028.56 |
| | 11-24 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 6,349.66 |
| | 11-24 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 7,025.52 |
| | 11-25 | 14979 | Reverse Check # 0000014979 | 990.00 |
| | 11-25 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 59.52 |
| | 11-25 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 2,665.79 |
| | 11-26 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 2,823.18 |
| | 11-28 | | Doordash, Inc.  Newbury   St-N5H2Q5S8S4N8 | 515.92 |
| | 11-28 | | Citizens      Net Setlmtcitizens Net Setlmt 4 | 6,884.02 |
| | | | **Total additions** | **$125,393.92** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 116 | 11-4 | $43.26 | 148 | 11-5 | 718.95 | 161 | 11-20 | 190.77 |
| *133 | 11-12 | 716.59 | 149 | 11-10 | 126.00 | 162 | 11-18 | 720.91 |
| 134 | 11-3 | 36.27 | 150 | 11-6 | 558.31 | *164 | 11-21 | 229.99 |
| 135 | 11-5 | 469.80 | 151 | 11-7 | 215.29 | 165 | 11-24 | 400.00 |
| 136 | 11-10 | 90.10 | 152 | 11-18 | 940.56 | 166 | 11-26 | 221.68 |
| 137 | 11-5 | 424.10 | 153 | 11-10 | 900.00 | 167 | 11-26 | 1,277.65 |
| 138 | 11-5 | 5,750.00 | 154 | 11-13 | 752.90 | *170 | 11-28 | 3,037.42 |
| 139 | 11-5 | 1,477.00 | 155 | 11-13 | 990.93 | *14978 | 11-5 | 990.00 |
| 140 | 11-5 | 148.80 | 156 | 11-19 | 328.62 | 14979 | 11-4 | 990.00 |
| *143 | 11-5 | 715.43 | 157 | 11-14 | 441.02 | *14979 | 11-24 | 990.00 |
| *145 | 11-3 | 3,068.25 | 158 | 11-14 | 199.99 | *309268 | 11-6 | 44.54 |
| *147 | 11-4 | 550.00 | *160 | 11-17 | 500.00 | *309308 | 11-6 | 44.54 |
| | | | | | | **Paper Checks Paid** | | **$29,299.67** |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 11-3 | 177848 | Wire Withdrawal  Rdp Foodservice  6917 | $7,000.00 |
| | 11-3 | | Withdrawal Branch 0315 Ohio | 500.00 |
| | 11-3 | | Rewards Network Settlement | 130.50 |
| | 11-3 | | Directv        Directv | 296.84 |
| | 11-3 | | Nuco2 Llc      Web Pay | 369.47 |
| | 11-3 | | Firstenergy     Opco-ACH | 2,643.85 |
| | 11-4 | | Spectrum       Spectrum | 65.00 |
| | 11-4 | | Rewards Network Settlement | 85.14 |
| | 11-4 | | Rewards Network Settlement | 141.28 |
| | 11-5 | | Withdrawal Branch 0315 Ohio | 400.00 |
| | 11-5 | | Rewards Network Settlement | 112.11 |
| | 11-5 | | Toast, Inc     Toast, Inc | 728.58 |
| | 11-5 | | Restaurant Techn32001.13  Rmr*Ik*Payment System | 891.43 |
| | 11-5 | | OH80 Lottery    Inv 251101 | 1,175.03 |
| | 11-5 | | Zeppe'S Promo   Sale | 1,510.20 |
| | 11-5 | | Zeppe'S Tavern Fsale | 2,151.25 |
| | 11-5 | | Irs           Usataxpymt | 8,300.14 |
| | 11-6 | | Rewards Network Settlement | 148.65 |

| | Serial # | Location | |
|---|---|---|---:|
| 11-7 | | Rewards Network Settlement | 153.95 |
| 11-7 | | Cintascorporatio67Eaa77A3D | 383.73 |
| 11-10 | 268794 | Wire Withdrawal Rdp Foodservice 6917 | 8,000.00 |
| 11-10 | | Rewards Network Settlement | 113.27 |
| 11-10 | | 108 Zeppes of Nedirect Dep | 17,478.19 |
| 11-12 | | Rewards Network Settlement | 85.62 |
| 11-12 | | State Farm Ro 27Cpc-Client | 100.00 |
| 11-12 | | Rewards Network Settlement | 116.78 |
| 11-12 | | Rewards Network Settlement | 149.60 |
| 11-13 | | Rewards Network Settlement | 189.55 |
