**IT IS SO ORDERED.**

**Dated:  10 March, 2026 07:20 AM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III, LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |

## ORDER RESCHEDULING CONFIRMATION HEARING

This matter is before the Court on the Debtor's Motion for an Order Adjourning Confirmation Hearing [Docket No. 114]. No opposition having been filed, and the Court finding the Motion to be well-taken for the reasons stated by the Court on the record at the hearing conducted on February 24, 2026, the Confirmation Hearing is hereby re-scheduled for June 9, 2026 at 10:30 a.m.

*###*

1

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

This Order was served by operation of the Court's Electronic Case Filing System on the

following:

Spencer Lutz, Trial Attorney for the United States Trustee, spencer.lutz@usdoj.com

Patricia B. Fugee, Subchapter V Trustee, patricia.fugee@fisherbroyles.com

Thomas W. Coffey, Counsel for the Debtor, tcoffey@tcoffeylaw.com

John Rutter, Counsel for Joseph T. Ciresi and Cassie Ciresi, jrutter@ralaw.com

Mary Born, Counsel for Rewards Network, mborn@rewardsnetwork.com

Christian E. Carson, Counsel for iPlanGroup Custodian FBO Christian Carson IRA,

christian@carsonlaw.com

Frederic P. Schwieg, Counsel for Interested Party Jason J. Dicks, fschwieg@schwieglaw.com

Nathan Vaughan, Counsel for Kimble Recycling & Disposal, nvaughan@kimblecompanies.com

And by First Class U.S. Mail, postage prepaid, upon:

RDP Food Service
4200 Parkway Court
Hilliard, OH 43026-1200


Yesco Sign & Lighting Service
38348 Apollo Parkway No. 1
Willoughby, OH 44094-7771

2