**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

25-11334-jps   Doc 120   FILED 03/23/26   ENTERED 03/23/26 17:40:37   Page 1 of 15

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ❏  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ❏  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    **−** $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    **+** $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    **=** $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____

| | 4. Money Owed to You |
|---|---|

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                        $ _____

    *(Exhibit F)*

| | 5. Employees |
|---|---|

26. What was the number of employees when the case was filed?                                        _____

27. What is the number of employees as of the date of this monthly report?                    _____

| | 6. Professional Fees |
|---|---|

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____

30. How much have you paid this month in other professional fees?                                        $ _____

31. How much have you paid in total other professional fees since filing the case?                    $ _____

| | 7. Projections |
|---|---|

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | **–** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **–** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                                                    $ _____

36. Total projected cash disbursements for the next month:                                        **–** $ _____

37. Total projected net cash flow for the next month:                                                    **=** $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

| Exhibit C report | | | |
|---|---|---|---|
| Pizzeria Management III LLC | | | |
| February 1-28, 2026 | | | |
| | | | |
| Transaction date | Memo/Description | WHO/WHY | Amount |
| 02/02/2026 | Deposit Branch 0315 Ohio $ | Cash Deposits | $240.00 |
| 02/02/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $530.00 |
| 02/02/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $262.00 |
| 02/02/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $7,380.14 |
| 02/02/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $5,097.66 |
| 02/02/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $4,715.07 |
| 02/03/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $1,672.65 |
| 02/03/2026 | Deposit Branch 0315 Ohio - State of Ohio | Ohio State Income Tax Witholding OVERPAYMENT REFUND | $1,365.18 |
| 02/04/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,461.20 |
| 02/05/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,422.18 |
| 02/06/2026 | Doordash, Inc. Newbury | Doordash (income after fees) | $664.62 |
| 02/06/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,743.87 |
| 02/09/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $605.00 |
| 02/09/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $361.00 |
| 02/09/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $345.00 |
| 02/09/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $231.00 |
| 02/09/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $172.00 |
| 02/09/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $7,036.72 |
| 02/09/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $5,696.87 |
| 02/09/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $5,677.56 |
| 02/10/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,591.71 |
| 02/11/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,773.67 |
| 02/12/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,588.00 |
| 02/13/2026 | Doordash, Inc. Newbury St-V1Z0C7V8G0H4 | Doordash (income after fees) | $941.71 |
| 02/13/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,727.61 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $757.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $648.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $620.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $399.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $339.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $201.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $126.00 |
| 02/17/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $110.00 |
| 02/17/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $7,252.77 |
| 02/17/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $7,062.21 |
| 02/17/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $3,664.56 |
| 02/17/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,227.95 |
| 02/17/2026 | Southern Glazer'Fintecheft | Bar Cost:Southern Glazer OVERPAYMENT REFUND | $283.19 |
| 02/18/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,504.53 |
| 02/19/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $3,079.95 |
| 02/20/2026 | Doordash, Inc. Newbury St-A8W8J3A9K1D9 | Doordash (income after fees) | $604.02 |
| 02/20/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $3,833.74 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $728.00 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $583.00 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $534.00 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $516.00 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $70.00 |
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $69.00 |

| | | | |
|---|---|---|---:|
| 02/23/2026 | Deposit Branch 0315 Ohio | Cash Deposits | $30.00 |
| 02/23/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $6,187.57 |
| 02/23/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $4,941.28 |
| 02/23/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,927.47 |
| 02/24/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $1,739.33 |
| 02/25/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,584.61 |
| 02/26/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $2,711.50 |
| 02/27/2026 | Doordash, Inc. Newbury | Doordash (income after fees) | $933.78 |
| 02/27/2026 | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | $3,647.76 |
| TOTAL | | | $123,218.64 |

