IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CLEVELAND, OHIO

| | |
|---|---|
| IN RE: | CASE NO.   25-11334 |
| PIZZERIA MANAGEMENT III LLC, | CHAPTER   11 |
| Debtor. | SUBCHAPTER V |
| | JUDGE JESSICA PRICE SMITH |

**NOTICE OF MOTION TO CONVERT OR DISMISS**

Joesph T. Cirsei, Cassie Ciresi, and Zeppe's Tavern Franchise LLC (collectively, the "Zeppe's Parties") has filed papers with the Court seeking the Court dismiss this case or convert this case to Chapter 7 (the "Motion") [Docket No. 122].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the Motion without a hearing, or if you want the court to consider your views on the Motion, then on or before **April 27, 2026 (21 days)**, you or your attorney must:

File with the court a written response explaining your position at:

> U.S. Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 291 Superior Avenue
> Cleveland, Ohio 44114-1235

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

> John J. Rutter, Esq.
> Roetzel & Andress, LPA
> 222 S. Main St., Suite 400
> Akron, OH 44308
> *Attorney for the Zeppe's Parties*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: April 6, 2026

Respectfully submitted,

*/s/ John J. Rutter*
John J. Rutter (0079286)
Christopher M. Millard (0105607)
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Telephone: 330.376.2700
Fax: 330.376.4577
jrutter@ralaw.com
cmillard@ralaw.com
*Attorneys for the Zeppe's Parties*

2