IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CLEVELAND, OHIO

IN RE:

PIZZERIA MANAGEMENT III LLC,

Debtor.

CASE NO.   25-11334

CHAPTER   11

SUBCHAPTER V

JUDGE JESSICA PRICE SMITH

**CERTIFICATE OF SERVICE FOR MOTION [DOCKET NO. 122] AND NOTICE FOR MOTION [DOCKET NO. 123]**

I certify that a true and correct copy of the *Motion to Convert or Dismiss Case* [Docket No. 122] and the *Notice for Motion to Convert or Dismiss Case* [Docket No. 123] was served electronically on April 6, 2026 through the court's ECF System on all ECF participants registered in this case at the email address registered with the court listed below:

- **Christian E Carson**   christian@carsonlaw.com
- **Thomas W. Coffey**   tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com
- **Patricia B. Fugee**   patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net
- **Spencer Lutz**   spencer.lutz@usdoj.gov
- **John J. Rutter**   jrutter@ralaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **United States Trustee**   (Registered address)@usdoj.gov

And to the following via first class mail on April 6, 2026

Amanda Ludwig
10077 Kinsman Road
Novelty, OH 44072

Anna Cole
17630 Eastbrook Tr
Chagrin Falls, OH 44023

Autumn Ellerson
496 Cricket Road
Chardon, OH 44024

Brian Rountree
15795 W. High Street
Middlefield, OH 44062

Cierra Cook
14718 Edgehill Drive
Newbury, OH 44065

Corey Crampton
14872 Beechwood
Newbury, OH 44065

Daniel Nowakowski
11766 Driftwood Dr.
Newbury, OH 44065

Dustin Anderson
14609 Castlewood Drive
Newbury, OH 44065

Emelia Esquivel
372 Far Hill Drive
Chardon, OH 44024

Gina Hunter
15920 McCall Rd
Garrettsville, OH 44231

Heritage Sign & Lighting LLC
38348 Apollo Pkwy
unit 1
Willoughby, OH 44094

Jamie Henderson
12030 Nicki Lane
Chardon, OH 44024

Jason Dicks
13910 Claridon Troy Rd
Burton, OH 44021

Jessica Dragolich
13200 Stoney Springs Dr
Newbury, OH 44065

Joseph T. and Cassie Ciresi
25780 Miles Rd Ste A
Bedford, OH 44146

Kevin Nowakowski
11766 Driftwood drive
Newbury, OH 44065

Kimble Recycling & Disposal
P.O. Box 448
Dover, OH 44622-0448

Duncan Kiernan
14843 Stone Road
Newbury, OH 44065

Dylan Grossman
14717 Edgehill Dr
Newbury, OH 44065

Erin Steininger
32240 Bainbridge Road
Solon, OH 44139

Grace Smith
14785 Auburn Rd. #7
Newbury, OH 44065

iPlanGroup FBO Christian Carson
2618 N. Moreland Blvd
Cleveland, OH 44120

Jasmine Sullivan
14770 Auburn Road Apt 1
Newbury, OH 44065

Jesse Gandee
15795 W. High Street
Middlefield, OH 44062

Jonathan Josephites
14718 Edgehill Dr.
Newbury, OH 44065

Kara Reen
108 Squires Lane
Chardon, OH 44024

Kimberly Stone
P.O. Box 333
East Claridon, OH 44033

Kimble Recycling & Disposal, Inc.
c/o Nathan D. Vaughan
3596 S.R. 39, NW
Dover, OH 44622

2

Klarissa Lipstreu
16830 Old State Road
Middlefield, OH 44062

Lauren Schwan
9841 Applewood Dr.
Willoughby, OH 44094

Liliya Zelle
14105 Ravenna Road
Newbury, OH 44065

Mallory Chundt
13812 Parkmont St
Alliance, OH 44601

Mariana Difranco
16430 Joann Dr.
Montville, OH 44064

Mark Evans
352 S. Hambden
Chardon, OH 44024

Megan Bijelic
14701 Elm Drive
Newbury, OH 44065

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, Ohio 43216

Olivia Lucarelli
11001 Dianne Dr.
Newbury, OH 44065

Owen McCarthy
12889 Rockhaven Road
Chesterland, OH 44026

RDP Food Service
4200 Parkway Court
Hilliard, OH 43026

Rewards Network
Attn: Client Services
540 West Madison Street, Suite 2400
Chicago, IL 60661

Samantha Smith
11694 Portlew Rd
Newbury, OH 44065

Sarah Lorince
15799 Ravenna Road
Burton, OH 44021

Tassey Benitez
14372 View Drive
Newbury, OH 44065

Tye Bailey
14795 Elm Drive
Newbury, OH 44065

WebBank
c/o Toast Capital
333 Summer Street
Boston, MA 02210

Yesco Sign & Lighting Service
38348 Apollo Parkway No. 1
Willoughby, OH 44094

Zeppe's Tavern Franchise LLC
25780 Miles Road
Bedford, OH 44146

Thomas W. Coffey
Coffey Law LLC
2430 Tremont Avenue front
Cleveland, OH 44113-4653

3

Patricia B. Fugee
FisherBroyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617

Christian E. Carson
Carson Law Firm LLC
2618 North Moreland Blvd.
Cleveland, OH 44120

Spencer H. Lutz
Office of the United States Trustee
Howard M. Mertzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Frederic P. Schweig
19885 Detroit Rd #239
Rocky River, Ohio 44116

Dated: April 6, 2026

Respectfully submitted,

*/s/ John J. Rutter*
John J. Rutter (0079186)
Christopher M. Millard (0105607)
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Phone: (330) 376-2700
Fax: (330) 376-4577

*Attorneys for the Zeppe's Parties*

4