**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    **12/17**

Month: _____                       Date report filed: _____
                                           MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                         _____

Original signature of responsible party    _____

Printed name of responsible party          _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

25-11334-jps   Doc 126   FILED 04/20/26   ENTERED 04/20/26 16:09:57   Page 1 of 17

17. Have you paid any bills you owed before you filed bankruptcy?     ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     **–** $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     **+** $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     **=** $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

      *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  _____

27. What is the number of employees as of the date of this monthly report?  _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | — | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____

36. Total projected cash disbursements for the next month:  − $ _____

37. Total projected net cash flow for the next month:  = $ _____

<div style="background:black;"> </div> **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏ 39. Bank reconciliation reports for each account.

❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏ 41. Budget, projection, or forecast reports.

❏ 42. Project, job costing, or work-in-progress reports.

| | | | | |
|---|---|---|---|---|
| Pizzeria Management III LLC | | | | |
| Exhibit B | | | | |
| March 2026 | | | | |
| | | | | |
| Question 14 | | | | |
| I had unusual or notable expenses in March | | | | |
| | | | | |
| Annual fee for food license | | | $760 | |
| 3 payrolls in March when there are usually only 2 per month | | Roughly $15,000 | | |
| Additional Food vendor payment when there are usually only 4 | | Roughly $8,000 | | |
| Increasing alcohol inventory in preparation for opening the patio | | Roughly $5,000 | | |
| | | | | |
| While these are normal expenses for a year of operation, they all fell inside of march this year | | | | |

# Exhibit C report

## Pizzeria Management III LLC

March 1-31, 2026

| TRANSACTION DATE | TRANSACTION TYPE | DESCRIPTION | SPLIT | AMOUNT |
|---|---|---|---|---|
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio $ | Cash Deposits | 137.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 599.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 438.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 423.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 342.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 219.00 |
| 03/02/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 149.00 |
| 03/02/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 8,049.56 |
| 03/02/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 7,977.46 |
| 03/02/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 3,292.43 |
| 03/03/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 1,998.91 |
| 03/04/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 1,936.03 |
| 03/04/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 211.61 |
| 03/05/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,491.40 |
| 03/06/2026 | Deposit | Doordash, Inc. Newbury | Doordash (income after fees) | 658.77 |
| 03/06/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,662.17 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 633.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 521.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 512.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 503.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 401.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 339.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 155.00 |
| 03/09/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 11.00 |
| 03/09/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 8,992.73 |
| 03/09/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 6,668.25 |
| 03/09/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 4,099.42 |
| 03/10/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 3,222.22 |
| 03/11/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,579.27 |
| 03/12/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,718.33 |
| 03/13/2026 | Deposit | Doordash, Inc. Newbury | Doordash (income after fees) | 910.11 |
| 03/13/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 4,063.91 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 544.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 540.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 465.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 396.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 260.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 206.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 189.00 |
| 03/16/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 130.00 |
| 03/16/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 11,359.07 |
| 03/16/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 6,347.25 |
| 03/16/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 1,168.19 |
| 03/17/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,663.43 |
| 03/18/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 8,727.98 |

25-11334-jps    Doc 126    FILED 04/20/26    ENTERED 04/20/26 16:09:57    Page 6 of 17

