United States Bankruptcy Court
Northern District of Ohio

In re:

Pizzeria Management III LLC

Debtor

Case No. 25-11334-jps

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0647-1

Date Rcvd: May 11, 2026

User: bwiga

Form ID: 187

Page 1 of 3

Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pizzeria Management III LLC, c/o Jason Dicks, 13910 Claridon Troy Road, Burton, OH 44021-9579 |
| intp | + | Jason James Dicks, 13910 Claridon Troy Rd, Burton, OH 44021-9579 |
| 28128428 | #+ | Amanda Ludwig, 10077 Kinsman Road, Novelty, OH 44072-9675 |
| 28128429 | + | Anna Cole, 17630 Eastbrook Tr, Chagrin Falls, OH 44023-5660 |
| 28128430 | #+ | Autumn Ellerson, 496 Cricket Road, Chardon, OH 44024-1410 |
| 28128431 | + | Brian Rountree, 15795 W. High Street, Middlefield, OH 44062-9294 |
| 28128432 | + | Cierra Cook, 14718 Edgehill Drive, Newbury, OH 44065-9651 |
| 28128433 | + | Corey Crampton, 14872 Beechwood, Newbury, OH 44065-9522 |
| 28128434 | + | Daniel Nowakowski, 11766 Driftwood Dr., Newbury, OH 44065-9606 |
| 28128435 | + | Duncan Kiernan, 14843 Stone Road, Newbury, OH 44065-9500 |
| 28128436 | + | Dustin Anderson, 14609 Castlewood Drive, Newbury, OH 44065-9649 |
| 28128437 | + | Dylan Grossman, 14717 Edgehill Dr, Newbury, OH 44065-9651 |
| 28128438 | + | Emelia Esquivel, 372 Far Hill Drive, Chardon, OH 44024-9818 |
| 28128440 | + | Gina Hunter, 15920 McCall Rd, Garrettsville, OH 44231-9512 |
| 28128441 | | Grace Smith, 14785 Auburn Rd. #7, Newbury, OH 44065 |
| 28130723 | + | Heritage Sign & Lighting LLC, 38348 Apollo Pkwy, unit 1, Willoughby, OH 44094-7771 |
| 28128443 | + | Jamie Henderson, 12030 Nicki Lane, Chardon, OH 44024-8943 |
| 28128444 | + | Jasmine Sullivan, 14770 Auburn Road Apt 1, Newbury, OH 44065-9722 |
| 28128445 | + | Jason Dicks, 13910 Claridon Troy Rd, Burton, OH 44021-9579 |
| 28128446 | + | Jesse Gandee, 15795 W. High Street, Middlefield, OH 44062-9294 |
| 28128447 | | Jessica Dragolich, 13200 Stoney Springs Dr, Newbury, OH 44065 |
| 28128448 | + | Jonathan Josephites, 14718 Edgehill Dr., Newbury, OH 44065-9651 |
| 28128449 | + | Joseph T. and Cassie Ciresi, 25780 Miles Rd Ste A, Bedford, OH 44146-1418 |
| 28128450 | + | Kara Reen, 108 Squires Lane, Chardon, OH 44024-2817 |
| 28128451 | + | Kevin Nowakowski, 11766 Driftwood drive, Newbury, OH 44065-9606 |
| 28128452 | + | Kimberly Stone, P.O. Box 333, East Claridon, OH 44033-0333 |
| 28128454 | + | Klarissa Lipstreu, 16830 Old State Road, Middlefield, OH 44062-8214 |
| 28128455 | + | Lauren Schwan, 9841 Applewood Dr., Willoughby, OH 44094-9341 |
| 28128456 | + | Liliya Zelle, 14105 Ravenna Road, Newbury, OH 44065-9511 |
| 28128457 | + | Mallory Chundt, 13812 Parkmont St, Alliance, OH 44601-3514 |
| 28128458 | + | Mariana Difranco, 16430 Joann Dr., Montville, OH 44064-9788 |
| 28128459 | + | Mark Evans, 352 S. Hambden, Chardon, OH 44024-1200 |
| 28128460 | + | Megan Bijelic, 14701 Elm Drive, Newbury, OH 44065-9526 |
| 28128461 | + | Olivia Lucarelli, 11001 Dianne Dr., Newbury, OH 44065-9751 |
| 28128462 | + | Owen McCarthy, 12889 Rockhaven Road, Chesterland, OH 44026-3307 |
| 28128463 | + | RDP Food Service, 4200 Parkway Court, Hilliard, OH 43026-1200 |
| 28128465 | + | Samantha Smith, 11694 Portlew Rd, Newbury, OH 44065-9602 |
| 28128466 | + | Sarah Lorince, 15799 Ravenna Road, Burton, OH 44021-9785 |
| 28128467 | + | Tassey Benitez, 14372 View Drive, Newbury, OH 44065-9654 |
| 28128468 | + | Tye Bailey, 14795 Elm Drive, Newbury, OH 44065-9526 |
| 28128470 | + | Yesco Sign & Lighting Service, 38348 Apollo Parkway No. 1, Willoughby, OH 44094-7771 |

