**Fill in this information to identify the case:**

Debtor Name: Pizzeria Management III LLC

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 25-11334

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: MAY 2026

Date report filed: 06/05/2026 (MM / DD / YYYY)

Line of business: Full Service Restaurant

NAISC code: 722511

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jason Dicks - President

Original signature of responsible party: JASON JAMES DICKS

Printed name of responsible party: Jason Dicks

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 27,185.83

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $ 162,284.83

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — - $ 153,146.22

22. **Net cash flow** — + $ 9,138.61

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** — = $ 36,324.44

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ 2,375.31

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 35
27. What is the number of employees as of the date of this monthly report? 46

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 2,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 10,000.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 145,000.00 | – | $ 162,284.83 | = | $ 17,284.83 |
| 33. **Cash disbursements** | $ 140,000.00 | – | $ 153,146.22 | = | $ 13,146.22 |
| 34. **Net cash flow** | $ 5,000.00 | – | $ 9,138.61 | = | $ 27,185.83 |

35. Total projected cash receipts for the next month: $ 200,000.00
36. Total projected cash disbursements for the next month: - $ 180,000.00
37. Total projected net cash flow for the next month: = $ 20,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

# Pizzeria Management III LLC
## Exhibit C report
### May 2026

| Transaction date | Transaction type | Description | Reason | Amount |
|---|---|---|---|---|
| 05/01/2026 | Deposit | TOAST DEP MAY 014445076749333*Zeppes | Credit Card Deposits | $1,902.54 |
| 05/01/2026 | Deposit | DOORDASH, INC. NEWBURY ST-W1B4T5O9N6M8 | Doordash (income after fees) | $797.46 |
| 05/04/2026 | Deposit | TOAST DEP MAY 044445076749333*Zeppes | Credit Card Deposits | $6,600.49 |
| 05/04/2026 | Deposit | TOAST DEP MAY 034445076749333*Zeppes | Credit Card Deposits | $6,692.05 |
| 05/04/2026 | Deposit | TOAST DEP MAY 024445076749333*Zeppes | Credit Card Deposits | $2,525.07 |
| 05/04/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $897.00 |
| 05/04/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $152.00 |
| 05/04/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $451.00 |
| 05/04/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $552.00 |
| 05/04/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $599.00 |
| 05/05/2026 | Deposit | TOAST DEP MAY 054445076749333*Zeppes | Credit Card Deposits | $4,174.18 |
| 05/06/2026 | Deposit | TOAST EOM APR 30 | Credit Card Adjustments | $30.30 |
| 05/06/2026 | Deposit | TOAST DEP MAY 064445076749333 DEP May | Credit Card Deposits | $3,191.05 |
| 05/07/2026 | Deposit | TOAST DEP MAY 074445076749333 DEP May | Credit Card Deposits | $2,561.10 |
| 05/08/2026 | Deposit | TOAST DEP MAY 084445076749333 DEP May | Credit Card Deposits | $3,847.46 |
| 05/08/2026 | Deposit | DOORDASH, INC. NEWBURY ST-P3W8L4J7S1U4 | Doordash (income after fees) | $490.81 |
| 05/11/2026 | Deposit | TOAST DEP MAY 114445076749333 DEP May | Credit Card Deposits | $11,737.59 |
| 05/11/2026 | Deposit | TOAST DEP MAY 104445076749333 DEP May | Credit Card Deposits | $7,236.86 |
| 05/11/2026 | Deposit | TOAST DEP MAY 094445076749333 DEP May | Credit Card Deposits | $3,907.82 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $310.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $217.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $543.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $307.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $334.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $783.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $735.00 |
| 05/11/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $242.00 |
| 05/12/2026 | Deposit | TOAST DEP MAY 124445076749333 DEP May | Credit Card Deposits | $3,391.39 |
| 05/13/2026 | Deposit | TOAST DEP MAY 134445076749333 DEP May | Credit Card Deposits | $3,582.69 |
| 05/14/2026 | Deposit | TOAST DEP MAY 134445076749333*Zeppes | Credit Card Deposits | $2,313.49 |
| 05/15/2026 | Deposit | TOAST DEP MAY 144445076749333*Zeppes | Credit Card Deposits | $4,296.51 |
| 05/15/2026 | Deposit | DOORDASH, INC. NEWBURY | Doordash (income after fees) | $597.69 |
| 05/18/2026 | Deposit | TOAST DEP MAY 174445076749333*Zeppes | Credit Card Deposits | $8,724.23 |
| 05/18/2026 | Deposit | TOAST DEP MAY 164445076749333*Zeppes | Credit Card Deposits | $6,411.90 |
| 05/18/2026 | Deposit | TOAST DEP MAY 154445076749333*Zeppes | Credit Card Deposits | $3,879.46 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $299.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $611.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $1,055.00 |

