**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

---

**DEBTOR'S MOTION TO ADJOURN CONFIRMATION HEARING AND HEARINGS
ON MOTION TO CONVERT OR DISMISS CASE PENDING RULING ON MOTIONS
FOR SUMMARY JUDGMENT IN ADVERSARY CASES 25-1065 AND 25-1092**

---

Debtor Pizzeria Management III LLC moves to Adjourn the confirmation hearing and hearings on the Motion to Convert or Dismiss set for June 9, 2026 at 10:30 a.m. pending rulings on Motions for Summary Judgment pending in Adversary Cases 25-1065 and 25-1092. In support of its Motion, the Debtor respectfully sets forth the following:

1. This case was commenced on March 31, 2025, when the Debtor filed a Voluntary Petition for Relief under Chapter 11, subchapter V of the U.S. Bankruptcy Code. The related Chapter 11, subchapter V case of Jason J. Dicks was filed on the same day.

2. This Court has jurisdiction over both cases under and pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in both cases under and pursuant to 28 U.S.C. §§1408 and 1409. This matter constitutes a core proceeding in each case under 28 U.S.C. §157(b)(2)(A).

3. The Debtor is an interested party in the personal case of Jason J. Dicks because Mr. Dicks owns the membership interests of the Debtor and is a co-debtor on certain debts of the Debtor in this case. The cases are intertwined, especially with respect to plan confirmation.

4. Objections to confirmation in both cases and motions to convert or dismiss both cases filed by Joseph and Cassie Ciresi and/or their company, Zeppe's Tavern Franchise LLC,

are pending. All other creditors have accepted the Plan or have not voted. Objections filed by the United States Trustee have been resolved.

5. Two Motions for Summary Judgment are pending with respect to the Ciresi party claims. A Motion for Summary Judgment in Adversary Proceeding Case No. 25-1065 has drawn no objection or other response from the Ciresi parties and is accordingly ripe for judgment in favor of the Debtor avoiding all liens claimed by the Ciresi Parties.

6. A Motion for Summary Judgment is also pending in Adversary Proceeding Case No. 25-1092. In that case, the Ciresi parties filed a Response Brief on June 5, 2026. The Response Brief offers no evidence at all on the first of two issues. Evidence submitted on the second issue, in the format of financial documents attached as an Exhibit to the Brief, supports the Plaintiff's Motion for Summary Judgment, not the Defendants' objection. Plaintiff hereby adopts that evidence as its own.

7. Plaintiff's Reply Brief is due this Friday, June 12, 2026, but Plaintiff intends to submit the Reply Brief prior to the deadline. Based on the failure of Defendants to offer evidence on the first issue and the fact that the evidence submitted on the second issue supports Plaintiff's case, Plaintiff believes that a brief delay in the current plan confirmation hearing and the hearing on the motion to convert or dismiss is justified while the Court considers summary judgment.

8. One consequence of a judgment in Plaintiff's favor in Case No. 25-1092 would be the avoidance of all of the debt held by the Ciresi parties. In that case, the objections to confirmation and the motion to convert or dismiss would be eliminated for lack of standing. A telephonic Pre-Trial Conference in both Adversaries is set for Wednesday, June 10, 2026 at 10:00 a.m.

9.    The attorneys for both Debtors and the Ciresi parties, as well as the subchapter V Trustee and the Trial Attorney for the United States Trustee, met today, June 8, 2026 by telephone to attempt to organize the issues currently set for hearing on June 9, 2026 at 10:30. The attorneys have had some success at narrowing the issues, and it became apparent during the call that relatively minor amendments to the Pizzeria Management III LLC Plan, followed by a motion for determination that no additional solicitation is required, will be necessary to address objections filed by the Ciresi parties.

10.    In addition, it became clear during the all-attorney call that the Ciresi parties intend to base an existing request for payment of asserted administrative claims in the corporate case on a motion filed today in the individual case. Pizzeria Management III LLC will need time to evaluate that request while the motion pends, which is another reason that a delay until after the summary judgments are issued is in order. **During the all-attorney call, the undersigned Counsel for the Debtor notified all attorneys that this motion would follow today.**

**WHEREFORE,** the Debtor respectfully requests that this Court enter an Order adjourning the hearings currently set for June 9, 2026, and re-setting the Confirmation Hearing and related objections to confirmations, as well as motions to convert or dismiss, to June 30, 2026, or such other date as the Court prefers, to allow time for resolution of the pending summary judgment motions in the two Adversary Proceeding cases.

Respectfully submitted,

/s/ Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

3

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtor's Motion to Adjourn Confirmation Hearing and Hearing on Motion to Convert or Dismiss Case Pending Rulings On Motions for Summary Judgment in Adversary Cases 25-1065 and 25-1092, **together with Notice thereof,** were served on June 8, 2026 upon the persons whose names are set forth below by operation of the Court's Electronic Case Filing system or email:

Frederic P. Schwieg, counsel for Jason J. Dicks

John J. Rutter, Counsel for Joseph Ciresis, Cassie Ciresi and Zeppe's Tavern Franchise LLC

Spencer Lutz, Trial Attorney for the United States Trustee

Patricia B. Fugee, Subchapter V Trustee

Christian Carson, Counsel for iPlanGroup FBO Christian Carson

Mary Born, Counsel for Rewards Network LLC

Kimble Recycling & Disposal

/s/Thomas W. Coffey<br>Thomas W. Coffey (0046877)<br><br>*Counsel for the Debtor*