Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235
**Case No. 25–11334–jps**

**In re:**
  Pizzeria Management III LLC
  c/o Jason Dicks
  13910 Claridon Troy Road
  Burton, OH 44021

**Social Security No.:**

**Employer's Tax I.D. No.:**
  27–3382267

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
6/9/26 @ 10:30 a.m.
Courtroom 2B– Howard Metzenbaum US Courthouse

To consider and act upon the following matters:

Court's Notice of Hearing


[150] Motion to Continue/Reschedule Hearing

**Dated:** June 9, 2026                                                    For the Court
Form ohnb187                                                      Josiah C. Sell, Clerk