**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Pizzeria Management III LLC, | Case No. 25-11334 (JPS) |
| Debtor. | Chief Judge Jessica E. Price Smith |

**MOTION TO ADJOURN CONFIRMATION HEARING, HEARING ON MOTION TO CONVERT OR DISMISS CASE AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS**

Patricia B. Fugée, Subchapter V Trustee (the "Trustee"), hereby moves to adjourn the hearings on plan confirmation, the motion to convert or dismiss, and a motion for allowance of administrative claims, all set for August 11, 2026 at 10:30 a.m. (the "Motion"). In support of the Motion, the Trustee respectfully sets forth the following:

1. This case was commenced by Pizzeria Management III LLC ("PMIII") on March 31, 2025, along with the companion case of Jason J. Dicks ("Dicks," case no. 25-11336). The Trustee was appointed in both cases to serve as subchapter V trustee.

2. As the Court no doubt recalls, the main issues in both the PMIII and Dicks (together, the "Debtors") cases concern the franchise relationship and purchase obligations pertaining to a Zeppe's restaurant operated by PMIII. The franchisor is Zeppe's Tavern Franchise LLC and its principals are Joseph T. Ciresi and Cassie Ciresi (collectively, the "Ciresis"). The issues between the Debtors and the Ciresis have involved numerous motions, objections to confirmation and several adversary proceedings in this Court.

3. As was reported at the last confirmation hearing, the Debtors and the Ciresis have been diligently working on settlement negotiations, in which the Trustee has been actively assisting and facilitating.

4. Since that last hearing, the discussions among the parties have continued. While a settlement has not yet been reached, the parties remain engaged in productive discussions. However, one challenge to the facilitation is that the Trustee is not available on August 11 to participate in the hearings and discussions in person, due to a commitment to speak at the National Association of Bankruptcy Trustees annual conference in Boston, MA.

5. Accordingly, with the consent of the Debtors and the Ciresis, the Trustee hereby requests that the Court adjourn all of the matters currently set for August 11, 2026 until the Court's motion docket on September 1, 2026 at 10:30 am, so as to allow the parties additional time to pursue settlement discussions.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order adjourning all hearings currently set for August 11, 2026 at 10:30 am, and re-set them for September 1, 2026 at 10:30 am, or such other date as the Court prefers, to allow time for settlement discussions to continue.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
Telephone: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Subchapter V Trustee*

## Certificate of Service

I, Patricia B. Fugée, hereby certify that on August 7, 2026, a true and correct copy of the *Motion to Adjourn, etc.* was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Christian E Carson on behalf of Creditor IPlanGroup FBO Christian Carson
christian@carsonlaw.com

Thomas W. Coffey on behalf of Debtor Pizzeria Management III LLC
tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com

Thomas W. Coffey on behalf of Plaintiff Pizzeria Management III LLC
tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com

Patricia B. Fugee
patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Spencer Lutz on behalf of U.S. Trustee United States Trustee
spencer.lutz@usdoj.gov

John J. Rutter on behalf of Creditor Zeppes Tavern Franchise LLC
jrutter@ralaw.com

John J. Rutter on behalf of Creditor Cassie Ciresi
jrutter@ralaw.com

John J. Rutter on behalf of Creditor Joe Ciresi
jrutter@ralaw.com

John J. Rutter on behalf of Defendant Cassie Ciresi
jrutter@ralaw.com

John J. Rutter on behalf of Defendant Joseph T. Ciresi
jrutter@ralaw.com

Frederic P. Schwieg on behalf of Interested Party Jason James Dicks
fschwieg@schwieglaw.com

/s/ Patricia B. Fugée
Patricia B. Fugée (0070698)