| 11-13 | | OH80 Lottery Inv 251108 | 982.58 |
| 11-14 | | House of LA Rosefintecheft | 1.00 |
| 11-14 | | Heidelberg Dist.Fintecheft | 1.00 |
| 11-14 | | Rewards Network Settlement | 211.10 |
| 11-14 | | Cintascorporatio67Eaa77A3D | 338.07 |
| 11-17 | 354305 | Wire Withdrawal Rdp Foodservice 6917 | 7,000.00 |
| 11-17 | | Southern Glazer'Fintecheft | 1.00 |
| 11-17 | | Rewards Network Settlement | 80.33 |
| 11-17 | | 8060-1Hioemwh Ohemwhtx | 1,996.29 |
| 11-18 | | Power Alarm Inc ACH Debit | 32.03 |
| 11-18 | | Rewards Network Settlement | 52.69 |
| 11-18 | | Rewards Network Settlement | 237.61 |
| 11-19 | | Ohio Beverage Difintecheft | 1.00 |
| 11-19 | | Fintech.Net Fintecheft | 1.00 |
| 11-19 | | Rewards Network Settlement | 4.13 |
| 11-19 | | Alco Chem Cash Conc | 69.00 |
| 11-19 | | Erie Ins Group Eriexpspay | 600.75 |
| 11-19 | | OH80 Lottery Inv 251115 | 643.20 |
| 11-19 | | Irs Usataxpymt | 7,286.29 |
| 11-20 | | Rewards Network Settlement | 168.62 |
| 11-20 | | Restaurant Techn34001.18 Rmr*Ik*Payment System | 277.73 |
| 11-20 | | Zeppe'S Promo Sale | 550.00 |
| 11-20 | | Zeppe'S Promo Sale | 1,280.56 |
| 11-20 | | Zeppe'S Tavern Fsale | 1,600.69 |
| 11-21 | | Rewards Network Settlement | 199.03 |
| 11-24 | 438560 | Wire Withdrawal Rdp Foodservice 6917 | 3,500.00 |
| 11-24 | | Rewards Network Settlement | 89.87 |
| 11-25 | | Rewards Network Settlement | 81.47 |
| 11-25 | | Rewards Network Settlement | 185.46 |
| 11-25 | | Ohio Beverage Difintecheft | 370.28 |
| 11-25 | | 108 Zeppes of Nedirect Dep | 13,560.33 |
| 11-26 | | Rewards Network Settlement | 94.93 |
| 11-26 | | OH80 Lottery Inv 251122 | 466.25 |
| 11-28 | | Rewards Network Settlement | 202.20 |
| 11-28 | | Rewards Network Settlement | 203.37 |
| 11-28 | | 8063-1Hioosut Ohsalesutx | 7,107.14 |
| | | **Total subtractions** | **$132,196.83** |



## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|---|----------|-------------|---|
| 11-3-25 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 11-10-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-10-25 | Oct Keynav Corp Banking Statement | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Keynav Analysis Statement | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Adjustment Adv Image Inquiry | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Payment Protection Maintenance | 1 | 5.00 | -5.00 |
| 11-10-25 | Oct ACH Direct Epa Authorization | 9 | 2.22222 | -20.00 |
| 11-10-25 | Oct Epa Monthly Via ACH Direct | 1 | 20.00 | -20.00 |
| 11-10-25 | Oct ACH Direct Monthly Maint | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Keynav Previous Day Report | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Keynav Online Access | 1 | 50.00 | -50.00 |
| 11-10-25 | Oct Keynav Pre Day Detail Items | 219 | 0.07876 | -17.25 |
| 11-10-25 | Oct Payments Fraud Package | 1 | 0.00 | 0.00 |
| 11-10-25 | Oct Keynav Bb Info Rpt Package | 1 | 0.00 | 0.00 |
| 11-17-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-24-25 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges  assessed this period** | | | **-$232.25** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.