Exhibit D report
Pizzeria Management III LLC
February 1-28, 2026

| Transaction date | Memo/Description | Who/Why | Amount |
|---|---|---|---|
| 02/02/2026 | Check 309578 | Payroll expenses:Ohio Child Support | -$44.54 |
| 02/02/2026 | Check 223- Victory Highway | Live Music- Bands:Hit List Duo | -$415.00 |
| 02/02/2026 | Check 220 | Repairs & maintenance:Buckeye Draft Services | -$126.00 |
| 02/02/2026 | Check 192 | Advertising & marketing:Office Max - Printing | -$74.39 |
| 02/02/2026 | Check 191 | Repairs & maintenance:Home Depot | -$90.40 |
| 02/02/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$5.61 |
| 02/02/2026 | 474623 Wire Withdrawal Rdp Food Service | Supplies:Food and Bar Cost:Food Cost:RDP | -$6,100.00 |
| 02/02/2026 | Intuit * Qbooks Onl | Software & apps:QuickBooks | -$40.57 |
| 02/02/2026 | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 02/03/2026 | Check 222 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -$149.99 |
| 02/03/2026 | Check 221 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$1,088.14 |
| 02/03/2026 | Townhallguide Purchase | Advertising & marketing:Town Hall Welcome Post Cards | -$40.00 |
| 02/03/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -$261.45 |
| 02/03/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$122.78 |
| 02/03/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$48.06 |
| 02/03/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$427.47 |
| 02/03/2026 | Nuco2 Llc Web Pay | Supplies:NuCO2 | -$409.70 |
| 02/03/2026 | Directv Directv | Utilities:Internet & TV services | -$302.12 |
| 02/03/2026 | 108 Zeppes of Nedirect Dep | Payroll expenses:Salaries & wages | -$14,161.92 |
| 02/04/2026 | Check 309616 | Payroll expenses:Ohio Child Support | -$44.54 |
| 02/04/2026 | Toast, Inc Toast, Incst-C7T7G0J2N7W7 | Software & apps:Toast Software | -$728.58 |
| 02/04/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$69.66 |
| 02/04/2026 | Spectrum Spectrum | Utilities:Internet & TV services | -$65.00 |
| 02/04/2026 | OH80 Lottery Inv 260131 | Keno:Keno Invoices | -$643.13 |
| 02/05/2026 | Check 217 - Rick Fernandez | Live Music- Bands:Legacy Band | -$600.00 |
| 02/05/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$157.83 |
| 02/05/2026 | Zeppe'S Promo Sale | Advertising & marketing:Zeppe's Promo | -$1,300.60 |
| 02/05/2026 | Zeppe'S Tavern Fsale | Franchise Royalties, Email, IT fee | -$1,889.25 |
| 02/06/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$221.18 |
| 02/06/2026 | Toast Eom Jan 31 | Credit Card Adjustments | -$22.77 |
| 02/09/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -$342.95 |
| 02/09/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$143.48 |
| 02/09/2026 | Heidelberg Dist.Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -$564.55 |
| 02/09/2026 | Preauthorized Debit RDP FOODSERVICE | Supplies:Food and Bar Cost:Food Cost:RDP | -$6,000.00 |
| 02/09/2026 | Jan Payment Protection Maintenance | Bank fees & service charges | -$5.00 |
| 02/09/2026 | Jan Keynav Pre Day Detail Items | Bank fees & service charges | -$8.00 |
| 02/09/2026 | Jan Keynav Online Access | Bank fees & service charges | -$50.00 |
| 02/09/2026 | Jan Epa Monthly Via ACH Direct | Bank fees & service charges | -$20.00 |
| 02/09/2026 | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 02/10/2026 | Check 227 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$920.82 |
| 02/10/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$124.72 |
| 02/10/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$75.05 |
| 02/10/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$363.90 |
| 02/11/2026 | Check 229 - Catanese | Supplies:Food and Bar Cost:Food Cost:Catanese - fish | -$601.20 |
| 02/11/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$82.86 |
| 02/11/2026 | OH80 Lottery Inv 260207 | Keno:Keno Invoices | -$575.75 |
| 02/11/2026 | State Farm Ro 27Cpc-Client | Insurance:Non-Owned Driver Insurance - State Farm | -$100.00 |
| 02/11/2026 | Irs Usataxpymt | Payroll expenses:Federal Income Tax Witheld | -$7,013.19 |
| 02/11/2026 | Ccbcc Operationsonline Fee | Supplies:Food and Bar Cost:Food Cost:Coke | -$368.45 |
| 02/12/2026 | Check 228 - Jeff Kronstain | Live Music- Bands | -$300.00 |
| 02/12/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$180.91 |
| 02/13/2026 | Check 232 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -$199.99 |
| 02/13/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$213.63 |
| 02/17/2026 | Check 230 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -$886.51 |
| 02/17/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -$853.63 |
| 02/17/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$173.52 |