# Exhibit C report

## Pizzeria Management III LLC

March 1-31, 2026

| TRANSACTION DATE | TRANSACTION TYPE | DESCRIPTION | SPLIT | AMOUNT |
|---|---|---|---|---|
| 03/19/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,766.54 |
| 03/20/2026 | Deposit | Doordash, Inc. Newbury | Doordash (income after fees) | 740.13 |
| 03/20/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 870.00 |
| 03/20/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 185.00 |
| 03/20/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 168.00 |
| 03/20/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 66.00 |
| 03/20/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 4.00 |
| 03/20/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 3,144.36 |
| 03/23/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 433.00 |
| 03/23/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 210.00 |
| 03/23/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 707.00 |
| 03/23/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 546.00 |
| 03/23/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 7,780.16 |
| 03/23/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 6,934.11 |
| 03/23/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 4,840.85 |
| 03/24/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,460.40 |
| 03/25/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,817.06 |
| 03/26/2026 | Deposit | Citizens Net Setlmtcitizens Net Setlmt 4 | Credit Card Deposits | 2,878.13 |
| 03/27/2026 | Deposit | Doordash, Inc. Newbury St-W7H4A1D3Z4T5 | Doordash (income after fees) | 894.20 |
| 03/30/2026 | Deposit | Toast Dep Mar 304445076749333 Pizzeri | Credit Card Deposits | 7,534.29 |
| 03/30/2026 | Deposit | Toast Dep Mar 294445076749333 Pizzeri | Credit Card Deposits | 6,852.83 |
| 03/30/2026 | Deposit | Toast Dep Mar 284445076749333 Pizzeri | Credit Card Deposits | 3,885.33 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 509.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 492.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 417.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 318.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 190.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 107.00 |
| 03/30/2026 | Deposit | Deposit Branch 0315 Ohio | Cash Deposits | 72.00 |
| 03/31/2026 | Deposit | Toast Dep Mar 314445076749333 Pizzeri | Credit Card Deposits | 4,514.16 |
| **TOTAL** | | | | **$164,247.05** |

| | | | |
|---|---|---|---|
| Exhibit D report | | | |
| Pizzeria Management III LLC | | | |
| March 1-31, 2026 | | | |
| | | | |
| Transaction date | Description | Split | Amount |
| 03/02/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/02/2026 | Check 245 - Jason Dicks 2/18/26 paycheck | Pay Roll Expenses OWNER NET | -3,080.62 |
| 03/02/2026 | Check 237 | Repairs & maintenance:Buckeye Draft Services | -126 |
| 03/02/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,000.00 |
| 03/02/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -319.01 |
| 03/02/2026 | Intuit * Qbooks Onl | Software & apps:QuickBooks | -40.57 |
| 03/02/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -77.63 |
| 03/03/2026 | Check 238 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -490.3 |
| 03/03/2026 | Check 234 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,091.90 |
| 03/03/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -132.31 |
| 03/03/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -80.91 |
| 03/03/2026 | Directv Directv | Utilities:Internet & TV services | -302.12 |