| 28128471 | + Zeppe's Tavern Franchise LLC, 25780 Miles Road, Bedford, OH 44146-1417 |
|---|---|
| 28128442 | + iPlanGroup FBO Christian Carson, 2618 N. Moreland Blvd, Cleveland, OH 44120-5490 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy.notices@tax.state.oh.us | May 11 2026 21:07:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 28142855 | Email/Text: nvaughan@kimblecompanies.com | May 11 2026 21:06:00 | Kimble Recycling & Disposal, Inc., c/o Nathan D. Vaughan, 3596 S.R. 39, NW, Dover, OH 44622 |
| 28128453 | Email/Text: dcottrill@kimblecompanies.com | May 11 2026 21:07:00 | Kimble Recycling & Disposal, P.O. Box 448, Dover, OH 44622-0448 |
| 28139537 | + Email/Text: Bankruptcy.notices@tax.state.oh.us | May 11 2026 21:07:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, Ohio 43216-0530 |
| 28128464 | Email/Text: legal@rewardsnetwork.com | May 11 2026 21:06:00 | Rewards Network, Attn: Client Services, 540 West Madison Street, Suite 2400, Chicago, IL 60661 |
| 28128469 | ^ MEBN | May 11 2026 20:54:48 | WebBank, c/o Toast Capital, 333 Summer Street, Boston, MA 02210-1702 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cassie Ciresi |
| cr | | IPlanGroup FBO Christian Carson |
| cr | | Joe Ciresi |
| cr | | Zeppes Tavern Franchise LLC |
| 28128439 | ##+ | Erin Steininger, 32240 Bainbridge Road, Solon, OH 44139-2251 |

TOTAL: 4 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian E Carson | |
| | on behalf of Creditor IPlanGroup FBO Christian Carson christian@carsonlaw.com |

Frederic P. Schwieg

on behalf of Interested Party Jason James Dicks fschwieg@schwieglaw.com

John J. Rutter

on behalf of Defendant Cassie Ciresi jrutter@ralaw.com

John J. Rutter

on behalf of Defendant Joseph T. Ciresi jrutter@ralaw.com

John J. Rutter

on behalf of Creditor Cassie Ciresi jrutter@ralaw.com

John J. Rutter

on behalf of Creditor Zeppes Tavern Franchise LLC jrutter@ralaw.com

John J. Rutter

on behalf of Creditor Joe Ciresi jrutter@ralaw.com

Patricia B. Fugee

patricia.fugee@fisherbroyles.com cpbf11@trustesolutions.net

Patricia B. Fugee

on behalf of Trustee Patricia B. Fugee patricia.fugee@fisherbroyles.com cpbf11@trustesolutions.net

Spencer Lutz

on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov

Thomas W. Coffey

on behalf of Debtor Pizzeria Management III LLC tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com

Thomas W. Coffey

on behalf of Plaintiff Pizzeria Management III LLC tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com


TOTAL: 12

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 25−11334−jps**

**In re:**
Pizzeria Management III LLC
c/o Jason Dicks
13910 Claridon Troy Road
Burton, OH 44021

**Social Security No.:**

**Employer's Tax I.D. No.:**
27−3382267

**NOTICE OF HEARING**

**See Hybrid Hearing Procedures**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 19, 2026 at 10:30am
before Judge Jessica E. Price Smith

To consider and act upon the following matters:

[128] Motion to Allow Claims

**Dated:** May 11, 2026                                             For the Court
Form ohnb187                                                      Josiah C. Sell, Clerk