| | | | | |
|---|---|---|---|---|
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $489.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $1,508.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $588.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $46.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $448.00 |
| 05/18/2026 | Deposit | DEPOSIT BRANCH 0315 OHIO | Cash Deposits | $80.00 |
| 05/19/2026 | Deposit | TOAST DEP MAY 184445076749333*Zeppes | Credit Card Deposits | $5,795.07 |
| 05/20/2026 | Deposit | TOAST DEP MAY 194445076749333*Zeppes | Credit Card Deposits | $4,195.17 |
| 05/21/2026 | Deposit | TOAST DEP MAY 204445076749333*Zeppes | Credit Card Deposits | $3,886.73 |
| 05/22/2026 | Deposit | TOAST DEP MAY 214445076749333*Zeppes | Credit Card Deposits | $3,653.42 |
| 05/22/2026 | Deposit | DOORDASH, INC. NEWBURY | Doordash (income after fees) | $1,224.82 |
| 05/26/2026 | Deposit | TOAST DEP MAY 254445076749333*Zeppes | Credit Card Deposits | $6,465.24 |
| 05/26/2026 | Deposit | TOAST DEP MAY 244445076749333*Zeppes | Credit Card Deposits | $5,821.33 |
| 05/26/2026 | Deposit | TOAST DEP MAY 234445076749333*Zeppes | Credit Card Deposits | $5,917.00 |
| 05/26/2026 | Deposit | TOAST DEP MAY 224445076749333*Zeppes | Credit Card Deposits | $5,052.29 |
| 05/27/2026 | Deposit | TOAST DEP MAY 264445076749333*Zeppes | Credit Card Deposits | $7,501.18 |
| 05/28/2026 | Deposit | TOAST DEP MAY 274445076749333*Zeppes | Credit Card Deposits | $3,814.08 |
| 05/29/2026 | Deposit | TOAST DEP MAY 284445076749333*Zeppes | Credit Card Deposits | $8,222.49 |
| 05/29/2026 | Deposit | DOORDASH, INC. NEWBURY | Doordash (income after fees) | $597.87 |
| **TOTAL** | | | | **$162,284.83** |