| Date | Description | Category | Amount |
|---|---|---|---|
| 02/17/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$159.58 |
| 02/17/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$81.89 |
| 02/17/2026 | Iron Cowboy Prodsale - St Patrick's T shirts | Advertising & marketing:Iron Cowboy Marketing Supplies (Tshirts/banners) | -$384.00 |
| 02/17/2026 | Cintascorporatio67Eaa77A3D | Supplies:Towels and Mats - Cintas | -$1,219.11 |
| 02/17/2026 | 108 Zeppes of Nedirect Dep | Payroll expenses:Salaries & wages | -$14,913.79 |
| 02/17/2026 | Preauthorized Debit RDP FOODSERVICE | Supplies:Food and Bar Cost:Food Cost:RDP | -$11,100.00 |
| 02/17/2026 | Alco Chem Cash Conc | Utilities:Alco Dishwasher Rental | -$69.00 |
| 02/17/2026 | 8060-1Hioemwh Ohemwhtx | Payroll expenses:Ohio State Income Tax Witholding | -$1,120.31 |
| 02/17/2026 | Fedwire Service Charge | Bank fees & service charges | -$30.00 |
| 02/18/2026 | Check 309659 | Payroll expenses:Ohio Child Support | -$44.54 |
| 02/18/2026 | Check 226 - Jason Dicks | Pay Roll Expenses OWNER NET | -$3,072.58 |
| 02/18/2026 | Check 225 - Newbury Plaza LLC | Rent:C.A.M. Charges | -$1,477.00 |
| 02/18/2026 | Check 224 - Newbury Plaza LLC | Rent:Building & land rent | -$5,750.00 |
| 02/18/2026 | Check 218 - Jason Dicks | Jason Dicks - reimbursed expenses | -$373.24 |
| 02/18/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$92.47 |
| 02/18/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$412.49 |
| 02/19/2026 | Check 233 - Low Pony | Live Music- Bands:High Horse | -$500.00 |
| 02/19/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$222.70 |
| 02/19/2026 | OH80 Lottery Inv 260214 | Keno:Keno Invoices | -$480.04 |
| 02/19/2026 | Power Alarm Inc ACH Debit | Utilities:Security System | -$32.03 |
| 02/19/2026 | Erie Ins Group Eriexpspay | Insurance:Erie Insurance | -$702.67 |
| 02/20/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$204.19 |
| 02/20/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$173.91 |
| 02/20/2026 | Nuco2 Llc Web Pay | Supplies:NuCO2 | -$87.65 |
| 02/20/2026 | Zeppe'S Promo Sale | Advertising & marketing:Zeppe's Promo | -$1,300.12 |
| 02/20/2026 | Restaurant Techn58003.23 Rmr*Ik* | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -$277.73 |
| 02/20/2026 | Zeppe'S Tavern Fsale | Franchise Royalties | -$1,625.15 |
| 02/23/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -$721.27 |
| 02/23/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$111.55 |
| 02/23/2026 | Heidelberg Dist.Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -$445.01 |
| 02/23/2026 | Firstenergy Opco-ACH | Utilities:Electricity | -$1,974.18 |
| 02/23/2026 | Preauthorized Debit RDP FOODSERVICE | Supplies:Food and Bar Cost:Food Cost:RDP | -$5,000.00 |
| 02/24/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$142.03 |
| 02/24/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$103.78 |
| 02/24/2026 | Ohio Bwc Payment | Insurance:Worker's Comp | -$741.81 |
| 02/25/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$113.02 |
| 02/25/2026 | OH80 Lottery Inv 260221 | Keno:Keno Invoices | -$586.06 |
| 02/25/2026 | Irs Usataxpymt | Payroll expenses:Federal Income Tax Witheld | -$7,313.58 |
| 02/26/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$193.17 |
| 02/26/2026 | Catanese Classicach Debit | Supplies:Food and Bar Cost:Food Cost:Catanese - fish | -$324.30 |
| 02/27/2026 | Check 242 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -$199.99 |
| 02/27/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -$158.25 |
| 02/27/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -$394.86 |
| 02/27/2026 | 8063-1Hioosut Ohsalesutx | State Sales Tax | -$5,568.09 |
| TOTAL | | | -$119,875.93 |