| 03/03/2026 | 108 Zeppes of Nepayroll | Payroll expenses:Salaries & wages | -14,216.56 |
| 03/03/2026 | Toast, Inc Toast, Incst-H7P8N9R9C6J4 | Software & apps:Toast Software | -728.58 |
| 03/03/2026 | Townhallguide Purchase | Advertising & marketing:Town Hall Welcome Post Cards | -40 |
| 03/03/2026 | Check 241 - Heritage Meats - chicken wings | Supplies:Food and Bar Cost:Food Cost:Heritage Meats | -190.91 |
| 03/03/2026 | Check 239 - Geauga County Department of Water | Utilities:Water & sewer | -2,200.32 |
| 03/04/2026 | Check 236 - Thomas Coffey Law | Lawyer Fees - Tom Coffey | -1,000.00 |
| 03/04/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -118.78 |
| 03/04/2026 | OH80 Lottery Inv 260228 | Keno:Keno Invoices | -470.47 |
| 03/04/2026 | Spectrum Spectrum | Utilities:Internet & TV services | -70.34 |
| 03/04/2026 | Nuco2 Llc Web Pay | Supplies:NuCO2 | -409.7 |
| 03/05/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -255.1 |
| 03/05/2026 | Ccbcc Operationsonline Fee | Supplies:Food and Bar Cost:Food Cost:Coke | -529.54 |
| 03/05/2026 | Restaurant Techn66003.8 Rmr*Ik*Payment System | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -1,137.07 |
| 03/05/2026 | Zeppe'S Promo Sale | Advertising & marketing:Zeppe's Promo | -1,129.05 |
| 03/05/2026 | Zeppe'S Tavern Fsale | Franchise Royalties, tech support, zeppe's email | -1,674.81 |
| 03/06/2026 | Check 309700 | Payroll expenses:Ohio Child Support | -44.54 |
| 03/06/2026 | Check 243 | Live Music- Bands:The Focus Group | -750 |
| 03/06/2026 | Check 235 | Live Music- Bands:Mother Ale | -800 |
| 03/06/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -231.32 |
| 03/06/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -258.14 |
| 03/06/2026 | Toast Eom Feb 28 | Credit Card Adjustments | -10.6 |
| 03/09/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/09/2026 | Feb Payment Protection Maintenance | Bank fees & service charges | -5 |
| 03/09/2026 | Feb Keynav Pre Day Detail Items | Bank fees & service charges | -3.75 |
| 03/09/2026 | Feb Keynav Online Access | Bank fees & service charges | -50 |
| 03/09/2026 | Feb Epa Monthly Via ACH Direct | Bank fees & service charges | -20 |
| 03/09/2026 | Check 251 | Live Music- Bands:Ted Riser Marshall Band | -500 |
| 03/09/2026 | Check 252 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -513.65 |
| 03/09/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,500.00 |
| 03/09/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -1,076.79 |
| 03/09/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -98.05 |
| 03/09/2026 | Heidelberg Dist.Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -450.6 |
| 03/10/2026 | Check 247 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,378.13 |
| 03/10/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -126.71 |
| 03/10/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -77.93 |
| 03/11/2026 | Check 231 - Geauga County Health | Business licenses:Food License | -760 |
| 03/11/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -90.82 |
| 03/11/2026 | OH80 Lottery Inv 260307 | Keno:Keno Invoices | -660.09 |
| 03/11/2026 | Irs Usataxpymt | Payroll expenses:Federal Income Tax Witheld | -7,186.44 |
| 03/11/2026 | Ccbcc Operationsonline Fee | Supplies:Food and Bar Cost:Food Cost:Coke | -583.67 |
| 03/11/2026 | State Farm Ro 27Cpc-Client | Insurance:Non-Owned Driver Insurance - State Farm | -100 |
| 03/12/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -265.39 |
| 03/12/2026 | Catanese Classicach Debit | Supplies:Food and Bar Cost:Food Cost:Catanese - fish | -1,545.00 |
| 03/13/2026 | Check 250 | DCI payroll processing | -639.77 |