# Pizzeria Management III LLC
## Exhibit D report
### May 2026

| Transaction date | Transaction type | Description | Reason | Amount |
|---|---|---|---|---|
| 05/01/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -256.58 |
| 05/01/2026 | Expense | INTUIT * QBOOKS ONL | Software & apps:QuickBooks | -40.57 |
| 05/01/2026 | Expense | OHIO BEVERAGE DIFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -1,074.05 |
| 05/01/2026 | Expense | 8063-1HIOOSUT OHSALESUTX | State Sales Tax | -6,907.45 |
| 05/01/2026 | Expense | CHECK 284 | Repairs & maintenance:Home Depot | -403.52 |
| 05/04/2026 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -10,712.52 |
| 05/04/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -191.39 |
| 05/04/2026 | Expense | FEDWIRE SERVICE CHARGE | Bank fees & service charges | -30.00 |
| 05/04/2026 | Expense | HEIDELBERG DIST.FINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -868.87 |
| 05/04/2026 | Expense | DIRECTV DIRECTV | Utilities:Internet & TV services | -540.65 |
| 05/04/2026 | Expense | NUCO2 LLC WEB PAY | Supplies:NuCO2 | -409.70 |
| 05/04/2026 | Expense | SUPERIOR BEVERAGFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Superior | -1,161.56 |
| 05/04/2026 | Expense | SPECTRUM SPECTRUM | Utilities:Internet | -70.34 |
| 05/04/2026 | Expense | CHECK 288 - Coffey Law | Lawyer Fees - Tom Coffey | -1,000.00 |
| 05/04/2026 | Expense | CHECK 293 - GCDWR | Utilities:Water & sewer | -3,300.00 |
| 05/05/2026 | Expense | ZEPPE'S PROMO SALE | Advertising & marketing:Zeppe's Promo | -1,540.48 |
| 05/05/2026 | Expense | TOWNHALLGUIDE PURCHASE | Advertising & marketing:Town Hall Welcome Post Cards | -40.00 |
| 05/05/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -124.34 |
| 05/05/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -215.27 |
| 05/05/2026 | Expense | FIRSTENERGY OPCO-ACH | Utilities:Electricity | -1,723.58 |
| 05/05/2026 | Expense | CINTASCORPORATIO67EAA77A3D | Supplies:Towels and Mats - Cintas | -1,151.54 |
| 05/05/2026 | Expense | TOAST, INC PURCHASE T | Software & apps:Toast Software | -728.58 |
| 05/05/2026 | Expense | CHECK 297 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,870.22 |
| 05/05/2026 | Expense | ZEPPE'S TAVERN FSALE | Royalties/ Tech support / Email | -2,189.11 |
| 05/06/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -92.06 |
| 05/06/2026 | Expense | IRS USATAXPYMT | Payroll expenses:Federal Income Tax Witheld | -7,885.25 |
| 05/06/2026 | Expense | OH80 LOTTERY INV 260502 | Keno:Keno Invoices | -595.60 |
| 05/06/2026 | Expense | CCBCC OPERATIONSPAYMENT | Supplies:Food and Bar Cost:Food Cost:Coke | -353.41 |
| 05/06/2026 | Expense | CHECK 298 | Live Music- Bands:The Focus Group | -750.00 |
| 05/07/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -204.34 |
| 05/07/2026 | Expense | CHECK 309911 | Payroll expenses:Employee Garnishment | -44.54 |
| 05/08/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -193.86 |
| 05/08/2026 | Expense | OHIO BEVERAGE DIFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -422.47 |
| 05/08/2026 | Expense | APR PAYMENT PROTECTION MAINTENANCE | Bank fees & service charges | -5.00 |
| 05/08/2026 | Expense | APR KEYNAV PRE DAY DETAIL ITEMS | Bank fees & service charges | -7.25 |
| 05/08/2026 | Expense | APR KEYNAV ONLINE ACCESS | Bank fees & service charges | -50.00 |
| 05/08/2026 | Expense | APR EPA MONTHLY VIA ACH DIRECT | Bank fees & service charges | -20.00 |
| 05/08/2026 | Expense | CHECK 301 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -199.99 |
| 05/11/2026 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -9,369.74 |
| 05/11/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -124.77 |
| 05/11/2026 | Expense | FEDWIRE SERVICE CHARGE | Bank fees & service charges | -30.00 |
| 05/11/2026 | Expense | NUCO2 LLC WEB PAY | Supplies:NuCO2 | -74.53 |
| 05/11/2026 | Expense | SUPERIOR BEVERAGFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Superior | -703.30 |
| 05/11/2026 | Expense | STATE FARM RO 27CPC-CLIENT | Insurance:Non-Owned Driver Insurance - State Farm | -100.00 |
| 05/11/2026 | Expense | CHECK - Mark Telerico | Live Music- Bands:SouthBound | -1,000.00 |
| 05/12/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -201.28 |
| 05/12/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -95.24 |
| 05/12/2026 | Expense | CINTASCORPORATIO67EAA77A3D | Supplies:Towels and Mats - Cintas | -341.59 |