| Exhibit E | | | | |
|---|---|---|---|---|
| FEBRUARY 2026 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 2/1 | | Zeppe's Franchise Group | deferred royalties | $975.45 |
| 2/16 | | Zeppe's Franchise Group | deferred royalties | $975.09 |
| | | | | |
| | | | | |
| | | | TOTAL | $1,950.54 |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**February 28, 2026**
**page 1 of 6**



21 02 RTM1X    T   315 00000 R EM AO

**PIZZERIA MANAGEMENT III LLC**
**DEBTOR IN POSSESSION**
**CASE #25-11334**
**11110 KINSMAN RD**
**NEWBURY OH 44065-8603**

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking**

PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| Beginning balance 1-31-26 | $8,302.53 |
| --- | --- |
| 57 Additions | +123,218.64 |
| 93 Subtractions | -119,702.93 |
| Net fees and charges | -203.00 |
| **Ending balance 2-28-26** | **$11,615.24** |

## Additions

| Deposits | Date | Serial # | Source | | |
| --- | --- | --- | --- | --- | --- |
| | 2-2 | | Deposit | Branch 0315 Ohio | $240.00 |
| | 2-2 | | Deposit | Branch 0315 Ohio | 262.00 |
| | 2-2 | | Deposit | Branch 0315 Ohio | 530.00 |
| | 2-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,715.07 |
| | 2-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,097.66 |
| | 2-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,380.14 |
| | 2-3 | | Deposit | Branch 0315 Ohio | 1,365.18 |
| | 2-3 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 1,672.65 |
| | 2-4 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,461.20 |
| | 2-5 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,422.18 |
| | 2-6 | | Doordash, Inc. Newbury | | 664.62 |
| | 2-6 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,743.87 |
| | 2-9 | | Deposit | Branch 0315 Ohio | 172.00 |
| | 2-9 | | Deposit | Branch 0315 Ohio | 231.00 |
| | 2-9 | | Deposit | Branch 0315 Ohio | 345.00 |
| | 2-9 | | Deposit | Branch 0315 Ohio | 361.00 |
| | 2-9 | | Deposit | Branch 0315 Ohio | 605.00 |
| | 2-9 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,677.56 |
| | 2-9 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 5,696.87 |

## Additions
(con't)

| Deposits | Date | Serial # | Source | | Amount |
|---|---|---|---|---|---|
| | 2-9 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,036.72 |
| | 2-10 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,591.71 |
| | 2-11 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,773.67 |
| | 2-12 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,588.00 |
| | 2-13 | | Doordash, Inc. Newbury | St-V1Z0C7V8G0H4 | 941.71 |
| | 2-13 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,727.61 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 110.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 126.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 201.00 |
| | 2-17 | | Southern Glazer'Fintecheft | | 283.19 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 339.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 399.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 620.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 648.00 |
| | 2-17 | | Deposit | Branch 0315 Ohio | 757.00 |
| | 2-17 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,227.95 |
| | 2-17 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,664.56 |
| | 2-17 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,062.21 |
| | 2-17 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,252.77 |
| | 2-18 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,504.53 |
| | 2-19 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,079.95 |
| | 2-20 | | Doordash, Inc. Newbury | St-A8W8J3A9K1D9 | 604.02 |
| | 2-20 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,833.74 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 30.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 69.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 70.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 516.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 534.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 583.00 |
| | 2-23 | | Deposit | Branch 0315 Ohio | 728.00 |
| | 2-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,927.47 |
| | 2-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,941.28 |
| | 2-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,187.57 |
| | 2-24 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 1,739.33 |
| | 2-25 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,584.61 |
| | 2-26 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,711.50 |
| | 2-27 | | Doordash, Inc. Newbury | | 933.78 |
| | 2-27 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,647.76 |
| | | | **Total additions** | | **$123,218.64** |