| Date | Description | Category | Amount |
|---|---|---|---|
| 03/13/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -206.73 |
| 03/13/2026 | Iron Cowboy Prodsale | Advertising & marketing:Iron Cowboy Magazine Ad | -300 |
| 03/13/2026 | Iron Cowboy Prodsale | Advertising & marketing:Iron Cowboy Magazine Ad | -300 |
| 03/13/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -1,162.02 |
| 03/13/2026 | Power Alarm Inc ACH Debit | Utilities:Security System | -32.03 |
| 03/16/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/16/2026 | Check 309740 | Payroll expenses:Ohio Child Support | -44.54 |
| 03/16/2026 | Check 244 - Jason Dicks - partial payment january expenses | Jason Dicks - reimbursed expenses | -33.23 |
| 03/16/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -1,035.31 |
| 03/16/2026 | Iron Cowboy Prodsale | Advertising & marketing:Iron Cowboy Magazine Ad | -300 |
| 03/16/2026 | 8060-1Hioemwh Ohemwhtx | Payroll expenses:Ohio State Income Tax Witholding | -1,128.17 |
| 03/16/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -8,500.00 |
| 03/16/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -122.36 |
| 03/17/2026 | Check 253 - Kimble | Utilities:Trash and Recycling Removal | -434.1 |
| 03/17/2026 | Check 254 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,997.59 |
| 03/17/2026 | Check 255 - Anthony from Higher Ground | Live Music- Bands | -250 |
| 03/17/2026 | Iron Cowboy Prodsale | Advertising & marketing:Iron Cowboy Magazine Ad | -300 |
| 03/17/2026 | Alco Chem Cash Conc | Utilities:Alco Dishwasher Rental | -69 |
| 03/17/2026 | 108 Zeppes of Nepayroll | Payroll expenses:Salaries & wages | -14,191.65 |
| 03/17/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -175.39 |
| 03/17/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -88.93 |
| 03/18/2026 | Check 249 | Rent:C.A.M. Charges | -1,477.00 |
| 03/18/2026 | Check 248 | Rent:Building & land rent | -5,750.00 |
| 03/18/2026 | OH80 Lottery Inv 260314 | Keno:Keno Invoices | -385.02 |
| 03/18/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -118.46 |
| 03/19/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -53.45 |
| 03/19/2026 | Erie Ins Group Eriexpspay | Insurance:Erie Insurance | -702.67 |
| 03/19/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -566.93 |
| 03/20/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/20/2026 | Check 256 | Live Music- Bands:Where's Jimmy | -850 |
| 03/20/2026 | Check 260 - Jason Dicks | Pay Roll Expenses OWNER NET | -3,076.96 |
| 03/20/2026 | Check 246 - Jason Dicks 3/4/26 paycheck | Pay Roll Expenses OWNER NET | -3,080.62 |
| 03/20/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -333.17 |
| 03/20/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -3,816.22 |
| 03/20/2026 | Restaurant Techn72003.14 Rmr*lk*Payment System | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -277.73 |
| 03/20/2026 | Zeppe'S Promo Sale | Advertising & marketing:Zeppe's Promo | -1,400.45 |
| 03/20/2026 | Zeppe'S Tavern Fsale | Franchise Royalties | -1,750.56 |
| 03/23/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/23/2026 | Check 258 | Supplies:Food and Bar Cost:Bar Cost:Southern Glazer | -447.41 |
| 03/23/2026 | Check 259 | Live Music- Bands:Legacy Band | -600 |
| 03/23/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -7,500.00 |
| 03/23/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -738.47 |
| 03/23/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -192.1 |
| 03/23/2026 | Heidelberg Dist.Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -487.01 |
| 03/24/2026 | Check 257 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,302.93 |
| 03/24/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -352.64 |
| 03/24/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -80.85 |
| 03/24/2026 | Cintascorporatio67Eaa77A3D | Supplies:Towels and Mats - Cintas | -1,488.53 |
| 03/24/2026 | Southern Glazer'Fintecheft | Supplies:Food and Bar Cost:Bar Cost:Southern Glazer | -447.41 |
| 03/25/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -108.35 |
| 03/25/2026 | OH80 Lottery Inv 260321 | Keno:Keno Invoices | -512 |
| 03/25/2026 | Irs Usataxpymt | Payroll expenses:Federal Income Tax Witheld | -7,548.00 |
| 03/26/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -233.58 |
| 03/26/2026 | Ccbcc Operationspayment | Supplies:Food and Bar Cost:Food Cost:Coke | -604.54 |
| 03/26/2026 | Catanese Classicach Debit | Supplies:Food and Bar Cost:Food Cost:Catanese - fish | -1,254.00 |
| 03/27/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -208.58 |
| 03/27/2026 | Ohio Beverage Difintecheft | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -465.1 |
| 03/30/2026 | Fedwire Service Charge | Bank fees & service charges | -30 |
| 03/30/2026 | Check 261 - Jason Dicks February Expenses | Jason Dicks - reimbursed expenses | -557.65 |
| 03/30/2026 | Check 264 | Live Music- Bands:Hit List Duo | -400 |
| 03/30/2026 | Preauthorized Debit RDP FOODSERVICE  311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -4,044.00 |