| | | | | |
|---|---|---|---|---|
| 05/12/2026 | Expense | 108 ZEPPES OF NEPAYROLL | Payroll expenses:Salaries & wages | -14,340.55 |
| 05/12/2026 | Expense | CHECK 296 | Insurance:Minute Men Worker's Comp Ground annual fee | -507.00 |
| 05/12/2026 | Expense | CHECK 299 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,329.72 |
| 05/13/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -114.82 |
| 05/13/2026 | Expense | OH80 LOTTERY INV 260509 | Keno:Keno Invoices | -97.69 |
| 05/13/2026 | Expense | CHECK 290 - Newbury Center LLC | Rent:Building & land rent | -5,750.00 |
| 05/13/2026 | Expense | CHECK 303 | Repairs & maintenance:Home Depot | -233.45 |
| 05/14/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -244.80 |
| 05/14/2026 | Expense | CHECK 309912 | Payroll expenses:Employee Garnishment | -553.37 |
| 05/15/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -338.20 |
| 05/15/2026 | Expense | POWER ALARM INC ACH DEBIT | Utilities:Security System | -32.03 |
| 05/15/2026 | Expense | OHIO BEVERAGE DIFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -667.16 |
| 05/18/2026 | Expense | BRANCH 0315 OHIO - Transfer to Jason Dicks DIP account | Pay Roll Expenses OWNER NET - 5/13/26 paycheck | -3,079.25 |
| 05/18/2026 | Expense | Preauthorized Debit RDP FOODSERVICE 311448538 | Supplies:Food and Bar Cost:Food Cost:RDP | -12,088.14 |
| 05/18/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -102.18 |
| 05/18/2026 | Expense | FEDWIRE SERVICE CHARGE | Bank fees & service charges | -30.00 |
| 05/18/2026 | Expense | HEIDELBERG DIST.FINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Heidelberg | -493.74 |
| 05/18/2026 | Expense | SUPERIOR BEVERAGFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Superior | -1,069.19 |
| 05/18/2026 | Expense | ALCO CHEM CASH CONC | Utilities:Alco Dishwasher Rental | -69.00 |
| 05/18/2026 | Expense | 8060-1HIOEMWH OHEMWHTX | Payroll expenses:Ohio State Income Tax Witholding | -1,824.02 |
| 05/18/2026 | Expense | CHECK 308 - Rick Fernandez | Live Music- Bands:Legacy Band | -600.00 |
| 05/19/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -201.14 |
| 05/19/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -108.32 |
| 05/19/2026 | Expense | ERIE INS GROUP ERIEXPSPAY | Insurance:Erie Insurance | -702.67 |
| 05/19/2026 | Expense | CINTASCORPORATIO67EAA77A3D | Supplies:Towels and Mats - Cintas | -368.76 |
| 05/19/2026 | Expense | CHECK 305 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,769.17 |
| 05/20/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -125.33 |
| 05/20/2026 | Expense | IRS USATAXPYMT | Payroll expenses:Federal Income Tax Witheld | -8,050.13 |
| 05/20/2026 | Expense | OH80 LOTTERY INV 260516 | Keno:Keno Invoices | -803.24 |
| 05/20/2026 | Expense | RESTAURANT TECHN114004.4 RMR*IK*PAYMENT SYSTEM | Supplies:Food and Bar Cost:Food Cost:RTI Fryer Oil | -287.73 |
| 05/20/2026 | Expense | CCBCC OPERATIONSPAYMENT | Supplies:Food and Bar Cost:Food Cost:Coke | -548.73 |
| 05/21/2026 | Expense | ZEPPE'S PROMO SALE | Advertising & marketing:Zeppe's Promo | -1,626.61 |
| 05/21/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -205.75 |
| 05/21/2026 | Expense | CATANESE CLASSICACH DEBIT | Supplies:Food and Bar Cost:Food Cost:Catanese - fish | -325.70 |
| 05/21/2026 | Expense | CHECK 300 - Friends of Punderson | Advertising & marketing - Frisbee Golf League advertising | -500.00 |
| 05/21/2026 | Expense | ZEPPE'S TAVERN FSALE | Franchise Royalties | -2,033.26 |
| 05/22/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -260.12 |
| 05/22/2026 | Expense | OHIO BEVERAGE DIFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -362.91 |
| 05/22/2026 | Expense | SUPERIOR BEVERAGFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Superior | -1,603.55 |
| 05/22/2026 | Expense | CHECK 309960 | Payroll expenses:Employee Garnishment | -553.37 |
| 05/22/2026 | Expense | CHECK 317 | Supplies:Food and Bar Cost:Bar Cost:Cavalier | -199.99 |
| 05/22/2026 | Expense | CHECK 311- AC repairs | Repairs & maintenance:CPR Inc. | -790.00 |
| 05/26/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -130.19 |
| 05/26/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -172.52 |
| 05/26/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -236.95 |
| 05/26/2026 | Expense | HOPE GAS INC BILLPAY HOPEGAS | Utilities:Natural Gas | -1,369.07 |
| 05/26/2026 | Expense | HOPE GAS INC BILLPAY HOPEGAS | Utilities:Natural Gas | -1,869.07 |
| 05/26/2026 | Expense | 108 ZEPPES OF NEPAYROLL | Payroll expenses:Salaries & wages | -15,024.07 |
| 05/26/2026 | Expense | CHECK 310 | Supplies:Food and Bar Cost:Bar Cost:Giant Eagle | -1,316.09 |
| 05/26/2026 | Expense | CHECK 318 - Victory Highway LLC | Live Music- Bands:Caliber | -900.00 |
| 05/26/2026 | Expense | CHECK 309 | Repairs & maintenance:Buckeye Draft Services | -126.00 |
| 05/27/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -144.69 |
| 05/27/2026 | Expense | CINTASCORPORATIO67EAA77A3D | Supplies:Towels and Mats - Cintas | -356.35 |
| 05/27/2026 | Expense | CHECK 309959 | Payroll expenses:Employee Garnishment | -26.56 |