## Subtractions

**Paper Checks**       *check missing from sequence*

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 191 | 2-2 | $90.40 | 221 | 2-3 | 1,088.14 | 226 | 2-18 | 3,072.58 |
| 192 | 2-2 | 74.39 | 222 | 2-3 | 149.99 | 227 | 2-10 | 920.82 |
| *217 | 2-5 | 600.00 | 223 | 2-2 | 415.00 | 228 | 2-12 | 300.00 |
| 218 | 2-18 | 373.24 | 224 | 2-18 | 5,750.00 | 229 | 2-11 | 601.20 |
| *220 | 2-2 | 126.00 | 225 | 2-18 | 1,477.00 | 230 | 2-17 | 886.51 |



## Subtractions

(con't)

**Paper Checks**          *check missing from sequence*

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| *232 | 2-13 | 199.99 | *242 | 2-27 | 199.99 | *309616 | 2-4 | 44.54 |
| 233 | 2-19 | 500.00 | *309578 | 2-2 | 44.54 | *309659 | 2-18 | 44.54 |

**Paper Checks Paid** **$16,958.87**

| Withdrawals Date | Serial # | Location | Amount |
|------|----------|----------|--------|
| 2-2 | 474623 | Wire Withdrawal  Rdp Food Service 6917 | $6,100.00 |
| 2-2 | | Rewards Network Settlement | 5.61 |
| 2-2 | | Intuit *      Qbooks Onl | 40.57 |
| 2-3 | | Townhallguide   Purchase | 40.00 |
| 2-3 | | Rewards Network Settlement | 48.06 |
| 2-3 | | Rewards Network Settlement | 122.78 |
| 2-3 | | Superior Beveragfintecheft | 261.45 |
| 2-3 | | Directv          Directv | 302.12 |
| 2-3 | | Nuco2 Llc       Web Pay | 409.70 |
| 2-3 | | Ohio Beverage Difintecheft | 427.47 |
| 2-3 | | 108 Zeppes of Nedirect Dep | 14,161.92 |
| 2-4 | | Spectrum        Spectrum | 65.00 |
| 2-4 | | Rewards Network Settlement | 69.66 |
| 2-4 | | OH80 Lottery    Inv 260131 | 643.13 |
| 2-4 | | Toast, Inc      Toast, Incst-C7T7G0J2N7W7 | 728.58 |
| 2-5 | | Rewards Network Settlement | 157.83 |
| 2-5 | | Zeppe'S Promo   Sale | 1,300.60 |
| 2-5 | | Zeppe'S Tavern Fsale | 1,889.25 |
| 2-6 | | Toast          Eom Jan 31 | 22.77 |
| 2-6 | | Rewards Network Settlement | 221.18 |
| 2-9 | 562463 | Wire Withdrawal  Rdp Foodservice  6917 | 6,000.00 |
| 2-9 | | Rewards Network Settlement | 143.48 |
| 2-9 | | Superior Beveragfintecheft | 342.95 |
| 2-9 | | Heidelberg Dist.Fintecheft | 564.55 |
| 2-10 | | Rewards Network Settlement | 75.05 |
| 2-10 | | Rewards Network Settlement | 124.72 |
| 2-10 | | Ohio Beverage Difintecheft | 363.90 |
| 2-11 | | Rewards Network Settlement | 82.86 |
| 2-11 | | State Farm Ro 27Cpc-Client | 100.00 |
| 2-11 | | Ccbcc Operationsonline Fee | 368.45 |
| 2-11 | | OH80 Lottery    Inv 260207 | 575.75 |
| 2-11 | | Irs           Usataxpymt | 7,013.19 |
| 2-12 | | Rewards Network Settlement | 180.91 |
| 2-13 | | Rewards Network Settlement | 213.63 |
| 2-17 | 661435 | Wire Withdrawal  Rdp Foodservice  6917 | 11,100.00 |
| 2-17 | | Alco Chem       Cash Conc | 69.00 |
| 2-17 | | Rewards Network Settlement | 81.89 |
| 2-17 | | Rewards Network Settlement | 159.58 |
| 2-17 | | Rewards Network Settlement | 173.52 |
| 2-17 | | Iron Cowboy Prodsale | 384.00 |
| 2-17 | | Superior Beveragfintecheft | 853.63 |
| 2-17 | | 8060-1Hioemwh   Ohemwhtx | 1,120.31 |