| | | | |
|---|---|---|---|
| 03/30/2026 | Superior Beveragfintecheft | Supplies:Food and Bar Cost:Bar Cost:Superior | -887.53 |
| 03/30/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -148.27 |
| 03/30/2026 | Zeppe'S Promo Sale - additional facebook advertising | Advertising & marketing:Facebook | -575 |
| 03/30/2026 | Zeppe'S Promo Sale | Advertising & marketing:Facebook | -275 |
| 03/31/2026 | Check 262 | Repairs & maintenance:Buckeye Draft Services | -126 |
| 03/31/2026 | Check 263 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -918 |
| 03/31/2026 | Rewards Network Settlement | Loan Payments:Rewards Network Payments (includes fees) | -240.62 |
| 03/31/2026 | Intuit * Qbooks Onl | Software & apps:QuickBooks | -40.57 |
| 03/31/2026 | 108 Zeppes of Nepayroll | Payroll expenses:Salaries & wages | -15,120.25 |
| TOTAL | | | -$167,033.67 |
| | | | |
| | | | |
| | | | |
| Accrual Basis Monday, April 20, 2026 12:43 AM GMTZ | | | |

| | | | | |
|---|---|---|---|---|
| Exhibit E | | | | |
| MARCH 2026 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 3/1 | | Zeppe's Franchise Group | deferred royalties | $846.79 |
| 3/16 | | Zeppe's Franchise Group | deferred royalties | $1,050.34 |
| | | | | |
| | | | | |
| | | | TOTAL | $1,897.13 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

32 02 RTM1X    T   315 00000 R EM AO
**PIZZERIA MANAGEMENT III LLC**
**DEBTOR IN POSSESSION**
**CASE #25-11334**
**11110 KINSMAN RD**
**NEWBURY OH 44065-8603**

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**Notice of Amendments to our *Deposit Account Agreement and Funds Availability Policy* effective June 1, 2026.**

**What's Changing**
We're amending **Section 25: Arbitration Provision**. Specifically, we're clarifying when arbitration does and does not apply to collection actions. Here's what we're adding to Section 25, paragraph 3: *In addition, notwithstanding this Arbitration Provision, collection actions against you for debts owed to us (e.g., on an overdrawn account) are not subject to this arbitration provision unless either (i) you request that we switch to arbitration, or (ii) you assert a Claim against us during a collection action and we then request a switch to arbitration.*

### KeyBank Basic Business Checking ▉

PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---:|
| Beginning balance 2-28-26 | $11,615.24 |
| 75 Additions | +164,247.05 |
| 116 Subtractions | -166,774.92 |
| Net fees and charges | -258.75 |
| **Ending balance 3-31-26** | **$8,828.62** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 3-2 | | Deposit | Branch 0315 Ohio | $137.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 149.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 219.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 342.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 423.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 438.00 |
| | 3-2 | | Deposit | Branch 0315 Ohio | 599.00 |
| | 3-2 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,292.43 |

25-11334-jps    Doc 126    FILED 04/20/26    ENTERED 04/20/26 16:09:57    Page 12 of 17

███

██

███ █

| Serial # | Source | | |
|---|---|---|---|
| 3-2 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,977.46 |
| 3-2 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 8,049.56 |
| 3-3 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 1,998.91 |
| 3-4 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 211.61 |
| 3-4 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 1,936.03 |
| 3-5 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,491.40 |
| 3-6 | Doordash, Inc. Newbury | | 658.77 |
| 3-6 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,662.17 |
| 3-9 | Deposit | Branch 0315 Ohio | 11.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 155.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 339.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 401.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 503.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 512.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 521.00 |
| 3-9 | Deposit | Branch 0315 Ohio | 633.00 |
| 3-9 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,099.42 |
| 3-9 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,668.25 |
| 3-9 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 8,992.73 |
| 3-10 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,222.22 |
| 3-11 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,579.27 |
| 3-12 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,718.33 |
| 3-13 | Doordash, Inc. Newbury | | 910.11 |
| 3-13 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,063.91 |
| 3-16 | Deposit | Branch 0315 Ohio | 130.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 189.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 206.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 260.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 396.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 465.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 540.00 |
| 3-16 | Deposit | Branch 0315 Ohio | 544.00 |
| 3-16 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 1,168.19 |
| 3-16 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,347.25 |
| 3-16 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 11,359.07 |
| 3-17 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,663.43 |
| 3-18 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 8,727.98 |
| 3-19 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,766.54 |
| 3-20 | Deposit | Branch 0315 Ohio | 4.00 |
| 3-20 | Deposit | Branch 0315 Ohio | 66.00 |
| 3-20 | Deposit | Branch 0315 Ohio | 168.00 |
| 3-20 | Deposit | Branch 0315 Ohio | 185.00 |
| 3-20 | Doordash, Inc. Newbury | | 740.13 |
| 3-20 | Deposit | Branch 0315 Ohio | 870.00 |
| 3-20 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 3,144.36 |
| 3-23 | Deposit | Branch 0315 Ohio | 546.00 |
| 3-23 | Deposit | Branch 0315 Ohio | 707.00 |
| 3-23 | Citizens | Net Setlmtcitizens Net Setlmt 4 | 4,840.85 |
| 3-23 | Deposit | Branch 0315 Ohio | 210.00 |
| 3-23 | Deposit | Branch 0315 Ohio | 433.00 |