| | | | | |
|---|---|---|---|---|
| 05/28/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -182.79 |
| 05/28/2026 | Expense | OH80 LOTTERY INV 260523 | Keno:Keno Invoices | -468.91 |
| 05/28/2026 | Expense | CHECK 319 - Exterior Revival | Repairs & maintenance - Patio Pressure Washing | -373.63 |
| 05/28/2026 | Expense | CHECK 314 - patio supplies | Supplies:Walmart Supplies | -244.37 |
| 05/29/2026 | Expense | ZEPPE'S PROMO SALE | Advertising & marketing:Facebook | -400.00 |
| 05/29/2026 | Expense | REWARDS NETWORK SETTLEMENT | Loan Payments:Rewards Network Principle Payments | -177.53 |
| 05/29/2026 | Expense | OHIO BEVERAGE DIFINTECHEFT | Supplies:Food and Bar Cost:Bar Cost:Ohio Beverage Distributing | -291.48 |
| 05/29/2026 | Expense | CHECK 312 | Lawyer Fees - Tom Coffey | -1,000.00 |
| 05/29/2026 | Expense | CHECK 320 - Sean Sampson | Live Music- Bands:Where's Jimmy | -850.00 |
| 05/29/2026 | Expense | CHECK 287 - Jason Dicks - 4/29/2026 paycheck | Pay Roll Expenses OWNER NET | -3,080.62 |
| **TOTAL** | | | | **-$153,146.22** |

| Exhibit E | | | | |
|---|---|---|---|---|
| MAY 2026 Total Payables | | | | |
| | | | | |
| DATE | | PAYEE | PURPOSE | AMOUNT |
| 5/1 | | Zeppe's Franchise Group | deferred royalties | $1,155.36 |
| 5/18 | | Zeppe's Franchise Group | deferred royalties | $1,219.95 |
| | | | | |
| | | | | |
| | | | TOTAL | $2,375.31 |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885



[redacted]

28 02 RTM1X T 315 00000 R EM AO
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334
11110 KINSMAN RD
NEWBURY OH 44065-8603

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking** [redacted]
PIZZERIA MANAGEMENT III LLC
DEBTOR IN POSSESSION
CASE #25-11334

| | |
|---|---|
| Beginning balance 4-30-26 | $18,590.01 |
| 57 Additions | +162,284.83 |
| 105 Subtractions | -152,973.97 |
| Net fees and charges | -172.25 |
| **Ending balance 5-31-26** | **$27,728.62** |

## Additions

*Deposits*

| *Date* | *Serial #* | *Source* | |
|---|---|---|---|
| 5-1 | | Doordash, Inc. Newbury St-W1B4T5O9N6M8 | $797.46 |
| 5-1 | | Toast Dep May 014445076749333*Zeppes | 1,902.54 |
| 5-4 | | Deposit Branch 0315 Ohio | 152.00 |
| 5-4 | | Deposit Branch 0315 Ohio | 451.00 |
| 5-4 | | Deposit Branch 0315 Ohio | 552.00 |
| 5-4 | | Deposit Branch 0315 Ohio | 599.00 |
| 5-4 | | Deposit Branch 0315 Ohio | 897.00 |
| 5-4 | | Toast Dep May 024445076749333*Zeppes | 2,525.07 |
| 5-4 | | Toast Dep May 044445076749333*Zeppes | 6,600.49 |
| 5-4 | | Toast Dep May 034445076749333*Zeppes | 6,692.05 |
| 5-5 | | Toast Dep May 054445076749333*Zeppes | 4,174.18 |
| 5-6 | | Toast Eom Apr 30 | 30.30 |
| 5-6 | | Toast Dep May 064445076749333 Dep May | 3,191.05 |
| 5-7 | | Toast Dep May 074445076749333 Dep May | 2,561.10 |
| 5-8 | | Doordash, Inc. Newbury St-P3W8L4J7S1U4 | 490.81 |
| 5-8 | | Toast Dep May 084445076749333 Dep May | 3,847.46 |
| 5-11 | | Deposit Branch 0315 Ohio | 217.00 |
| 5-11 | | Deposit Branch 0315 Ohio | 242.00 |
| 5-11 | | Deposit Branch 0315 Ohio | 307.00 |