## Subtractions

(con't)

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 2-17 | | Cintascorporatio67Eaa77A3D | 1,219.11 |
| 2-17 | | 108 Zeppes of Nedirect Dep | 14,913.79 |
| 2-18 | | Rewards Network Settlement | 92.47 |
| 2-18 | | Ohio Beverage Difintecheft | 412.49 |
| 2-19 | | Power Alarm Inc ACH Debit | 32.03 |
| 2-19 | | Rewards Network Settlement | 222.70 |
| 2-19 | | OH80 Lottery    Inv 260214 | 480.04 |
| 2-19 | | Erie Ins Group  Eriexpspay | 702.67 |
| 2-20 | | Nuco2 Llc      Web Pay | 87.65 |
| 2-20 | | Ohio Beverage Difintecheft | 173.91 |
| 2-20 | | Rewards Network Settlement | 204.19 |
| 2-20 | | Restaurant Techn58003.23  Rmr*lk*Payment System | 277.73 |
| 2-20 | | Zeppe'S Promo   Sale | 1,300.12 |
| 2-20 | | Zeppe'S Tavern Fsale | 1,625.15 |
| 2-23 | 723666 | Wire Withdrawal  Rdp Foodservice  6917 | 5,000.00 |
| 2-23 | | Rewards Network Settlement | 111.55 |
| 2-23 | | Heidelberg Dist.Fintecheft | 445.01 |
| 2-23 | | Superior Beveragfintecheft | 721.27 |
| 2-23 | | Firstenergy    Opco-ACH | 1,974.18 |
| 2-24 | | Rewards Network Settlement | 103.78 |
| 2-24 | | Rewards Network Settlement | 142.03 |
| 2-24 | | Ohio Bwc      Payment | 741.81 |
| 2-25 | | Rewards Network Settlement | 113.02 |
| 2-25 | | OH80 Lottery    Inv 260221 | 586.06 |
| 2-25 | | Irs          Usataxpymt | 7,313.58 |
| 2-26 | | Rewards Network Settlement | 193.17 |
| 2-26 | | Catanese Classicach Debit | 324.30 |
| 2-27 | | Rewards Network Settlement | 158.25 |
| 2-27 | | Ohio Beverage Difintecheft | 394.86 |
| 2-27 | | 8063-1Hioosut   Ohsalesutx | 5,568.09 |
| | | **Total subtractions** | **$119,702.93** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 2-2-26 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 2-9-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 2-9-26 | Jan Keynav Corp Banking Statement | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Keynav Analysis Statement | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Adjustment Adv Image Inquiry | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Payment Protection Maintenance | 1 | 5.00 | -5.00 |
| 2-9-26 | Jan Epa Monthly Via ACH Direct | 1 | 20.00 | -20.00 |
| 2-9-26 | Jan ACH Direct Monthly Maint | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Keynav Previous Day Report | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Keynav Online Access | 1 | 50.00 | -50.00 |
| 2-9-26 | Jan Keynav Pre Day Detail Items | 182 | 0.04395 | -8.00 |
| 2-9-26 | Jan Payments Fraud Package | 1 | 0.00 | 0.00 |
| 2-9-26 | Jan Keynav Bb Info Rpt Package | 1 | 0.00 | 0.00 |



## Fees and charges
(con't)



| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 2-17-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 2-23-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges   assessed this period** | | | **-$203.00** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.