███



## Additions
(con't)

| Deposits | Date | Serial # | Source | | Amount |
|---|---|---|---|---|---|
| | 3-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 6,934.11 |
| | 3-23 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 7,780.16 |
| | 3-24 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,460.40 |
| | 3-25 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,817.06 |
| | 3-26 | | Citizens | Net Setlmtcitizens Net Setlmt 4 | 2,878.13 |
| | 3-27 | | Doordash, Inc.  Newbury   St-W7H4A1D3Z4T5 | | 894.20 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 72.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 107.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 190.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 318.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 417.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 492.00 |
| | 3-30 | | Deposit   Branch 0315 Ohio | | 509.00 |
| | 3-30 | | Toast   Dep Mar 284445076749333 Pizzeri | | 3,885.33 |
| | 3-30 | | Toast   Dep Mar 294445076749333 Pizzeri | | 6,852.83 |
| | 3-30 | | Toast   Dep Mar 304445076749333 Pizzeri | | 7,534.29 |
| | 3-31 | | Toast   Dep Mar 314445076749333 Pizzeri | | 4,514.16 |
| | | | **Total additions** | | **$164,247.05** |

## Subtractions

*Paper Checks*     *\* check missing from sequence*

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 231 | 3-11 | $760.00 | 246 | 3-20 | 3,080.62 | 257 | 3-24 | 1,302.93 |
| *234 | 3-3 | 1,091.90 | 247 | 3-10 | 1,378.13 | 258 | 3-23 | 447.41 |
| 235 | 3-6 | 800.00 | 248 | 3-18 | 5,750.00 | 259 | 3-23 | 600.00 |
| 236 | 3-4 | 1,000.00 | 249 | 3-18 | 1,477.00 | 260 | 3-20 | 3,076.96 |
| 237 | 3-2 | 126.00 | 250 | 3-13 | 639.77 | 261 | 3-30 | 557.65 |
| 238 | 3-3 | 490.30 | 251 | 3-9 | 500.00 | 262 | 3-31 | 126.00 |
| 239 | 3-3 | 2,200.32 | 252 | 3-9 | 513.65 | 263 | 3-31 | 918.00 |
| *241 | 3-3 | 190.91 | 253 | 3-17 | 434.10 | 264 | 3-30 | 400.00 |
| *243 | 3-6 | 750.00 | 254 | 3-17 | 1,997.59 | *309700 | 3-6 | 44.54 |
| 244 | 3-16 | 33.23 | 255 | 3-17 | 250.00 | *309740 | 3-16 | 44.54 |
| 245 | 3-2 | 3,080.62 | 256 | 3-20 | 850.00 | | | |
| | | | | | | **Paper Checks Paid** | | **$34,912.17** |

| Withdrawals | Date | Serial # | Location | | Amount |
|---|---|---|---|---|---|
| | 3-2 | 857142 | Wire Withdrawal  Rdp Foodservice  6917 | | $8,000.00 |
| | 3-2 | | Intuit *       Qbooks Onl | | 40.57 |
| | 3-2 | | Rewards Network Settlement | | 77.63 |
| | 3-2 | | Superior Beveragfintecheft | | 319.01 |
| | 3-3 | | Townhallguide   Purchase | | 40.00 |
| | 3-3 | | Rewards Network Settlement | | 80.91 |
| | 3-3 | | Rewards Network Settlement | | 132.31 |
| | 3-3 | | Directv        Directv | | 302.12 |
| | 3-3 | | Toast, Inc     Toast, Incst-H7P8N9R9C6J4 | | 728.58 |
| | 3-3 | | 108 Zeppes of Nepayroll | | 14,216.56 |
| | 3-4 | | Spectrum       Spectrum | | 70.34 |
| | 3-4 | | Rewards Network Settlement | | 118.78 |