[redacted]

[redacted]

## Additions
*(con't)*

| *Deposits* | *Date* | *Serial #* | *Source* | | |
|---|---|---|---|---|---|
| | 5-11 | | Deposit | Branch 0315 Ohio | 310.00 |
| | 5-11 | | Deposit | Branch 0315 Ohio | 334.00 |
| | 5-11 | | Deposit | Branch 0315 Ohio | 543.00 |
| | 5-11 | | Deposit | Branch 0315 Ohio | 735.00 |
| | 5-11 | | Deposit | Branch 0315 Ohio | 783.00 |
| | 5-11 | | Toast | Dep May 094445076749333 Dep May | 3,907.82 |
| | 5-11 | | Toast | Dep May 104445076749333 Dep May | 7,236.86 |
| | 5-11 | | Toast | Dep May 114445076749333 Dep May | 11,737.59 |
| | 5-12 | | Toast | Dep May 124445076749333 Dep May | 3,391.39 |
| | 5-13 | | Toast | Dep May 134445076749333 Dep May | 3,582.69 |
| | 5-14 | | Toast | Dep May 134445076749333*Zeppes | 2,313.49 |
| | 5-15 | | Doordash, Inc. | Newbury | 597.69 |
| | 5-15 | | Toast | Dep May 144445076749333*Zeppes | 4,296.51 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 46.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 80.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 299.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 448.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 489.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 588.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 611.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 1,055.00 |
| | 5-18 | | Deposit | Branch 0315 Ohio | 1,508.00 |
| | 5-18 | | Toast | Dep May 154445076749333*Zeppes | 3,879.46 |
| | 5-18 | | Toast | Dep May 164445076749333*Zeppes | 6,411.90 |
| | 5-18 | | Toast | Dep May 174445076749333*Zeppes | 8,724.23 |
| | 5-19 | | Toast | Dep May 184445076749333*Zeppes | 5,795.07 |
| | 5-20 | | Toast | Dep May 194445076749333*Zeppes | 4,195.17 |
| | 5-21 | | Toast | Dep May 204445076749333*Zeppes | 3,886.73 |
| | 5-22 | | Doordash, Inc. | Newbury | 1,224.82 |
| | 5-22 | | Toast | Dep May 214445076749333*Zeppes | 3,653.42 |
| | 5-26 | | Toast | Dep May 224445076749333*Zeppes | 5,052.29 |
| | 5-26 | | Toast | Dep May 244445076749333*Zeppes | 5,821.33 |
| | 5-26 | | Toast | Dep May 234445076749333*Zeppes | 5,917.00 |
| | 5-26 | | Toast | Dep May 254445076749333*Zeppes | 6,465.24 |
| | 5-27 | | Toast | Dep May 264445076749333*Zeppes | 7,501.18 |
| | 5-28 | | Toast | Dep May 274445076749333*Zeppes | 3,814.08 |
| | 5-29 | | Doordash, Inc. | Newbury | 597.87 |
| | 5-29 | | Toast | Dep May 284445076749333*Zeppes | 8,222.49 |
| | | | **Total additions** | | **$162,284.83** |

## Subtractions

*Paper Checks* ** check missing from sequence*

| *Check* | *Date* | *Amount* | *Check* | *Date* | *Amount* | *Check* | *Date* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| | 5-11 | $1,000.00 | *293 | 5-4 | 3,300.00 | 300 | 5-21 | 500.00 |
| *284 | 5-1 | 403.52 | *296 | 5-12 | 507.00 | 301 | 5-8 | 199.99 |
| *287 | 5-29 | 3,080.62 | 297 | 5-5 | 1,870.22 | *303 | 5-13 | 233.45 |
| 288 | 5-4 | 1,000.00 | 298 | 5-6 | 750.00 | *305 | 5-19 | 1,769.17 |
| *290 | 5-13 | 5,750.00 | 299 | 5-12 | 1,329.72 | *308 | 5-18 | 600.00 |