25-11334-jps    Doc 126    FILED 04/20/26    ENTERED 04/20/26 16:09:57    Page 14 of 17

## Subtractions

(con't)

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 3-4 | | Nuco2 Llc     Web Pay | 409.70 |
| | 3-4 | | OH80 Lottery   Inv 260228 | 470.47 |
| | 3-5 | | Rewards Network Settlement | 255.10 |
| | 3-5 | | Ccbcc Operationsonline Fee | 529.54 |
| | 3-5 | | Zeppe'S Promo   Sale | 1,129.05 |
| | 3-5 | | Restaurant Techn66003.8   Rmr*lk*Payment System | 1,137.07 |
| | 3-5 | | Zeppe'S Tavern Fsale | 1,674.81 |
| | 3-6 | | Toast        Eom Feb 28 | 10.60 |
| | 3-6 | | Rewards Network Settlement | 231.32 |
| | 3-6 | | Ohio Beverage Difintecheft | 258.14 |
| | 3-9 | 936596 | Wire Withdrawal  Rdp Foodservice  6917 | 8,500.00 |
| | 3-9 | | Rewards Network Settlement | 98.05 |
| | 3-9 | | Heidelberg Dist.Fintecheft | 450.60 |
| | 3-9 | | Superior Beveragfintecheft | 1,076.79 |
| | 3-10 | | Rewards Network Settlement | 77.93 |
| | 3-10 | | Rewards Network Settlement | 126.71 |
| | 3-11 | | Rewards Network Settlement | 90.82 |
| | 3-11 | | State Farm Ro 27Cpc-Client | 100.00 |
| | 3-11 | | Ccbcc Operationsonline Fee | 583.67 |
| | 3-11 | | OH80 Lottery   Inv 260307 | 660.09 |
| | 3-11 | | Irs          Usataxpymt | 7,186.44 |
| | 3-12 | | Rewards Network Settlement | 265.39 |
| | 3-12 | | Catanese Classicach Debit | 1,545.00 |
| | 3-13 | | Power Alarm Inc ACH Debit | 32.03 |
| | 3-13 | | Rewards Network Settlement | 206.73 |
| | 3-13 | | Iron Cowboy Prodsale | 300.00 |
| | 3-13 | | Iron Cowboy Prodsale | 300.00 |
| | 3-13 | | Ohio Beverage Difintecheft | 1,162.02 |
| | 3-16 | 33306 | Wire Withdrawal  Rdp Foodservice  6917 | 8,500.00 |
| | 3-16 | | Rewards Network Settlement | 122.36 |
| | 3-16 | | Iron Cowboy Prodsale | 300.00 |
| | 3-16 | | Superior Beveragfintecheft | 1,035.31 |
| | 3-16 | | 8060-1Hioemwh   Ohemwhtx | 1,128.17 |
| | 3-17 | | Alco Chem     Cash Conc | 69.00 |
| | 3-17 | | Rewards Network Settlement | 88.93 |
| | 3-17 | | Rewards Network Settlement | 175.39 |
| | 3-17 | | Iron Cowboy Prodsale | 300.00 |
| | 3-17 | | 108 Zeppes of Nepayroll | 14,191.65 |
| | 3-18 | | Rewards Network Settlement | 118.46 |
| | 3-18 | | OH80 Lottery   Inv 260314 | 385.02 |
| | 3-19 | | Rewards Network Settlement | 53.45 |
| | 3-19 | | Ohio Beverage Difintecheft | 566.93 |
| | 3-19 | | Erie Ins Group  Eriexpspay | 702.67 |
| | 3-20 | 96608 | Wire Withdrawal  Rdp Foodservice  6917 | 3,816.22 |
| | 3-20 | | Restaurant Techn72003.14  Rmr*lk*Payment System | 277.73 |
| | 3-20 | | Rewards Network Settlement | 333.17 |
| | 3-20 | | Zeppe'S Promo   Sale | 1,400.45 |
| | 3-20 | | Zeppe'S Tavern Fsale | 1,750.56 |
| | 3-23 | | Rewards Network Settlement | 192.10 |