[redacted]

[redacted]

## Subtractions

*(con't)*

*Paper Checks* ** check missing from sequence*

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 309 | 5-26 | 126.00 | *317 | 5-22 | 199.99 | *309911 | 5-7 | 44.54 |
| 310 | 5-26 | 1,316.09 | 318 | 5-26 | 900.00 | 309912 | 5-14 | 553.37 |
| 311 | 5-22 | 790.00 | 319 | 5-28 | 373.63 | *309959 | 5-27 | 26.56 |
| 312 | 5-29 | 1,000.00 | 320 | 5-29 | 850.00 | 309960 | 5-22 | 553.37 |
| *314 | 5-28 | 244.37 | | | | | | |

**Paper Checks Paid** **$29,271.61**

| *Withdrawals* Date | Serial # | Location | |
|---|---|---|---|
| 5-1 | | Intuit * Qbooks Onl | $40.57 |
| 5-1 | | Rewards Network Settlement | 256.58 |
| 5-1 | | Ohio Beverage Difintecheft | 1,074.05 |
| 5-1 | | 8063-1Hioosut Ohsalesutx | 6,907.45 |
| 5-4 | 801663 | Wire Withdrawal Rdp Foodservice 6917 | 10,712.52 |
| 5-4 | | Spectrum Spectrum | 70.34 |
| 5-4 | | Rewards Network Settlement | 191.39 |
| 5-4 | | Nuco2 Llc Web Pay | 409.70 |
| 5-4 | | Directv Directv | 540.65 |
| 5-4 | | Heidelberg Dist.Fintecheft | 868.87 |
| 5-4 | | Superior Beveragfintecheft | 1,161.56 |
| 5-5 | | Townhallguide Purchase | 40.00 |
| 5-5 | | Rewards Network Settlement | 124.34 |
| 5-5 | | Rewards Network Settlement | 215.27 |
| 5-5 | | Toast, Inc Purchase T | 728.58 |
| 5-5 | | Cintascorporatio67Eaa77A3D | 1,151.54 |
| 5-5 | | Zeppe'S Promo Sale | 1,540.48 |
| 5-5 | | Firstenergy Opco-ACH | 1,723.58 |
| 5-5 | | Zeppe'S Tavern Fsale | 2,189.11 |
| 5-6 | | Rewards Network Settlement | 92.06 |
| 5-6 | | Ccbcc Operationspayment | 353.41 |
| 5-6 | | OH80 Lottery Inv 260502 | 595.60 |
| 5-6 | | Irs Usataxpymt | 7,885.25 |
| 5-7 | | Rewards Network Settlement | 204.34 |
| 5-8 | | Rewards Network Settlement | 193.86 |
| 5-8 | | Ohio Beverage Difintecheft | 422.47 |
| 5-11 | 888768 | Wire Withdrawal Rdp Foodservice 6917 | 9,369.74 |
| 5-11 | | Nuco2 Llc Web Pay | 74.53 |
| 5-11 | | State Farm Ro 27Cpc-Client | 100.00 |
| 5-11 | | Rewards Network Settlement | 124.77 |
| 5-11 | | Superior Beveragfintecheft | 703.30 |
| 5-12 | | Rewards Network Settlement | 95.24 |
| 5-12 | | Rewards Network Settlement | 201.28 |
| 5-12 | | Cintascorporatio67Eaa77A3D | 341.59 |
| 5-12 | | 108 Zeppes of Nepayroll | 14,340.55 |
| 5-13 | | OH80 Lottery Inv 260509 | 97.69 |
| 5-13 | | Rewards Network Settlement | 114.82 |
| 5-14 | | Rewards Network Settlement | 244.80 |
| 5-15 | | Power Alarm Inc ACH Debit | 32.03 |

[redacted]

[redacted]