## Subtractions
(con't)

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 3-23 | | Heidelberg Dist.Fintecheft | 487.01 |
| 3-23 | | Superior Beveragfintecheft | 738.47 |
| 3-23 | 113353 | Wire Withdrawal  Rdp Foodservice  6917 | 7,500.00 |
| 3-24 | | Rewards Network Settlement | 80.85 |
| 3-24 | | Rewards Network Settlement | 352.64 |
| 3-24 | | Southern Glazer'Fintecheft | 447.41 |
| 3-24 | | Cintascorporatio67Eaa77A3D | 1,488.53 |
| 3-25 | | Rewards Network Settlement | 108.35 |
| 3-25 | | OH80 Lottery    Inv 260321 | 512.00 |
| 3-25 | | Irs            Usataxpymt | 7,548.00 |
| 3-26 | | Rewards Network Settlement | 233.58 |
| 3-26 | | Ccbcc Operationspayment | 604.54 |
| 3-26 | | Catanese Classicach Debit | 1,254.00 |
| 3-27 | | Rewards Network Settlement | 208.58 |
| 3-27 | | Ohio Beverage Difintecheft | 465.10 |
| 3-30 | 196914 | Wire Withdrawal  Rdp Foodservice  6917 | 4,044.00 |
| 3-30 | | Rewards Network Settlement | 148.27 |
| 3-30 | | Zeppe'S Promo    Sale | 275.00 |
| 3-30 | | Zeppe'S Promo    Sale | 575.00 |
| 3-30 | | Superior Beveragfintecheft | 887.53 |
| 3-31 | | Intuit *       Qbooks Onl | 40.57 |
| 3-31 | | Rewards Network Settlement | 240.62 |
| 3-31 | | 108 Zeppes of Nepayroll | 15,120.25 |
| | | **Total subtractions** | **$166,774.92** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 3-2-26 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 3-9-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 3-9-26 | Feb Keynav Corp Banking Statement | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Keynav Analysis Statement | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Adjustment Adv Image Inquiry | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Payment Protection Maintenance | 1 | 5.00 | -5.00 |
| 3-9-26 | Feb Epa Correction Fee | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb ACH Direct Epa Authorization | 5 | 0.00 | 0.00 |
| 3-9-26 | Feb Epa Monthly Via ACH Direct | 1 | 20.00 | -20.00 |
| 3-9-26 | Feb ACH Direct Monthly Maint | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Keynav Previous Day Report | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Keynav Online Access | 1 | 50.00 | -50.00 |
| 3-9-26 | Feb Keynav Pre Day Detail Items | 165 | 0.02272 | -3.75 |
| 3-9-26 | Feb Payments Fraud Package | 1 | 0.00 | 0.00 |
| 3-9-26 | Feb Keynav Bb Info Rpt Package | 1 | 0.00 | 0.00 |
| 3-16-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 3-20-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 3-23-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 3-30-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges   assessed this period** | | | **-$258.75** |

25-11334-jps    Doc 126    FILED 04/20/26    ENTERED 04/20/26 16:09:57    Page 16 of 17

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | | |
|---|---|---|
| XFER TO SAV | - | Transfer to Savings Account |
| XFER FROM SAV | - | Transfer from Savings Account |
| XFER TO CKG | - | Transfer to Checking Account |
| XFER FROM CKG | - | Transfer from Checking Account |
| PMT TO CR CARD | - | Payment to Credit Card |
| ADV CR CARD | - | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹ List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❺ List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❻ Enter ending balance shown on your statement.**

$

**❼ Add 5 and 6 and enter total here.**

$

**❽ Enter total from 4.**

$

**❾ Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.