## Subtractions

*(con't)*

| *Withdrawals* | *Date* | *Serial #* | *Location* | |
|---|---|---|---|---|
| | 5-15 | | Rewards Network Settlement | 338.20 |
| | 5-15 | | Ohio Beverage Difintecheft | 667.16 |
| | 5-18 | 978278 | Wire Withdrawal Rdp Foodservice 6917 | 12,088.14 |
| | 5-18 | | Withdrawal Branch 0315 Ohio | 3,079.25 |
| | 5-18 | | Alco Chem Cash Conc | 69.00 |
| | 5-18 | | Rewards Network Settlement | 102.18 |
| | 5-18 | | Heidelberg Dist.Fintecheft | 493.74 |
| | 5-18 | | Superior Beveragfintecheft | 1,069.19 |
| | 5-18 | | 8060-1Hioemwh Ohemwhtx | 1,824.02 |
| | 5-19 | | Rewards Network Settlement | 108.32 |
| | 5-19 | | Rewards Network Settlement | 201.14 |
| | 5-19 | | Cintascorporatio67Eaa77A3D | 368.76 |
| | 5-19 | | Erie Ins Group Eriexpspay | 702.67 |
| | 5-20 | | Rewards Network Settlement | 125.33 |
| | 5-20 | | Restaurant Techn114004.4 Rmr*Ik*Payment System | 287.73 |
| | 5-20 | | Ccbcc Operationspayment | 548.73 |
| | 5-20 | | OH80 Lottery Inv 260516 | 803.24 |
| | 5-20 | | Irs Usataxpymt | 8,050.13 |
| | 5-21 | | Rewards Network Settlement | 205.75 |
| | 5-21 | | Catanese Classicach Debit | 325.70 |
| | 5-21 | | Zeppe'S Promo Sale | 1,626.61 |
| | 5-21 | | Zeppe'S Tavern Fsale | 2,033.26 |
| | 5-22 | | Rewards Network Settlement | 260.12 |
| | 5-22 | | Ohio Beverage Difintecheft | 362.91 |
| | 5-22 | | Superior Beveragfintecheft | 1,603.55 |
| | 5-26 | | Rewards Network Settlement | 130.19 |
| | 5-26 | | Rewards Network Settlement | 172.52 |
| | 5-26 | | Rewards Network Settlement | 236.95 |
| | 5-26 | | Hope Gas Inc Billpay Hopegas | 1,369.07 |
| | 5-26 | | Hope Gas Inc Billpay Hopegas | 1,869.07 |
| | 5-26 | | 108 Zeppes of Nepayroll | 15,024.07 |
| | 5-27 | | Rewards Network Settlement | 144.69 |
| | 5-27 | | Cintascorporatio67Eaa77A3D | 356.35 |
| | 5-28 | | Rewards Network Settlement | 182.79 |
| | 5-28 | | OH80 Lottery Inv 260523 | 468.91 |
| | 5-29 | | Rewards Network Settlement | 177.53 |
| | 5-29 | | Ohio Beverage Difintecheft | 291.48 |
| | 5-29 | | Zeppe'S Promo Sale | 400.00 |
| | | | **Total subtractions** | **$152,973.97** |

## Fees and charges

| *Date* | | *Quantity* | *Unit Charge* | |
|---|---|---|---|---|
| 5-4-26 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 5-8-26 | Apr Keynav Corp Banking Statement | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Keynav Analysis Statement | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Adjustment Adv Image Inquiry | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Payment Protection Maintenance | 1 | 5.00 | -5.00 |

[redacted]

[redacted]

**Fees and charges**
*(con't)*

| *Date* | | *Quantity* | *Unit Charge* | |
|---|---|---|---|---|
| 5-8-26 | Apr Epa Correction Fee | 2 | 0.00 | 0.00 |
| 5-8-26 | Apr ACH Direct Epa Authorization | 2 | 0.00 | 0.00 |
| 5-8-26 | Apr Epa Monthly Via ACH Direct | 1 | 20.00 | -20.00 |
| 5-8-26 | Apr ACH Direct Monthly Maint | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Keynav Previous Day Report | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Keynav Online Access | 1 | 50.00 | -50.00 |
| 5-8-26 | Apr Keynav Pre Day Detail Items | 179 | 0.0405 | -7.25 |
| 5-8-26 | Apr Keynav Bb Info Rpt Package | 1 | 0.00 | 0.00 |
| 5-8-26 | Apr Payments Fraud Package | 1 | 0.00 | 0.00 |
| 5-11-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 5-18-26 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges assessed this period** | | | **-$172.25** |

[redacted]

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL ➔ | $ | |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL ➔ | $ | |

❻ **Enter ending balance shown on your statement.**

$

❼ **Add 5 and 6 and enter total here.**

$

❽ **Enter total from 4.**

$

❾ **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.

[redacted]